**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

INTERVARSITY CHRISTIAN FELLOWSHIP/ USA, et al.,

*Plaintiffs*,

v.

SUNY BROOME COMMUNITY COLLEGE, et al.,

*Defendants*.

Case No. 3:26-cv-01623-MAD-MJK

**NOTICE OF APPEAL**

**PRELIMINARY INJUNCTION APPEAL**

Notice is hereby given that all Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Memorandum-Decision and Order (ECF No. 35) denying Plaintiffs' motion for a preliminary injunction entered in this action on November 9, 2026.

Respectfully submitted this 9th day of November, 2026.

/s/ Colten L. Stanberry
Mark L. Rienzi
Daniel H. Blomberg*
Colten L. Stanberry*
Richard C. Osborne*
Caleb H. Angell
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W., Suite 400
Washington, DC 20006
(202) 955-0095
cstanberry@becketfund.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

APPEAL,MAD−PILOT,MANDATORY−MEDIATION

# U.S. District Court
# Northern District of New York − Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)] (Binghamton)
# CIVIL DOCKET FOR CASE #: 3:26−cv−01623−MAD−MJK
## *Internal Use Only*

InterVarsity Christian Fellowship/USA et al v. SUNY Broome Community College et al
Assigned to: U.S. District Judge Mae A. D'Agostino
Referred to: Magistrate Judge Mitchell J. Katz
related Case: 3:26−cv−01678−MAD−MJK
Cause: 42:1983 Civil Rights Act

Date Filed: 08/21/2026
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**InterVarsity Christian Fellowship/USA** represented by

**Caleb Henley Angell**
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW
Suite 400
Washington, DC 20006
202−955−0095
Email: cangell@becketfund.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2026*

**Mark Rienzi**
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW
Ste 400
Washington, DC 20006
202−955−0095
Email: mrienzi@becketfund.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Colten L. Stanberry**
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW
Suite 400
Washington, DC 20006
202−955−0095
Email: cstanberry@becketfund.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Daniel H. Blomberg**
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW
Ste 400
Washington, DC 20006
202−955−0095
Email: dblomberg@becketfund.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Rich Osborne**

The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW
Suite 400
Washington, DC 20006
202−955−0095
Email: rosborne@becketfund.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Plaintiff**

**InterVarsity Christian Fellowship of SUNY Broome** represented by **Caleb Henley Angell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2026*

**Mark Rienzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Colten L. Stanberry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Daniel H. Blomberg**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Rich Osborne**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

V.

**Defendant**

**SUNY Broome Community College** represented by **Jacqueline Zahn**
Bond Schoeneck & King, PLLC − Syracuse
One Lincoln Center
Syracuse, NY 13202
315−218−8080
Email: jzahn@bsk.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Suzanne M. Messer**
Bond Schoeneck & King, PLLC − Syracuse
One Lincoln Center
Syracuse, NY 13202
315−218−8628

