# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: InterVarsity Christian Fellowship/USA v. SUNY Broome Community College Docket No.: 26-3254

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Suzanne M. Messer

Firm: Bond, Schoeneck & King

Address: One Lincoln Center, Syracuse, NY 13202

Telephone: 315-218-8628 Fax: 315-218-8100

E-mail: MesserS@bsk.com

**Appearance for:** SUNY Broome Community College, The Board of Trustees of SUNY Broome Community College, Dr. Tony D. Hawkins, Dr. Carol Ross-Scott, and Dr. Nicholas M. Kocieniewski
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ____________________)
(name/firm)

☒ Additional counsel (co-counsel with: Jacqueline E. Zahn, BOND, SCHOENECK & KING, PLLC)
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 27, 2025 OR

☐ I applied for admission on ____________________.

Signature of Counsel: /s/Suzanne M. Messer

Type or Print Name: Suzanne M. Messer, Esq.