# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand twenty-six.

---

InterVarsity Christian Fellowship/USA, InterVarsity Christian Fellowship of SUNY Broome,

Plaintiffs - Appellants,

v.

SUNY Broome Community College, The Board of Trustees of SUNY Broome Community College, Dr. Tony D. Hawkins, President of SUNY Broome Community College, in his official and personal capacities, Dr. Carol Ross-Scott, Vice President for Student Development and Chief Diversity Officer, in her official and personal capacities, Dr. Nicholas M. Kocieniewski, Director of Student Activities, in his official and personal capacities,

Defendants - Appellees.

**ORDER**

Docket No. 26-3254

---

Campus Bible Fellowship at SUNY Broome Community College, Jacob Seachrist, in his official capacity as President of Campus Bible Fellowship at SUNY Broome Community College,

Plaintiffs - Appellants,

v.

SUNY Broome Community College,
The Board of Trustees of SUNY Broome Community College, Tony D. Hawkins, President of SUNY Broome Community College, in his official and personal capacities, Carol Ross-Scott, Vice President for Student Development and Chief Diversity Officer, in her official and personal

Docket No. 26-3309

capacities, Scott Kane, Dean of Students, Title IX,
in his official and personal capacities, Nick Kocienewski,
Director of Student Activities, in his official and personal capacities,

Defendants - Appellees.

---

IT IS HEREBY ORDERED that the above-captioned appeals shall be heard in tandem.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court