Fax: 315−218−8100
Email: messers@bsk.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**The Board of Trustees of SUNY Broome Community College** — represented by **Jacqueline Zahn**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Suzanne M. Messer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Dr. Tony D. Hawkins**
*President of SUNY Broome Community College, in his official and personal capacities* — represented by **Jacqueline Zahn**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Suzanne M. Messer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Dr. Carol Ross−Scott**
*Vice President for Student Development and Chief Diversity Officer, in her official and personal capacities* — represented by **Jacqueline Zahn**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Suzanne M. Messer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Dr. Nicholas M. Kocieniewski**
*Director of Student Activities, in his official and personal capacities* — represented by **Jacqueline Zahn**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Suzanne M. Messer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 08/21/2026 | 1 | COMPLAINT with JURY DEMAND filed by InterVarsity Christian Fellowship/USA and InterVarsity Christian Fellowship of SUNY Broome against SUNY Broome Community College, The Board of Trustees of SUNY Broome Community College, Tony D. Hawkins, Nicholas M. Kocieniewski and Carol Ross−Scott. (Filing fee $405 receipt number ANYNDC−7732809) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Civil Cover Sheet)(bls) (Entered: 08/24/2026) |
| 08/24/2026 | 2 | Summons Issued as to SUNY Broome Community College. (Attachments: # 1 Summons Issued as to The Board of Trustees of SUNY Broome Community College, # 2 Summons Issued as to Tony D. Hawkins, in his official capacity, # 3 Summons Issued as to Tony D. Hawkins, in his personal capacity, # 4 Summons Issued as to Carol Ross−Scott, in her official capacity, # 5 Summons Issued as to Carol Ross−Scott, in her personal capacity, # 6 Summons Issued as to Nicholas M. Kocieniewski, in his official capacity, # 7 Summons Issued as to Nicholas M. Kocieniewski, in his personal capacity)(bls) (Entered: 08/24/2026) |
| 08/24/2026 | 3 | G.O. 25 FILING ORDER ISSUED: Initial Rule 16 Video Conference set for 11/23/2026 at 2:00 PM before Magistrate Judge Mitchell J. Katz. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 11/16/2026. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (bls) (Entered: 08/24/2026) |
| 08/24/2026 | 4 | NOTICE OF ADMISSION REQUIREMENT as to parties InterVarsity Christian Fellowship/USA and InterVarsity Christian Fellowship of SUNY Broome; Attorneys Daniel H. Blomberg, Colten L. Stanberry, and Richard C. Osborne admissions due by 9/8/2026. (copy served upon Attorney Blomberg, Attorney Stanberry, and Attorney Osborne via regular mail) (bls) (Entered: 08/24/2026) |
| 08/24/2026 | 5 | TEXT−ONLY NOTICE REGARDING JUDGE D'AGOSTINO CASE DISPOSITION PILOT − Please refer to the Individual Rules and Practices of the Hon. Mae A. D'Agostino, U.S. District Judge, for guidance regarding the Case Disposition Pilot. https://www.nynd.uscourts.gov/sites/nynd/files/MAD_Rules_of_Practice_04_14_2020.pdf. (bls) (Entered: 08/24/2026) |
| 08/24/2026 | 6 | MOTION for Limited Admission Pro Hac Vice of Daniel H. Blomberg on behalf of InterVarsity Christian Fellowship of SUNY Broome and InterVarsity Christian Fellowship/USA. Filing fee $100, receipt number 285CAGLK. **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Mitchell J. Katz. (bls) (Entered: 08/25/2026) |
| 08/24/2026 | 7 | MOTION for Limited Admission Pro Hac Vice of Richard C. Osborne on behalf of InterVarsity Christian Fellowship of SUNY Broome and InterVarsity Christian Fellowship/USA. Filing fee $100, receipt number 285CARS6. **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Mitchell J. Katz. (bls) (Entered: 08/25/2026) |
| 08/24/2026 | 8 | MOTION for Limited Admission Pro Hac Vice of Colten L. Stanberry on behalf of InterVarsity Christian Fellowship of SUNY Broome and InterVarsity Christian Fellowship/USA. Filing fee $100, receipt number 285CB1O8. **[THIS DOCUMENT IS RESTRICTED AND VIEWABLE BY COURT USERS ONLY]** Motions referred to Judge Mitchell J. Katz. (bls) (Entered: 08/25/2026) |
| 08/25/2026 | 9 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA. (Angell, Caleb) (Entered: 08/25/2026) |
| 08/26/2026 | 10 | TEXT ORDER: Granting the # 6 Motion for Limited Admission Pro Hac Vice as to Attorney Daniel Howard Blomberg. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE** |

| | | |
|---|---|---|
| | | **FILED IN THIS ACTION or you will not receive electronic notifications in the case.** SO ORDERED by U.S. Magistrate Judge Mitchell J. Katz on 8/26/2026. (kck) (Entered: 08/26/2026) |
| 08/26/2026 | 11 | TEXT ORDER: Granting the # 7 Motion for Limited Admission Pro Hac Vice as to Attorney Richard Charles Osborne, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case.** SO ORDERED by U.S. Magistrate Judge Mitchell J. Katz on 8/26/2026. (kck) (Entered: 08/26/2026) |
| 08/26/2026 | 12 | TEXT ORDER: Granting the # 8 Motion for Limited Admission Pro Hac Vice as to Attorney Colten Lathe Stanberry, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions. **Counsel is reminded that, once the above is accomplished, a NOTICE OF APPEARANCE MUST BE FILED IN THIS ACTION or you will not receive electronic notifications in the case.** SO ORDERED by U.S. Magistrate Judge Mitchell J. Katz on 8/26/2026. (kck) (Entered: 08/26/2026) |
| 08/26/2026 | 13 | NOTICE OF APPEARANCE by Rich Osborne on behalf of All Plaintiffs (Osborne, Rich) (Entered: 08/26/2026) |
| 08/26/2026 | 14 | NOTICE OF APPEARANCE by Daniel H. Blomberg on behalf of All Plaintiffs (Blomberg, Daniel) (Entered: 08/26/2026) |
| 08/26/2026 | 15 | NOTICE OF APPEARANCE by Colten L. Stanberry on behalf of All Plaintiffs (Stanberry, Colten) (Entered: 08/26/2026) |
| 08/27/2026 | 16 | AFFIDAVIT of Service for Summons, Complaint, Civil Cover Sheet, Filing Order, Exhibits served on SUNY Broome Community College on 8/25/206, filed by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA. (Stanberry, Colten) (Entered: 08/27/2026) |
| 08/27/2026 | 17 | AFFIDAVIT of Service for Summons, Complaint, Civil Cover Sheet, Filing Order, Exhibits served on Carol Ross−Scott in her official capacity on 8/25/206, filed by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA. (Stanberry, Colten) (Entered: 08/27/2026) |
| 08/27/2026 | 18 | AFFIDAVIT of Service for Summons, Complaint, Civil Cover Sheet, Filing Order, Exhibits served on Carol Ross−Scott in her personal capacity on 8/25/206, filed by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA. (Stanberry, Colten) (Entered: 08/27/2026) |
| 08/27/2026 | 19 | AFFIDAVIT of Service for Summons, Complaint, Civil Cover Sheet, Filing Order, Exhibits served on Tony Hawkins in his official capacity on 8/26/2026, filed by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA. (Stanberry, Colten) (Entered: 08/27/2026) |
| 08/27/2026 | 20 | AFFIDAVIT of Service for Summons, Complaint, Civil Cover Sheet, Filing Order, Exhibits served on Tony Hawkins in his personal capacity on 8/26/2026, filed by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA. (Stanberry, Colten) (Entered: 08/27/2026) |
| 08/27/2026 | 21 | AFFIDAVIT of Service for Summons, Complaint, Civil Cover Sheet, Filing Order, Exhibits served on Nicholas Kocieniewski in his personal capacity on 8/26/2026, filed by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian |

| | | |
|---|---|---|
| | | Fellowship/USA. (Stanberry, Colten) (Entered: 08/27/2026) |
| 08/28/2026 | | ***Answer due date set for Tony D. Hawkins answer due 9/15/2026; Nicholas M. Kocieniewski answer due 9/16/2026; Carol Ross−Scott answer due 9/15/2026; SUNY Broome Community College answer due 9/15/2026. (oca) (Entered: 08/28/2026) |
| 08/28/2026 | 22 | AFFIDAVIT of Service for Summons, Complaint, Civil Cover Sheet, Filing Order, Exhibits served on Nicholas Kocieniewski in his official capacity on 8/28/2026, filed by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA. (Stanberry, Colten) (Entered: 08/28/2026) |
| 08/28/2026 | 23 | AFFIDAVIT of Service for Summons, Complaint, Civil Cover Sheet, Filing Order, Exhibits served on The Board of Trustees of SUNY Broome Community College on 8/28/2026, filed by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA. (Stanberry, Colten) (Entered: 08/28/2026) |
| 08/28/2026 | | ***Answer due date set for The Board of Trustees of SUNY Broome Community College answer due 9/18/2026. (oca) (Entered: 08/28/2026) |
| 08/28/2026 | 24 | Emergency MOTION for Preliminary Injunction filed by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA. Motion returnable before Judge Mae A. D'Agostino by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA. (Attachments: # 1 Memorandum of Law, # 2 Declaration of Attorney Caleb Angell, # 3 Exhibit(s) A, # 4 Exhibit(s) B, # 5 Exhibit(s) C, # 6 Exhibit(s) D, # 7 Exhibit(s) E, # 8 Declaration of Gregory Jao, # 9 Exhibit(s) A, # 10 Exhibit(s) B, # 11 Exhibit(s) C, # 12 Exhibit(s) D, # 13 Exhibit(s) E, # 14 Exhibit(s) F, # 15 Exhibit(s) G, # 16 Declaration of Sophia Chan, # 17 Exhibit(s) A, # 18 Exhibit(s) B, # 19 Exhibit(s) C, # 20 Exhibit(s) D, # 21 Exhibit(s) E, # 22 Exhibit(s) F, # 23 Exhibit(s) G, # 24 Exhibit(s) H, # 25 Exhibit(s) I, # 26 Exhibit(s) J, # 27 Declaration of Jacob Sonner, # 28 Exhibit(s) A, # 29 Exhibit(s) B, # 30 Exhibit(s) C, # 31 Exhibit(s) D, # 32 Exhibit(s) E, # 33 Exhibit(s) F, # 34 Exhibit(s) G, # 35 Exhibit(s) H, # 36 Exhibit(s) I, # 37 Proposed Order/Judgment to Show Cause, # 38 Proposed Order/Judgment entering Preliminary Injunction)(Angell, Caleb) (Entered: 08/28/2026) |
| 08/30/2026 | 25 | ORDER TO SHOW CAUSE re 24 Emergency MOTION for Preliminary Injunction filed by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA.: Response to Motion due by 9/21/2026. Reply to Response to Motion due by 9/30/2026. The Court shall determine whether a hearing is necessary. Service on or before 8/31/26 at 5:00 p.m. Signed by U.S. District Judge Mae A. D'Agostino on 08/30/26. (ban) (Entered: 08/30/2026) |
| 08/31/2026 | 26 | AFFIDAVIT of Service for Order to Show Cause served on Defendants on August 31, 2026, filed by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA. (Attachments: # 1 Exhibit(s) Proofs of Service)(Stanberry, Colten) (Entered: 08/31/2026) |
| 09/17/2026 | 27 | NOTICE OF APPEARANCE by Jacqueline Zahn on behalf of Tony D. Hawkins, Nicholas M. Kocieniewski, Carol Ross−Scott, SUNY Broome Community College, The Board of Trustees of SUNY Broome Community College (Zahn, Jacqueline) (Entered: 09/17/2026) |
| 09/17/2026 | 28 | NOTICE OF APPEARANCE by Suzanne M. Messer on behalf of Tony D. Hawkins, Nicholas M. Kocieniewski, Carol Ross−Scott, SUNY Broome Community College, The Board of Trustees of SUNY Broome Community College (Messer, Suzanne) (Entered: 09/17/2026) |
| 09/17/2026 | 29 | Letter Motion from Suzanne Messer for Tony D. Hawkins, Nicholas M. Kocieniewski, Carol Ross−Scott, SUNY Broome Community College, The Board of Trustees of SUNY Broome Community College requesting Extension of Time submitted to Judge Mae A. D'Agostino . (Messer, Suzanne) (Entered: 09/17/2026) |
| 09/18/2026 | 30 | TEXT ORDER granting 29 Letter Request: It is hereby ORDERED that the defendants answer deadlines are extended to 9/23/2026. It is further ORDERED that the time to respond/reply re 24 Emergency MOTION for Preliminary Injunction , is extended by 1−week; Response to Motion due by 9/28/2026, Reply to Response to Motion due by 10/7/2026. Signed by U.S. District Judge Mae A. D'Agostino on 09/18/2026. (ban) (Entered: 09/18/2026) |

| | | |
|---|---|---|
| 09/23/2026 | 31 | ANSWER to 1 Complaint,, by Tony D. Hawkins, Nicholas M. Kocieniewski, Carol Ross−Scott, SUNY Broome Community College, The Board of Trustees of SUNY Broome Community College.(Messer, Suzanne) (Entered: 09/23/2026) |
| 09/28/2026 | 32 | RESPONSE in Opposition re 24 Motion for Preliminary Injunction,,,,, filed by Tony D. Hawkins, Nicholas M. Kocieniewski, Carol Ross−Scott, SUNY Broome Community College, The Board of Trustees of SUNY Broome Community College. (Attachments: # 1 Declaration of Nicholas M. Kocieniewski, # 2 Exhibit(s) A, # 3 Exhibit(s) B, # 4 Exhibit(s) C, # 5 Exhibit(s) D, # 6 Exhibit(s) E, # 7 Exhibit(s) F, # 8 Exhibit(s) G, # 9 Exhibit(s) H, # 10 Exhibit(s) I, # 11 Exhibit(s) J, # 12 Exhibit(s) K, # 13 Exhibit(s) L, # 14 Exhibit(s) M, # 15 Exhibit(s) N, # 16 Exhibit(s) O, # 17 Exhibit(s) P)(Messer, Suzanne) (Additional attachment(s) added on 10/22/2026: # 18 Exhibit(s) D − Redacted, # 19 Exhibit(s) G − Redacted, # 20 Exhibit(s) M − Redacted) (jel, ). (Entered: 09/28/2026) |
| 10/07/2026 | 33 | REPLY to Response to Motion re 24 Motion for Preliminary Injunction,,,,, filed by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA. (Attachments: # 1 Declaration of Gregory Jao, # 2 Exhibit(s) A, # 3 Exhibit(s) B, # 4 Exhibit(s) C, # 5 Exhibit(s) D, # 6 Declaration of Jacob Sonner)(Stanberry, Colten) (Entered: 10/07/2026) |
| 10/22/2026 | | TEXT NOTICE of Hearing: The Video Rule 16 Initial Conference is set for 11/23/2026 at 2:00 PM before U.S. Magistrate Judge Mitchell J. Katz. The parties are directed to connect to the conference using the link that has been provided to the parties by separate email. The parties are reminded that the Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 11/16/2026. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (kck) (Entered: 10/22/2026) |
| 10/22/2026 | 34 | Letter dated October 22, 2026 from Jacqueline E. Zahn, Esq., for defendants regarding submitted redacted Exhibits D (ECF No. 32−5), G (ECF No. 32−8), and M (ECF No. 32−14). (jel, ) (Entered: 10/22/2026) |
| 10/22/2026 | | CLERK'S CORRECTION OF DOCKET ENTRY re 32 Response in Opposition to Motion filed by Tony D. Hawkins, Nicholas M. Kocieniewski, Carol Ross−Scott, SUNY Broome Community College, The Board of Trustees of SUNY Broome Community College. Clerk restricted original Exhibits D (ECF No. 32−5), G (ECF No. 32−8), and M (ECF No. 32−14) and uploaded redacted Exhibits D, G and M. (jel, ) (Entered: 10/22/2026) |
| 11/09/2026 | 35 | MEMORANDUM−DECISION AND ORDER denying 24 Motion for Preliminary Injunction: The Court hereby ORDERS that Plaintiffs' motion for a preliminary injunction is DENIED; and the Court further ORDERS that the Clerk of the Court serve a copy of this MemorandumDecision and Order on all parties in accordance with the Local Rules. Signed by U.S. District Judge Mae A. D'Agostino on 11/9/2026. (ban) (Entered: 11/09/2026) |
| 11/09/2026 | 36 | NOTICE OF INTERLOCUTORY APPEAL by InterVarsity Christian Fellowship of SUNY Broome, InterVarsity Christian Fellowship/USA. Filing fee $ 605, receipt number ANYNDC−7846968. (Stanberry, Colten) Modified on 11/10/2026 to reflect that this is an "Interlocutory" Appeal (oca). (Entered: 11/09/2026) |
| 11/10/2026 | 37 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 36 Notice of Interlocutory Appeal (oca) (Entered: 11/10/2026) |