# Exhibit 4:

Chan Declaration and Exhibits

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

INTERVARSITY CHRISTIAN FELLOWSHIP/USA et al.,

*Plaintiffs*,

v.

SUNY BROOME COMMUNITY COLLEGE et al.,

*Defendants*.

Case No. 3:26-cv-01623-MAD-MJK

**DECLARATION OF SOPHIA CHAN**

I, Sophia Chan, pursuant to 28 U.S.C. § 1746, state and declare:

I am over eighteen years of age and competent to make this declaration.

1. I am an InterVarsity Campus Staff Minister at the University of Binghamton (SUNY Binghamton) and SUNY Broome Community College. All of these chapters are supported by InterVarsity's regional ministry to New York & New Jersey, which is within InterVarsity Christian Fellowship/USA (InterVarsity). In the InterVarsity New York & New Jersey regional ministry, there are 69 InterVarsity chapters.

2. As a Campus Staff Minister, I support, train, and empower student leaders to reflect Jesus' servant leadership by—among other things—training them to lead prayer, worship, and Bible studies, organize their campus ministries, and spiritually shepherd their peers. I also help support hospitable witnessing communities where students and faculty learn to love across differences, serve together, and reflect the diverse body of Christ. All of this also equips students to follow Jesus both at and beyond campus by integrating their faith with education, career, family, and everyday decisions for the rest of their lives.

3. I hold a B.S. degree from The College of New Jersey (TCNJ). I've worked as a Campus Staff Minister with InterVarsity since graduating from TCNJ over 6 years ago.

**InterVarsity Student Chapters**

4. I have reviewed the declaration of Gregory L. Jao, and his description of how InterVarsity chapters function, select, and train their leaders is consistent with my experience with the chapters I support.

5. As we say at InterVarsity, our student chapters are "student led" and "staff supported." What this essentially means is that I provide support and training to student leaders, but they are the ones who lead their chapters, including by determining the specific content of an InterVarsity chapter's religious expression. For example, the student leaders and I select guest speakers and identify religious topics to cover during events on campus; personally minister to their peers individually; plan and schedule ministry events on campus; communicate InterVarsity's message when interacting with administrators, staff, faculty, and students at their schools; and plan outreach and student activities to advance the chapter's religious mission. While the Gospel of Jesus Christ never changes, every InterVarsity chapter is different since it serves different campus communities filled with people from different backgrounds. So, it's both inevitable and important that student leaders contextualize the love of Christ for their specific campus contexts, while leaders are united by InterVarsity's shared statement of beliefs.

6. In addition to chapter activities like recruitment and community-building efforts, student leaders lead the two basic types of group meetings InterVarsity chapters hold on a regular basis—Bible studies and general chapter meetings.

7. Our small-group Bible studies are typically held on a weekly or bi-weekly basis during the semester. Student leaders oversee and participate in these studies, which involve small groups of students personally studying a passage of the Bible together, discussing how the

Case: 26-3254, 11/24/2026, DktEntry: 28.6, (4 of 104)

passage applies to their lives, and praying for one another.

8. InterVarsity chapters also hold general chapter meetings during each semester. A typical service lasts for about two hours. The services normally begin with a time of fellowship as the students arrive, which is then followed by 10-15 minutes of prayer, announcements, and ice breakers that are generally led by a staff-trained student. After opening in prayer, there are usually 10-15 minutes of singing worship songs and hymns, and that time is also generally led by student leaders, who also select the songs and hymns. After worship, the service continues with roughly an hour of Christian teaching and discussion that is either led by student leaders or by a guest speaker selected by the student leaders, and occasionally by staff. The service then typically closes with a student leader praying over the group and a brief time of fellowship. The content, format, timing, and location of the services are coordinated and led by student leaders, who are responsible for ensuring that each service is conducted in a manner that reflects and is consistent with InterVarsity's faith.

**Student Leader Training**

9. Given the significant spiritual responsibilities associated with running InterVarsity chapters and their religious meetings, InterVarsity requires its student leaders to agree with and exemplify InterVarsity's Christian values. Our leadership requirement is essential because student leaders are the ones who really represent and speak for InterVarsity's faith and Christian message on their own campus. They are the hands, feet, and face of Christ on campus.

10. To ensure that students are up to the responsibilities of leadership quality, every leader must review and agree with InterVarsity's statement of faith. I also help prepare and train student leaders for their Christian leadership role, and then provide ongoing support for them in that role.

11. During the semesters, I spend most of my time developing student leaders' skills both

Case: 26-3254, 11/24/2026, DktEntry: 28.6, Page 5 of 104

through specific programs and through close-proximity mentorship. This is a highly relational process that varies from student to student, but it often involves me empowering students to lead Bible studies, campus events, or outreaches where students have the opportunity to tell other students about InterVarsity's Christian faith and invite students to InterVarsity's programs. With newer leaders, I will observe them week to week as they are leading in these new contexts and offer them specific feedback on how to better embody Jesus Christ and InterVarsity's faith as a leader. And I am on call when issues arise about leadership and ministry that they'd like to discuss.

12. Before assuming a leadership role and throughout their time as leaders, I also invite students to participate in formal leadership training programs InterVarsity provides. One example is *Basileia*, an annual five-day conference in the Adirondacks, where, through exploration of the Gospels, students can learn the ways of Jesus, including spiritual disciplines, alongside each other. Relatedly, InterVarsity desires that student leaders will discover, at *Basileia* , that healthy leaders find the source of their strength through personal intimacy with Jesus. Additionally, at *Basileia*, students receive training on how to effectively communicate the vision and mission of InterVarsity on their campuses. A true and correct copy of the InterVarsity Track Director Notes for the Leadership Track overviewing the programing at *Basileia* is attached as **Exhibit A**.

13. Another program, Go & Do, trains students to lead others in inductively studying the Bible, how to learn from the example of Jesus and the apostles' ministry, and how to thoughtfully impact the people around them for Jesus, including by inviting them into a missional community and demonstrating God's love in word and deed. A true and correct copy of the InterVarsity Missional Small Groups Leaders' Trainer's Notes overviewing the

programing at Go & Do is attached as **Exhibit B**.

14. I also direct InterVarsity student leaders to InterVarsity's substantial online training resources for developing their spiritual leadership abilities.

15. And when it comes to student leaders' passing the torch to the next generation of college students, I help train the current student leaders to identify other faithful Christian students who are humble, willing to serve, and have sufficient emotional intelligence to navigate some of the hard personal and interpersonal issues that arise in a ministry aimed at young adults.

**Supporting InterVarsity Broome**

16. InterVarsity began praying about planting a student chapter at SUNY Broome Community College (SUNY Broome) in April of 2024. That month, as part of a nationwide religious effort by Christian student ministries, a group of InterVarsity staff (including myself), InterVarsity Binghamton students, and students at SUNY Broome prayed together at SUNY Broome's campus. We walked around campus, praying about whether there was an opening to start a new chapter there. During the walk, we realized that God wanted us to support the start of a new InterVarsity chapter at SUNY Broome.

17. To support launching the InterVarsity Broome chapter (InterVarsity Broome), an existing leader from an InterVarsity student chapter at SUNY Binghamton, Joshua Goodwin, volunteered to intern with InterVarsity and help get the group off the ground. Joshua was ideal for the role: he had been a consistent presence in the Binghamton chapter and had displayed excellent leadership characteristics that we typically look for in InterVarsity student leaders. He was also a community college transfer, so he was personally familiar with the unique challenges that students face at a community college.

18. At the same time, we contacted several church partners in the area to alert them to the

opportunity if they had any students at their church who were attending SUNY Broome and might be interested in joining the InterVarsity Broome chapter.

19. In August of 2025, InterVarsity Broome started meeting, holding a regular Bible study with several SUNY Broome students. The group would read a passage from the Bible together, talk about what the text meant, ask how it could be applied to their lives, and pray together for the strength to live out the teachings of Christ. InterVarsity Broome grew to around a dozen SUNY Broome students. A true and correct photograph of one of our Bible studies is attached as **Exhibit C**.

20. Throughout the school year, a handful of students in the InterVarsity Broome chapter stood out as potential student leaders. Joshua and I mentored Jacob Sonner ("Jake") throughout the entire year, including letting him lead the Bible study and providing him direct feedback on ways to improve. He was incredibly effective at implementing the feedback and leading the other students, and embodied InterVarsity's Christian faith on campus well. Jake told us that he was a Christian, exemplified a healthy and growing walk with Christ, and regularly attended a local church. We also knew people at his church who we trusted who said Jake was a sincere Christian, had a good background in understanding and applying God's Word, and would be a great leader for the club.

21. Kate Collwell ("Kate") was another student who stood out for her leadership abilities. She was remarkably present with every person she encountered and yet she was very effective at communicating our Christian beliefs to larger groups. She was able to receive and implement feedback from mentors very well and has attended *Basileia*, the summer leadership trainings through InterVarsity.

22. Timothy Dreher ("Tim") also exhibited leadership qualities. Although Tim, like many

community college students, had a rigorous work and school schedule, he showed consistent commitment to InterVarsity Broome and the success of its ministry on campus.

23. Like Jake, Kate and Tim identified as Christians, attended local Christian churches, and demonstrated a healthy walk with Christ.

24. In December 2025, InterVarsity Broome selected Jake to be its president, Kate as its Vice President, and Tim as Treasurer.

**SUNY Broome Denies Recognition to InterVarsity Broome**

25. On January 11, 2026, consistent with SUNY Broome's Club Handbook procedures and to obtain access to benefits of club recognition, including equal access to campus, Jake started the process for having InterVarsity Broome receive official recognition as a sponsored student club.

26. Obtaining recognition was important because, while InterVarsity Broome was initially able to meet outdoors before the weather got too cold, it couldn't reserve regular space for its meetings as an official student club, which significantly depressed turnout and recruitment. And it is key that InterVarsity chapters can meet on campus. Campus access provides a free, safe, convenient, and consistent space for students to meet, develop a healthy community, and recruit more students. And this is especially true for chapters that exist at community colleges, such as InterVarsity Broome. Community college students are commuters and often come straight to campus for class and leave shortly afterwards, without much time spent in the vicinity of SUNY Broome otherwise.

27. Like other InterVarsity student chapters' constitutions, the InterVarsity constitution that Jake submitted to SUNY Broome made clear that InterVarsity welcomes all students as members but requires all student leaders to affirm InterVarsity's religious beliefs. The constitution stated that candidates for election as officers must "first agree with the Intervarsity statement of faith."

28. On January 27, 2026, SUNY Broome's Director of Student Activities, Dr. Nicholas

Kocieniewski, proposed suggested edits and revisions to the constitution. As relevant here, Dr. Kocieniewski placed a comment on InterVarsity's religious leadership requirement stating that "This cannot be included." Jake consulted with me about Dr. Kocieniewski's proposed changes, and I explained that InterVarsity requires all chapter leaders to agree with its religious beliefs.

29. Jake told Dr. Kocieniewski via email that InterVarsity Broome would not remove its religious leadership requirement. Dr. Kocieniewski responded that SUNY Broome would not proceed with the vote for recognizing InterVarsity Broome. Jake replied and explained that InterVarsity Broome could not remove the leadership requirement, and copied me on that email. I then emailed Dr. Kocieniewski and asked if he could clarify why InterVarsity Broome had been instructed that it could not include the religious leadership requirement in its constitution, and emphasized that our religious practice of requiring student leaders to affirm InterVarsity's religious beliefs was protected by federal law. In an effort to ensure the vote on InterVarsity Broome's recognition could proceed, I also offered to speak with Dr. Kocieniewski. A true and correct copy of that email is attached as **Exhibit D**.

30. Dr. Kocieniewski responded that "after careful consideration with SUNY Broome's Vice President of Student Development and Chief Diversity Officer, Dr. Carol Ross-Scott, we cannot permit you to restrict eligibility for leadership based on religious beliefs." According to SUNY Broome, our religious leadership requirement violated "Section 2.2 of the Club Handbook" and "the SUNY Broome Non-Discrimination Statement," which had "been reviewed by SUNY Broome's Legal Council [sic] and continue to apply in this case."

31. The next day, Dr. Kocieniewski posted SUNY Broome's rejection on the application portal. It stated the application was "Denied" because InterVarsity Broome's constitution "is

in violation of the Club Handbook Open Access policy (Section 2.2 of the Club Handbook) and the SUNY Broome Non-Discrimination Statement (Policy No.: GA2001)."

32. As far as I am aware, SUNY Broome never received any student complaints about InterVarsity Broome's proposed leadership selection policies and practices.

**SUNY Broome's Denial Burdens InterVarsity's Ministry**

33. SUNY Broome's actions have burdened InterVarsity's ability to carry out its religious mission and express its Christian beliefs.

34. SUNY Broome's actions burden InterVarsity's religious mission by denying InterVarsity Broome recognition and benefits on the basis of its religious leadership criteria. This denial impedes the religious message of InterVarsity, InterVarsity Broome, and its student leaders by forcing them to choose between foregoing generally available benefits or giving up their constitutional and statutory right to choose leaders who agree with InterVarsity's religious beliefs. It also places a stigma on InterVarsity at SUNY Broome that restricts the chapter's ability to recruit members, find leaders, and become a part of campus life.

35. For example, the denial of recognition restricts InterVarsity from reserving free meeting rooms, the only free, safe, consistent, and logistically feasible spaces for students to meet and also dampens the number of events the chapter can hold. Without access to campus, it is difficult, if not impossible, to have the presence and continuity necessary to have a healthy chapter. That is especially true at a community college, where the student population is more transient. Students have a hard enough time finding and creating community in that type of environment. Similarly, the ability to find and train leaders is at a premium in community colleges, where students on average attend half the number of years as other undergraduate institutions. That all is made more difficult when physical access is restricted.

36. The denial of recognition also restricts InterVarsity's ability to pass out flyers, conduct outreach events on campus, and appear on campus social calendars, all key elements in creating a robust and durable community, especially at a community college. To continue accomplishing its religious mission, serving its members, and reaching out to the campus community, InterVarsity Broome has been forced to rely on word-of-mouth outreach and to make its own accommodations for events and Bible studies.

37. That is different from how we operate on other campuses. For comparison, at other Universities where I serve as Campus Staff, we regularly hold 6 or more events in the first months of the year. Those events include things like: Bible studies where scriptural teaching is applied afresh to contemporary issues; off-campus retreats; flower arranging; pumpkin painting; a build-a-bear event; Zumba workout classes; ice cream socials; brunches and barbeques; card and board game nights; and facilitating café style gatherings where students can study, eat snacks, and drink coffee. True and correct photographs of such events are attached as **Exhibit E and Exhibit F,** and a representative flier advertising events from the Binghamton InterVarsity chapter is attached as **Exhibit G**.

38. These events are vital to not only introducing our ministry to students, but also in making sure students are creating community, integrating into campus life, and effectively making the transition to college—all of which are especially difficult at community colleges.

39. The denial of official recognition also prevents InterVarsity Broome from having other benefits that are openly available to recognized student groups, such as participation in the Student Activities and Services Fairs in the fall and winter semesters, access to the bulletin board announcement system, and the ability to conduct "tabling" (setting up and running invitation tables in busy areas of campus). These impediments restricted the club's health and

growth and made it much harder to meet.

40. Again, that's different than my experience on other campuses, where we're able to table events regularly. True and accurate photographs of InterVarsity tabling at other events is attached as **Exhibits H** and **I**.

41. For instance, at SUNY Binghamton, the InterVarsity chapter is able to table events, including the student fair. A true and accurate photograph of the InterVarsity table at the Binghamton Student Fair is attached as **Exhibit J**.

42. The denial of recognized status also prevents InterVarsity from being able to apply for funding available to recognized student groups or receive any other benefits ordinarily granted to other recognized student groups by SUNY Broome, which would assist InterVarsity Broome substantially.

43. Again, at other campuses, the chapters I supervise have access to University funding, which has, among other things, helped offset transportation costs and food expenses.

44. Further, SUNY Broome's actions have burdened InterVarsity's ministry more broadly. For instance, I have had to spend time I otherwise would have used to provide ministry outreach and support to InterVarsity Broome and other InterVarsity chapters in the area to ensure compliance with SUNY Broome's recognition process, explain and discuss the situation with students and supervisors, and handle numerous phone calls and meetings dealing with the fallout and harm of the denial of recognized status. If not for the denial, I would have otherwise spent this time on other ministry advancing tasks, such as supporting other student chapters, training new student leaders, raising financial resources, developing relationships with faculty and staff in the community, engaging in one-on-one personal religious ministry activities such as prayer and religious teaching, and preparing to support other InterVarsity ministry objectives.

45. We've also had to divert resources into trying to educate SUNY Broome officials about the rights of religious student groups like InterVarsity. This frustration of mission and diversion of time and other resources continue to harm InterVarsity.

46. The diversion of InterVarsity's resources and the denial of benefits continue to impact our ministry. Our staff and our student leaders continue to use time that would have gone to ministry activities to try to deal with logistical and other burdens coming from the denial of recognition and benefits. All of the normal activities of a student club are harder without recognition.

47. I conservatively estimate that I personally have had to spend at least 10 hours dealing with the consequences of SUNY Broome's actions. And I estimate that students within the chapter have diverted approximately 5 hours from ministry activities for the same reason. Those hours will continue to grow as we progress into the new year and have to raise more funds, find alternative meeting spaces, and face the other logistical burdens created by SUNY Broome's denial of recognition and benefits.

48. To be clear, InterVarsity Broome is its own Christian ministry that, as a chapter of InterVarsity, is distinct from SUNY Broome. InterVarsity Broome existed before it applied for recognition and still did after it was denied recognition. We still had our members and leaders, and still continued our Bible studies, prayer groups, and worship services without registered status.

49. But denial of recognition severely harms InterVarsity's ability to do ministry. Being denied equal access to the campus community and University resources, and being saddled with the stigma of not being recognized, diminishes our ability to serve our community in the many ways described above.

50. Based on my years of experience with InterVarsity chapters on a variety of campuses, I do not believe it will be possible to have a healthy club at SUNY Broome without recognized status. In my experience, recognized status is crucial for recruitment, finding quality leadership, outreach, longevity, and visibility. And being denied recognition puts a stigma on InterVarsity Broome that recognized clubs aren't burdened by.

51. If InterVarsity Broome was allowed to become recognized without sacrificing its religious leadership requirements, it would do so immediately. And it would promptly be able to focus on expanding its presence on campus and using the benefits of recognized status to further its ministry goals and positively impact the lives of students.

I decare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 26, 2026

/s/_______________
Sophia Chan

# Chan Exhibit A:

## Overview of Leadership Track for Basileia 2026

InterVarsity
NY / NJ

# Basileia 2026

## Leadership Track

### Track Director Notes

InterVarsity
NY / NJ

## Track Overview

*What happens in ministry is 100% God's work and 100% our work. We plan and we pray. We prepare and we trust. We engage fully because we depend on God completely. The practices we teach in this track are faithful ways of participating in what God is already doing.*

This track has three main objectives:

1. Encounter with God – Uniquely Christian leadership flows from friendship with Jesus. We want student leaders to view leadership as context to grow in friendship with Jesus. Every track time will include opportunities to practice attentiveness to God while developing as leaders.

2. Clarify InterVarsity's mission and vision – We want student leaders to grow in clarity so they can name "the why" of what we do, and invite others into God's story.

3. Build skills – We want students to be introduced to and start to practice three skills:

   - Communicate Vision: Name the Why – Narrate God's story and invite others to join in.
   - Draw short straight lines between ministry activities and InterVarsity's mission
   - Use the Campus Continuum to assess the chapter's development and take next steps

Basileia's leadership track is designed to jump start and complement the work of summer core team building. During the summer and throughout the year, teams can build on these foundational practices and perspectives.

InterVarsity
NY / NJ

## Session 1: Leadership as Friendship with Jesus (Day 2: Sunday, 2-3:15pm)

Session Objectives:

- Encounter with God
- Orient students to the Leadership Track.
- Introduce leadership as an opportunity for intimacy and friendship with Jesus.
- Invite students into a regional rule of life.

TOTAL TRACK TIME: 75 mins

| Time (mins) | Content | *Point person | Notes | |
|---|---|---|---|---|
| 5 mins<br><br>2-2:05 | Students arriving, settling | | | |
| 3 mins<br><br>2:05-2:08 | Welcome | *Track Director / Emcee | | |
| 7 mins<br><br>2:08-2:15 | Connector Activity:<br>Leadership Journey Map | *Track Director / Emcee | | Slide |
| 4 mins<br><br>2:15-2:19 | Leadership Track Overview:<br>Share Track Objectives<br>Why are we here | *Track Director / Emcee | | Slide |
| 8 mins<br><br>2:19-2:27 | Scripture: Matthew 8:18-27<br>Leadership Implications | *Trainer | in leadership teams | Slide |
| 20 mins<br><br>2:27-2:47 | Main Teaching: Leadership as Friendship (intimacy) with Jesus | *Trainer | | Slide |
| 7 mins<br><br>2:47-2:55 | Listening Prayer | *Trainer | some time in individual reflection, some time in groups | Slide<br>booklet |
| 10 mins<br><br>2:55-3:05 | Regional Rule of Life Intro | *Trainer | | Slide<br>booklet |
| 7 mins<br>3:05-3:12 | Listening Prayer | *Trainer | | Slide<br>booklet |



Ex.4.018

InterVarsity NY / NJ

| | | | | |
|---|---|---|---|---|
| 3 mins<br>3:12-3:15 | Close & Bless | *Track Director / Emcee | | Pictures of books on the slide |
| End Time<br>3:15 | Dismiss | *Emcee | | |
| | 15 min buffer - free time doesn't start till 3:30 | | | |

*point persons assigned by track director

## WELCOME (3 minutes)

- Warm welcome to the leadership track
- Introduce yourself
- Acknowledge who's in the room

## CONNECTION ACTIVITY: Leadership Journey Map (7 minutes)

This is designed to get everyone moving, facilitates connections, and eases us into the topic. Not designed to linger or take up lots of time. Keep it moving.

Setup:

- Create an imaginary map across the room
- Label different areas of the room with signs or simply point them out verbally

Instructions:

1. Explain: *"We're going to create a human leadership map together. The room is now our map!"*
2. Starting Points (3 minutes):
    - One side of the room represents *"I became a leader recently"* and the opposite side represents *"I've been in leadership for years"*
    - Ask students to physically stand where they would place themselves on this continuum
    - Once positioned, have them briefly introduce themselves to 1-2 people standing near them: Name, school, favorite animal & why
3. Leadership Motivation Map (3 minutes):
    - Designate 4 corners of the room with different leadership motivations:
        - *The Organizer: "I lead because I enjoy organizing and creating structure. I'm all about creating systems that actually work"*



Ex.4.019

InterVarsity NY / NJ

        - *The People Developer: "I lead because I'm passionate about helping others grow. I live to see others level up"*
        - *The Problem Solver: "I lead because I see needs that should be addressed. I spot issues and tackle them head-on."*
        - *The Drafted Leader: "I lead because others encouraged me to step up. Someone saw potential in me and pulled me in"*
    - Ask students to move to the corner that best represents their primary motivation
    - In these small groups, have them share one quick example of how this motivation shows up in their leadership
4. Close (1 minute):
    - Acknowledge the diversity of leadership journeys in the room
    - Highlight how this variety strengthens the community
    - Transition: "No matter where you are in your leadership journey, today we'll explore how leadership is fundamentally about friendship with Jesus"

## LEADERSHIP TRACK OVERVIEW (4 minutes)

- In response to God's love grace truth… (IV mission)
- We want to see lives transformed, universities renewed, world changers developed (vision)
- Vision for the track - why we are here today
- Share Track objectives

Note: This is your opportunity to name the why for this track, to connect the specific work of these four sessions to God's larger story. Ground it in mission, communicate vision for what could happen if students wholeheartedly engage. You'll be modeling the very skills they'll practice later.

## SCRIPTURE ENCOUNTER: LEADERSHIP IMPLICATIONS (8 minutes)

Text: Matthew 8:18-27

*Begin with a brief recap:*

Earlier today, we spent time studying Matthew 8:18-27 together. In this passage, Jesus calls his disciples to follow him to 'the other side,' leading them into a storm where they discover both his authority over creation and their own lack of faith.



Ex.4.020

InterVarsity NY / NJ

Connecting Scripture to Leadership (5 minutes)

- Discussion Questions: (**Choose 1** of the following)
  - Jesus invites his disciples to go to "the other side" before the storm hits. How does this challenge our assumptions about following Jesus in leadership?
  - The disciples' question—"What kind of man is this?"—reveals their growing understanding of who Jesus is. How does our leadership grow as we discover more about Jesus' authority and character?

*Facilitator circulates to listen in on discussions*

Large Group Synthesis (3 minutes):

- Invite 2-3 key insights from the small group discussions

- Bridge to main teaching:

Following Jesus in leadership often means venturing into unfamiliar or challenging territory. As we explore what it means to lead as friends of Jesus, remember that leadership isn't about our own strength or experience, it's about trusting Jesus' presence and authority with us, especially when the path ahead seems uncertain

## MAIN TEACHING: LEADERSHIP AS FRIENDSHIP WITH JESUS (20 minutes)

Key Points:

1. Reframing Our View of Leadership
   - Leadership isn't primarily about what we accomplish.  It is both about who we are becoming and what we are leading others to do
   - Jesus invites us into leadership as a pathway to deeper friendship with Him
   - Your leadership role is a unique opportunity for intimacy with Jesus
2. How Leadership Grows Our Friendship with Jesus:
   - **We Learn to Listen:** Leadership challenges force us to seek Jesus' wisdom
     - *Example*: Include an example here…
     - *Question*: How is your leadership creating opportunities to listen to Jesus more deeply?
   - **We Practice Dependence:** Leadership reveals our limitations and need for Jesus.
     - *Example*: Include an example …
     - *Question*: Where is your leadership making you more aware of your need for Jesus?
   - **We Experience Partnership:** Leadership becomes collaboration with Jesus



Ex.4.021

InterVarsity NY / NJ

- *Example*: Include an example…
- *Question*: How is Jesus inviting you to partner with Him in your leadership?

3. The Joy of Leadership as Friendship:
    - Leadership becomes less burdensome and more life-giving
    - We lead from overflow rather than obligation
    - Our relationship with Jesus becomes the source and purpose of our leadership

## PRACTICE EXERCISE: LEADERSHIP LISTENING PRAYER (7 minutes)

*Point to page in booklet for students to do some reflection*

1. Guide students in a listening prayer exercise that helps them become aware of their desire for more of God: 3 mins
    - *Take a few moments to become aware of Jesus' presence with you.*
    - *(Project this on a screen) How would you describe your level of desire for friendship with Jesus? Tell him.*
        - 🍏 ***I want a Curious Taste*** *– A nibble of interest, tasting and seeing that the Lord is good but not yet deeply hungry.*
        - 🥪 ***I have a Growing Appetite*** *– A desire for more spiritual nourishment, seeking God's word and presence intermittently.*
        - 🍽️ ***I want the Daily Bread*** *– A steady, regular hunger for God, feeding on His truth through prayer, scripture, and worship.*
        - 🍖 ***I have a Deep Craving*** *– A soul longing intensely for God, finding satisfaction only in His presence and truth*
    - *Wherever you are in your appetite for him, Jesus wants to meet you.*
    - 2-3 mins of quiet personal reflection
2. Share in pairs. 3 mins

## REGIONAL RULE OF LIFE INTRODUCTION (10 minutes)

- Introduce the concept of a Rule of Life as a framework for spiritual formation: habits that when practiced over the course of time as a response to God, can form us to be Christ-centered leaders, growing in love for God, God's Word, God's people, God's purposes



**Ex.4.022**

InterVarsity NY / NJ

- Desire for more of God as the starting place for this Rule of Life (refer to the exercise right before this – Wherever you are in your appetite or desire for God, He wants to meet you)

The NY/NJ Regional Rule of Life has Six Core Practices:

1. Set Aside Regular Time in Scripture and Prayer
   - Why: Leaders grounded in God's word and connected to God in prayer lead from wisdom
   - What: Regular times of connection with God in prayer, growing to trust God's character as revealed in scripture
2. Keep Sabbath Weekly
   - Why: Leaders who practice Sabbath model sustainable rhythms and dependence on God
   - What: 24-hour period of rest from work to delight in God and savor our identity as God's children
3. Practice Regular Self-Reflection
   - Why: Self-aware leaders can lead with authenticity and recognize their blind spots
   - What: Internal examination so we can better love God and others by better knowing ourselves
4. Cultivate Presence by Regularly Unplugging
   - Why: Leaders who offer presence create spaces where others feel valued and seen
   - What: Intentional times away from screens to be fully present to God and others
5. Practice Chastity
   - Why: Leaders with pure intentions create safety where people can flourish
   - What: Fostering healthy relationships by cultivating purity of heart and intentions toward others
6. Commit to Community
   - Why: Leaders who are connected to community lead with accountability and support
   - What: Investing in relationships that deepen our love for Jesus and people

Emphasize: These practices aren't about checking boxes but about forming us to grow in love for God and others

## LISTENING PRAYER (5 minutes)

*Point students to place in booklet where they can reflect*



Ex.4.023

InterVarsity NY / NJ

1. *As you reflect on the Rule of Life, which practice will be most meaningful for you in this season to cultivate your longing for God?*
2. *What specific step might you take to grow in this area this week?* Allow 2 minutes for silent reflection and journaling
3. Share your hopes with your teammates

## CLOSE (5 minutes)

- Invite sharing from one or two people
- End with vision: What difference would it make for you and your team to become leaders who are leading out of their friendship with Jesus and are full of integrity and joy? What difference would it make in your chapter? What difference would it make on your campus?
- Resources to help you cultivate your prayer life: (Post on screen – maybe a QR code or link to a folder with these resources?)
  - *Excellence in Leadership*
  - *Praying Like Monks, Living Like Fools*
  - *Daring to Draw Near*
  - *Urbana 09 Sunder Krishnan talk*
- Close in prayer - Bless

---

## Session 2: InterVarsity's Mission & Vision (Day 3, Monday: 11:30-12:45)

Session Objectives:
- Encounter God in community
- Clarify InterVarsity's vision / mission

### TOTAL TRACK TIME 75 mins (15 mins buffer time before lunch)

| Time (mins) | Content | *Point person | Notes |
|---|---|---|---|
| 5 mins | Welcome, Reconnection | *Track Director / Emcee | |
| 20 mins | Connection Activity: Mission on Our Campuses | *Trainer | Set up needed |
| 35 mins | InterVarsity's Mission Unpacked | | |



Ex.4.024

InterVarsity NY / NJ

| | | | |
|---|---|---|---|
| 10 mins | Team Synthesis | | |
| 3 mins | Close & Bless | | |
| End Time<br>75 mins total | Dismiss | *Emcee | |
| | | | |

*point persons assigned by track director

## WELCOME & RECONNECTION (5 minutes)

- Welcome back!
- Brief recap of Session 1: "Leadership as Friendship with Jesus"
- Opening prayer. (Be intentional about modeling - pray the vision & mission)

## CONNECTION ACTIVITY: Mission On Our Campuses (20 minutes)

### Setup:

- Large regional map of NY/NJ with campuses
- Provide different colored sticky notes for each campus

### Phase 1: Campus Team Reflection (10 minutes)

1. Gather with your campus team
2. Each team receives sticky notes
3. As a team, identify 2-3 powerful moments when you've seen InterVarsity's mission in action on your campus in the past year
4. For each moment, discuss:
    - What specifically happened?
    - Who was impacted and how?
    - Which aspect of IV's mission was most clearly demonstrated?
    - What made this moment especially meaningful for your chapter?
5. On each sticky note, write a compelling headline for your mission moment plus 1-2 key details
6. After identifying 2-3 moments, select one mission moment that best captures the heart of what God is doing on your campus



Ex.4.025

### Phase 2: Large Group Sharing & Connections (10 minutes)

1. Each campus team will have 60 seconds to share your selected mission moment and place it on our regional map
2. As each team shares, everyone else should listen for:
   - Common themes across campuses
   - Unique expressions of the mission
   - Inspiration for your own context
3. After all teams have shared:
   - Highlight 3-4 regional patterns that emerged
   - Note the beautiful diversity in how God is working
   - Connect these stories to the scripture passage studied earlier: These stories reflect what we explored in (insert passage studied)
4. Look at our regional map - this is InterVarsity's mission coming alive across NY/NJ!

## INTERVARSITY'S MISSION UNPACKED: WHY IT MATTERS (35 minutes)

### The Critical Need on Campus

- Stand up if these apply on your campus:
  - **Mental Health Crisis:** A significant number of college students report symptoms of depression or anxiety, with campus counseling centers overwhelmed by demand. Many students are affected by mental health issues
  - **Academic Pressure & Burnout:** Students face heightened pressure to achieve, with many experiencing significant stress related to academic performance and future career prospects
  - **Social Isolation:** Despite being more 'connected' than ever, students report unprecedented levels of loneliness and difficulty forming meaningful relationships
  - **Polarized Campus Climate:** Political and ideological divisions often prevent authentic dialogue and create hostile environments for diverse perspectives
  - **Digital Overload:** High daily screen time is a common experience. Studies suggest that the average college student spends 8-10 hours daily on screens, contributing to attention fragmentation and decreased presence

InterVarsity NY / NJ

- What difference would it make on your campus if I were to tell you that there is a spot where God's presence dwells on your campus? A place where students can actually see, experience, and taste the living God in the midst of these challenges?

Throughout history, God has met people in their brokenness by making His presence known among them. Understanding this pattern helps us see our role on campus today.

### The Biblical Pattern of God's Presence

- Throughout the story of Scripture, God's presence with humanity is revealed in different ways:
    1. **Garden of Eden** – God walked with Adam and Eve in perfect relationship before sin entered the world (Genesis 3:8).
    2. **Tabernacle** – God dwelled among His people in the portable tent (Exodus 40:34-38), symbolizing His presence and guidance.
    3. **Temple** – Solomon built the temple in Jerusalem, where God's glory filled the Holy of Holies (1 Kings 8:10-11).
    4. **Jesus (Incarnation)** – God became flesh and dwelled among humanity in Jesus Christ (John 1:14), making His presence personal and accessible.
    5. **Holy Spirit** – After Jesus' resurrection, the Holy Spirit was given to believers, making them temples of God's presence (Acts 2:1-4, 1 Corinthians 6:19).
    6. **The Church (God's People)** – God's presence is now among His people, the Body of Christ, who are called to be His dwelling place (Ephesians 2:22).
    7. **New Creation** – In the future, God will fully dwell with His people in the new heaven and new earth, restoring the perfect presence seen in Eden (Revelation 21:3)."
- What does that mean for us?

- *In response to God's love, grace, and truth, the purpose of InterVarsity Christian Fellowship is to…*

- Today, InterVarsity chapters are called to be outposts of God's presence on campus – places where God's Spirit dwells in and among His people as we await the final restoration of all things.

InterVarsity
NY / NJ

So if we're called to be places where God's presence dwells on campus, what does that actually look like in practice? This is where InterVarsity's vision of witnessing communities becomes so powerful.

## InterVarsity's Mission of Witnessing Communities

- Notice a few things: about our purpose (point to page in the book)

  1. **Our movement is a response to God** - It's His idea. What happens in ministry is 100% God's work and 100% our work.

  2. **We are to establish and advance** - we are to plant and build. Start new communities, and develop ones that already exist.

  3. **Witnessing communities** - both "witness" and "communities." Goes hand in hand. Witness without community = solo evangelists burn out. Community without witness = inward focused cliques. We establish and advance communities that witness to Jesus. Authentic fellowship and sincere witness.

**Transition:** Now let's explore how these witnessing communities directly address the challenges facing students on your campuses. What does it look like when InterVarsity chapters become places where God's presence is experienced on campus?

## Why Witnessing Communities Matter: Interactive Exploration

1. Put up these challenges on a slide. Invite each leadership team to select the challenge most relevant to their specific campus:
   - Mental Health Crisis
   - Academic Pressure & Burnout
   - Social Isolation
   - Polarized Campus Climate
   - Digital Overload
   - Work-life balance
   - Student debt & financial stress
   - Job market & career uncertainty
   - Housing & food insecurity
   - Other______________(If none of the above, identify a challenge on your campus)
2. In teams explore: Why are witnessing communities essential in addressing this challenge on your campus?

- How does a witnessing community offer a distinctive response to this challenge that other campus groups cannot?
- What would students struggling with this challenge find in a witnessing community that they couldn't find elsewhere?
- How have you seen your InterVarsity chapter function as a witnessing community in response to this challenge?

3. Teams create a compelling "mission response" for their chosen challenge:
    - A 1-minute presentation on why witnessing communities are uniquely equipped to address this challenge on your campus
    - Explain how following Jesus as Savior and Lord transforms your response to this challenge
4. Gallery Walk:
    - Each team posts their "mission response" on the wall
    - Teams rotate to read and add post-it note affirmations/insights to other teams' work
    - Facilitators highlight both common themes and unique approaches across different campuses

### Summary: Why InterVarsity's Mission Matters Today

- Facilitator draws connections from the gallery responses:
    - Students are hungry for authentic community in an age of superficial connection
    - Many are asking deeper questions about purpose and meaning amid career pressures
    - There's growing interest in spiritual practices that foster mental wellbeing
    - Campus environments need models of respectful dialogue across differences
    - Students need spaces to develop holistic identities beyond academic achievement
    - As 1 Peter 2:5 reminds us, witnessing communities are spiritual houses where God's presence dwells on campus – sacred spaces where students can see, experience, and taste the living God in a world that desperately needs divine encounter
- InterVarsity's witnessing communities offer a powerful, distinctive response to the challenges today's students face - not just addressing symptoms but pointing to Jesus as the source of transformation and creating hotspots of God's presence that transform the campus around them.



Ex.4.029

InterVarsity
NY / NJ

## RESPONSE: CAMPUS TEAM SYNTHESIS (10 minutes)

**Team Huddle:**

- Campus teams reconvene
- Go to the reflection portion in the booklet:
    1. Individual reflection 3 mins
        - When during this session did I feel most inspired or moved?
        - What am I longing for more of or less of on my campus?
        - Who on campus (individuals or networks) has the Lord brought to mind as we talked about InterVarsity's mission & vision?
    2. In teams 7 mins: Which aspect of the mission resonated most with you today?
    3. Who on your campus needs this kind of witnessing community?
- Teams pray together for campus

## CLOSE & ANNOUNCEMENTS (2 minutes)

- Announcements
- Close in prayer (model praying the mission & vision)

---

## Session 3: Communicating InterVarsity's Mission & Vision (Day 3, Monday 2-3:15)

Main Objectives:

- Encounter God
- Clarify InterVarsity's mission & vision
- Practice 2 skills:
    - o Communicate vision
    - o Draw a short straight line from activity to mission

### TOTAL TRACK TIME 75 mins (15 min buffer time)

| Time (mins) | Content | *Point person | Notes / Materials |
|---|---|---|---|



Ex.4.030

| | | | |
|---|---|---|---|
| 5 mins | Welcome, Frame | *Track Director / Emcee | |
| 30 mins | Skills 1 Training: Drawing Short Straight Lines to Mission & Vision | *Trainer | Easel pads markers<br><br>Print outs of case studies |
| 10 mins | break | | |
| 30 mins | Skills 2 Training: Communicating Vision | *Trainer | |
| 10 mins | Contextualizing: Practice Communicating Vision in Different Scenarios | *Trainer | |
| 3 mins | Announcements<br>Close & Bless | *Track Director / Emcee | |
| End Time<br>85 mins total | Dismiss | *Emcee | |
| | | | |

*point persons assigned by track director

## WELCOME & RECONNECTION (5 minutes)

- Welcome people back
- (insert your vision)
  - Communicate vision, model it.  Why are we here in this room right now?
- Let people know what we're doing
  - Today we're going to be working on 2 skills: communicating vision and drawing short straight lines between what we're doing on campus and InterVarsity's mission / vision
- Opening prayer.
  - (Model praying the vision & mission)

## SKILLS PRACTICE 1: SHORT STRAIGHT LINES (30 minutes)

Mission Mapping - 10 mins

InterVarsity NY / NJ

Setup:

- Provide each campus team with a large sheet of paper and markers
- Display InterVarsity's mission statement: "To establish and advance witnessing communities of students and faculty who follow Jesus as Savior and Lord: growing in love for God, God's Word, God's people of every ethnicity and culture, and God's purposes in the world."
- Play upbeat music during the activity

Instructions:

1. It's MISSION MAPPING TIME! You've got exactly 5 minutes on the clock to brainstorm all the activities your chapter has done this year – work fast, it's a campus sprint!
2. Now, connect those activities to parts of the mission statement with colorful lines – make it a mission web!
3. Circle any super-activities that connect to multiple parts of the mission statement
4. Star your chapter's greatest hits – the activities that had everyone talking

Quick Debrief (in teams):

- What patterns do you notice in your activities? Any mission-statement blind spots?
- Which aspect of the mission has your chapter been ghosting lately?
- Which activities were your mission-connection all-stars?

Case studies 20 mins

Case Studies: Give out scenarios of non-missional chapter activities.  Each team gets a scenario.

Remind students:

- Your leadership team is a steward of the mission and vision that God has entrusted to InterVarsity on your campus.
- There are no right-wrong answers.
- This is a practice in team discernment.
- Bring your full self to this, even if that means your opinion differs from others.

Have case studies printed out and in the middle of tables

InterVarsity
NY / NJ

## CASE STUDIES

### Christian Concert in Town

A small group leader, Fred, who is well loved by the new freshman, feels convicted to bring the chapter to a Christian concert happening in town during the same weekend of Selah (InterVarsity's Fall Retreat. Selah's focus is to create a space for students to pause, attune to God's love, grow in love for scripture and for the campus. The concert features popular Christian worship bands focused on intimacy with God in worship. Fred is committed to get a large contingent from the chapter to attend this concert together instead of Selah, and is particularly inviting freshmen.

How does your team want to respond to steward mission and vision?

### InterVarsity Semi-Formal Ball

Our chapter loves community. One thing we all look forward to is our semi-formal. The chapter puts some of its best creative energy and money to make this fantastic and memorable. While the intention is always to invite friends, the friends never seem to come. But the pictures and memories are precious and we couldn't imagine the year without it.

What does your team want to do to steward mission and vision?

### Christian Group Potluck and Worship Night

One InterVarsity SG leader met with a friend from another Christian group on campus. They want to host a worship night / international food potluck with the other Christian groups on campus. The IV leader feels conviction about this as a way to bring unity to the Christians on campus.

To steward the mission and vision, how does the leadership team want to respond?

InterVarsity staff, be prepared to coach these. Some questions to ask:

1. What in this scenario connects to the mission?
2. What in this scenario does not connect to the mission?
3. What changes can we make to this scenario so that it is responding to God… and establishing & advancing witnessing communities?

Transition: Connect this to passages we're studying in LG and Bible Study

## SKILL PRACTICE 2: COMMUNICATING VISION WITH CLARITY (30 minutes)

### Introduction and Modeling (5 minutes):

- Sometimes we spiritualize this skill "Casting vision," making it bigger in our heads.
- Give tooth brushing example. If you had a friend who had bad breath, what would you say to your friend to help them?
  - Draw out examples from the audience
  - You just basically communicated vision…
- In this next round, we're going to practice our 60 second vision pitch.
- Here's a script / framework that you could use. Think of it as a GPS. It will give you direction. You don't have to follow it exactly, but it keeps you from getting lost.
  - if needed proactively address the potential objections:
  - Think of this as a launchpad not a cage. Adjust it to sound like you
  - Even the most spontaneous speakers practice practice practice. It frees them to be fully present in the moment

*There are _____(insert number)____ students at __(name of school)___.*

*God loves every single one of them. The tragedy is that many of them do not know that God loves them. InterVarsity exists to give people a chance to experience the love of God.*

*Personal impact story____(How you personally were impacted by InterVarsity. For example: I remember being a freshman at ABC University, feeling lost in the crowd, missing my friends, and feeling far away from God. A junior named Noelle reached out to me, she called me and invited me to her small group. I began to come. Over the course of that semester, I got*

*connected to a community that accepted me for who I am, encouraged me to bring the questions I have, and gave me their perspectives, which stretched me and helped me grow. We also had a lot of fun together.* __________

*Invitation: Would being part of a community that allows people to experience God in this way be something you are interested in?*

- Trainer models the script with energy and genuine personal story:
    - There are 24,000 students at State University.
    - God loves every single one of them. The tragedy is that many of them do not know that God loves them. InterVarsity exists to give people a chance to experience the love of God."
    - [Share personal story]
    - Would being part of a community that allows people to experience God in this way be something you are interested in?

## Putting Together My Vision Communication (20 minutes):

The vision we're learning to communicate has 3 portions to it: Why. Personal Story. Invitation.

1. Start with Why -

    Why: *There are ______ students on this campus. All of them are loved by God. The tragedy is many of them do not know it.*

    You were asked to come to this track knowing the enrollment number of your school. Hopefully you all already have this.

    Turn to a neighbor and practice just that line. Turn to another neighbor and practice it again.

2. Personal Story

    **Craft your personal impact stories with these specific elements:**

- **Before InterVarsity:** Briefly describe a specific challenge or need you experienced (loneliness, questions about faith, seeking purpose, etc.)
- **The connection point:** Name the specific person or event that connected you to InterVarsity
- **The transformation:** Share 1-2 concrete ways InterVarsity changed your experience (community, spiritual growth, leadership development)
- **Keep it authentic:** Use your own words and specific details that only you could share
- **Keep it brief:** 30-45 seconds maximum

Take the next 3 minutes on your own to write down your personal impact story.

Turn to a neighbor and share your personal impact story. Give each other feedback: Was it specific? Authentic? Brief? Relatable to other students?

3. Invitation - *Would being part of a community that allows people to experience God in this way be something you are interested in?*

   Turn to a neighbor and practice just that line. Turn to another neighbor and practice it again.

Now put it all together. Why. Personal Story. Invitation.

Stand up. Groups of 2. Practice delivering the script with your personal story.

Timer on. 60 seconds.

Give each other feedback. How was the why? Was the personal story relatable, authentic? Was the invitation delivered in a welcoming way? Was the vision clear?

## CONTEXTUALIZING: PRACTICING VISION IN DIFFERENT SCENARIOS (10 minutes)

Practice 60 second vision in these different scenarios:

- To a freshman looking for community at a club fair
- To a non-Christian in the dorms

- At a large group as emcee
- As a small group leader in your small group
- In an elevator, and the President of the college asks "What's InterVarsity?"
- To a professor who is interested in the club you are part of

Ask students to stand and find someone they don't know or don't know well. Start practicing vision. Put the timer on for 2.5 minutes. Then ask them to switch partners. Go to the next scenario.

End this session by thanking students for engaging and taking risks.

---

## Session 4: Learning the Campus Continuum (Day 4, Tues 2-3:15)

Main Objectives:

- Encounter God
- Learn to use the Campus Continuum to assess the chapters development and identify appropriate next steps

TOTAL TRACK TIME 75 mins (15 mins buffer time)

| Time (mins) | Content | *Point person | Notes / Materials |
|---|---|---|---|
| 5 mins | Welcome, Frame | *Track Director / Emcee | |
| 40 mins | Campus Continuum | *Trainer | |
| 25 mins | Rule of Life<br>Pray for one another | *Trainer | |
| 5 mins | Announcements<br>Thank students<br>Close & Bless | *Track Director / Emcee | |
| End Time<br>75 mins total | Dismiss | *Emcee | |
| | | | |

*point persons assigned by track director



Ex.4.037

InterVarsity NY / NJ

## Welcome, Frame and Vision (5 minutes)

Campus Continuum Tool

This tool helps us in assessing where our chapters are and identifying a clear next step. It helps in these ways:

1. **Understanding Over Guesswork:** Communities are complex and often don't follow a straight path. Instead of guessing, leaders can lean on the Campus Continuum's structured approach to navigate the complexities of ministry growth and identify the next steps for their community.
2. **Strategic Clarity:** By identifying your current stage, you can better strategize for the future. This includes setting clear objectives, determining leadership actions, focusing on discipleship, and setting goals for community growth.
3. **Cultivating Momentum:** Use the Continuum to energize your team, celebrate milestones, and pray for God's guidance and direction moving forward.

## Walk through with Example (10 minutes)

The tool is constructed around five distinct stages of community growth:

- Prospective
- Connected
- Emerging
- Establishing
- Catalyzing

Each stage is enriched with specific categories:

- Definition: Snapshot of the stage.
- Core Focus: The primary objective.
- Key Leadership Moves: Tactics to accomplish core focus.
- Who to Develop: Identifying who to invest in.
- Signs of Life: What does "success" look like?
- Critical Transition: The criteria for moving forward.

InterVarsity NY / NJ

## Interactive case studies based on chapters in different stages (30 minutes)

Case studies need to be written

Staff will be positioned in different parts of the room.
Student leadership teams will travel to a staff.
Each staff will describe a chapter.
After describing the chapter, the student leadership team will consult with one another to do two things:

- Identify which stage of the continuum the chapter is and why they would choose that stage.
- Offer a next step recommendation using the "Core Focus" and "Key Leadership Moves" in the continuum

## Turn Back to Rule of Life (20 minutes)

Leadership is not primarily about what you do, but who you are becoming.
It's an invitation to be with Jesus.

At Basileia, we have practiced a Rule of Life together. (Point to different times in the course of the week when we've done that)

Individual reflection time 7 mins.

Project these questions on a screen:

- How have you felt the impact of the Rule of Life this week?
- What fruit might continuing in these practices have on who you are becoming? (It would be helpful for the trainer to have a specific example of this)
- What practices do you need to incorporate back home/on campus?
- How will these practices enable you to be with Jesus, grow in love for Him, His Word, His people, His purposes?

The Rule of Life originated as a communal practice of attuning to God and staying connected to God as a community.

In Teams. 12 mins Share

- What emerged in your time of reflection?

- How can we help one another in staying attuned to God as a community?

## Close and Bless (5 minutes)

Thank students. Pray for their campuses and their leadership. Send them with vision:

This is one more opportunity to model what we're teaching.

*What difference will it make for your campus to have leaders who lead out of friendship with Jesus, who can name the why, who define the win by drawing short straight lines to mission, and who invest in people?*

Bless and commission them to be leaders who lead from friendship with Jesus.

# Chan Exhibit B:

## Leader's Notes for Go & Do Training

InterVarsity

# MISSIONAL SMALL GROUP LEADERS' TRAINING

# TRAINER'S NOTES

## Table Of Contents Page

Session 1: Vision for Missional Small Groups 4 Session 2: Casting Vision for a Missional Small Group 7 Session 3: Inductive Bible Study 12 Session 4: Missional Small Group Dynamics 16 Session 5: Mission Strategies for the Mission Field 20 Session 6: Leading Others To Faith Across the Five Thresholds 24 Session 7: Invitations to Faith in Missional Small Groups 33 Session 8: Multiplication Through Discipleship 33 Session 9: Moving Forward...Call to Commitment 38

## Key

 - breakout time

 - individual exercise

 - trainer’s notes

 - announcements

# Start Recording

## Welcome to Go & Do!

### MC: Introduction

- Invite students to identify their campus (on map if there are more than 10 students) Shout out to schools!
- Welcome and introduce yourself and any other trainers
- Especially welcome the freshmen!
- We thrilled to offer this training
    - personal - how being part of a Small Group has been helpful to you

7

Share notes.

### MC: Training Overview

The purpose of Go & Do is to train and equip students to launch, lead and multiply missional Small Groups where every person is invited to grow as a follower of Jesus, and every person is invited to help others to do the same. The training consists of four 75 minute sessions in

addition to weekly 1-1 or group coaching.

## Pray



# Go & Do - Week 1: Session 1

## Vision for Missional Small Groups

## MC: Introduce Teacher 1

## Teacher 1: SESSION GOALS

- o Grow in vision for what a missional Small Group could look like, including what can happen in and through it
- o Grow in vision for what it will take to lead a missional Small Group, and be encouraged in this task

## Vision For Missional Small Groups

Christians gather together into many different kinds of groups - prayer groups, accountability groups, support groups, Bible study groups, outreach groups, worship groups, etc. - each with its own purpose. These groups have a place, but they are not the type of group we're training you to lead in Go & Do. This training will prepare and equip you to lead a missional Small Group. It will also help you help others get the training and experience they need to launch additional missional Small Groups.

## What is a Missional Small Group?

- o It's a group where Christians and others are devoted to developing a deeper understanding of God's love for them through Christ, responding in obedience to what they're

Case: 26-3254, 11/24/2026, DktEntry: 28.6, (47 of 104)

learning, and inviting others to join them as followers of Jesus.

- Read Acts 2:42-47.

4

- Put in the chat things you notice that this first church was doing? (invite a staff or student to read)
  - They were devoted to learning from God's word, loving one another, worshiping God, and witnessing to others.

## Why Missional Small Groups?

Missional SGs work! They are an effective way of carrying out our mission, the Great Commission, by reaching many different communities on our campuses for Christ!

Read Matthew 28:18-20 - make disciples (intimacy/deep), every nation (impact/wide)

Missions Small Groups are committed to spiritual growth (intimacy) and missional outreach (impact).

Just like the body can't just eat and not exercise (because we would then just get fat) or just exercise and not eat (because we would then just wear ourselves out), we need BOTH spiritual growth AND missional outreach in our IV ministries. Missional SGs therefore help us to accomplish our purpose for being on campus.

## How do Missional Small Groups Work?

- They gather a core group of students with a desire to grow closer to Jesus and His purposes for their lives. Some of these students may be Christians wanting to grow in their faith. Others are checking out what Christians believe and why. As this core group grows - spiritually, relationally, and numerically - they reach out to a "corner" of campus with the hope of connecting even more students to Christ.
- A corner can be defined as a common living area, major, interest/hobby, etc.. Examples of corners include a dorm (or one section of a dorm), the softball team, artist, civil engineers, freshmen, outdoor enthusiasts, Greeks, international students, business majors, etc.
- They prayerfully & intentionally build relationships with students in these corners, invite them into the SG community, and demonstrate God's love in practical ways in both word and deed.

## What does it take to lead an Effective Missional Small Group?

- It takes prayer, training and strong leadership to help the group grow in both intimacy & impact - intimacy with Christ and impact on campus.

What would happen on campus if more Small Groups were like this?

(invite students to unmute and share their answers.)



It is our desire--and belief--that in giving you this training to lead a missional Small Group, you'll be able to use what you learn on campus as a student, and in a variety of contexts for the rest of your life. Neighborhoods, apartment complexes, workplaces, and foreign countries are all excellent places to launch missional Small Groups. We are excited for the ways God will use Go & Do in your life now, and in the decades to come.

Breakout rooms of 2-3 students. (5 mins)

1. Share why are you taking this training, and
2. Something you're excited about and/or afraid of when thinking about leading a missional small group.
3. Briefly pray for one another

## Pause Recording

# Resume Recording

## MC: Introduce Teacher 2

## Go & Do - Week 1: Session 2

## Casting Vision for a Missional Small Group

Share notes

### SESSION GOALS

● Become familiar with the components of a compelling vision ● Develop a compelling vision for a missional Small Group ● Practice presenting your vision and giving/receiving feedback from peers

## Why Cast a Vision?

When you start inviting people to the missional Small Group, what will you say?

The typical invitation is something like, "Want you to come to my Bible study. We meet in my room every Tuesday from 7-8. Can you make it?"

This may get a few people to your group, but it won't help you lead a missional Small Group.

When inviting people you want to share the vision for the group that leads with the WHY, not the What. Doing this will arouse curiosity. Not everyone will say yes, but at least they'll know why the group exists and why you're hoping they become part of it.



## Components of a Compelling Vision

Vision can be defined as "a clear picture of what could be set against what happens without it, and fueled by the conviction that it should be."

- Spark Interest: Set the scene and share something relevant to the person you are speaking to.
- Why Is This Important To You? (State a problem and your solution): Make the problem you, and hopefully they, want solved apparent. Share your personal feelings of why it matters that this Small Group exists on campus and how it will address the problem.
- Details of What You are Doing (Emphasize how doing this will help solve the problem): Be specific! Explain why the Small Group will be studying the Bible, and what the hoped for outcome is.
- Invitation: Be straightforward and make a clear invitation.

## Other Important Tips

- Your vision should be a minute or less.
- Depending on who you are inviting, consider inviting them to meet for lunch or coffee first, instead of inviting them to your Small Group right away.

## Sample Missional Small Group Vision

Have you noticed how stressed-out it seems everyone is on campus?

I personally don't think it's healthy for people to be so stressed so much of the time, and I don't think it has to be this way. I believe we have been created not for a busy life - filled with anxiety and stress - but for a full life…full of meaning, healthy relationships, and peace. I believe this because God is helping me let go of my anxiety and stress, and to live with more peace with myself, and with the challenges I face every day.



Because I wish I had known this sooner, I want others to know the fullness and peace God wants to give to everyone. That's why I'm inviting my friends to get together weekly so we can support and encourage one another to live a full life! God is helping me, and I am eager to share what I'm learning from the Bible with the hope that it might be helpful to you too.

Is this something you might be interested in being part of? Can you think of anyone else who might be interested?

## Write a Small Group Vision (Individual Time - 5 Mins)

Use the outline provided:

- Spark Interest
- Why Is It Important To You
- Details Of What You Are Doing

● Invitation

Playing instrumental music during this time is recommended.

Pause Recording

(5 mins.) Same breakout rooms from Session 1: Practice sharing your vision (1 min to share, 1 min for feedback, switch)

Resume Recording

Invite students to share brightspot from others vision cast

MC: Announcements



● Coaching - Weekly 20 min. sessions to review content, bring clarity, and contextualize the training.
● Practice vision casting with your coach. Get feedback. ● Is there someone you'd recommend to get this training? ● Other Conferences: Basileia, Urbana, Selah, Christmas GIGs, etc.

MC: Pray

MC: We'll stay around here for a bit if you have anything to discuss with us or questions to ask. Otherwise, Go & Do!

Stop Recording

# Start Recording

## Welcome Back to Go & Do!

### MC: Introduction

- Welcome to new students. Be sure to watch last week's video!
- Introduce trainers and any coaches in the room.
- Recap from last week:
    - Missional SG's - how would you describe them?
    - Acts 2:42-47 - what 4 components did we identify? • What's important to remember when inviting people to a

missional Small Group?

## Pray



# Go & Do - Week 2: Session 3

## Inductive Bible Study

## MC: Introduce Teacher 1

## SESSION GOALS

- Be reminded that God uses His word to do His work!
- Learn the basic skills of preparing and leading an Inductive Bible Study.

## Introduction to Inductive Bible Study

"All Scripture is God-breathed and is useful for teaching, rebuking, correcting and training in righteousness, so that the servant of God

may be thoroughly equipped for every good work." Apostle Paul, 2 Tim. 3:16,17

"When you or I open the Bible, we are beholding the very words of God-words that have supernatural power to redeem, renew, refresh, and restore our lives to what he created them to be." David Platt

## What is an Inductive Bible Study?

- It's a humble approach to Scripture. We are willing to let our ideas/viewpoints be changed by Scripture, instead of finding verses that confirm what we already think. Unless we discipline ourselves, most of us will come to the Bible looking to reinforce what we already believe. When studying the Bible inductively we look at a passage with fresh eyes, with curiosity, eager for God to speak to us.

  This means that we ask questions…lots of them. We also listen to the Holy Spirit and to others in the room, as together God speaks to you from His word.



- It's a process, which asks three types of questions - observation, interpretation and application questions. Inductive Bible study is like an investigation or a discovery method of learning. Rather than begin with an opinion about what the text means and then looking for evidence to support that opinion (deductive reasoning), the inductive approach to Scripture study leads you to carefully look at the "evidence" (ie. what's given in the passage) before forming an opinion about what the text means.

The three types of inductive study questions can be understood in this simple way:

- Observation questions: What does it say?
- Interpretation: What does it mean?

- Application: How does it apply? How does this change my thinking/behavior?

The howto.bible videos may be shown during the training or the students can be invited to watch them on their own time before their next coaching session. (Taylor)

## Step 1 Observation: What does it say?



Practice - Luke 8:22-25

(3 mins.) Individual exercise : List your observations in the chat

Have one trainer read the responses, adding gentle and encouraging corrections if needed.

## Step 2 Interpretation: What does it mean?

Individual exercise (3 mins.): Based on what we're observing, what questions do you have about the meaning of this passage? In this step we try to understand the meaning of the passage for those immediately involved. In the case of our Luke study, develop questions that help bring clarity to what this experience meant to the disciples, Jesus, and others who heard about this strange meteorological event.

Have one trainer read the responses, adding gentle and encouraging corrections if needed.



## Is There a Main Truth?

While working on the interpretation process, be looking for the main truth in the passage. This main truth is what the original author intended his readers to understand, feel and respond to from the passage.

Any guesses as to the main truth of the Luke 8 passage?

(1 mins.) Invite students to verbally share their thoughts.

## Step 3 Application: How does it apply?

This step is when we begin to consider how God is using His word to change us; including our relationship with God, our relationship with ourselves, and with others. Remember, we don't study the Bible just for interesting information, but for life-changing transformation!



(3 mins.) Individual exercise: Take 2 min to come up with one application question from this passage.

Have one trainer read the responses, adding gentle and encouraging corrections if needed. Refer to the sidebar comments if it would be helpful.

A well led Bible Study should lead to an encounter with God through His word. Application questions are designed to help people of faith, and those exploring faith, identify and respond in obedience to the

truth of God's word.

## Bible Preparation Video - https://vimeo.com/246501787 (3 min)

## Resources

https://www.ivpress.com/lifeguide-bible-studies, Discovery Kits (aka "Bible Studies in a Box")



# MC: Go & Do - Week 2: Session 4

## Missional Small Group Dynamics

## Introduce Teacher 2

## Teacher 2: Introduction

## SESSION GOAL

- Developing the Four Components of a Missional Small Group

## Components of a Missional Small Group

Missional Small Groups are communities where everyone within the community learns, loves, worships, and witnesses together. This is the biblical pattern God established for His church, and with His help (which is absolutely needed!) it can be fully realized with missional Small Groups. Let's look again at what some have called the "blueprint" of the church found in Acts 2:42-47.

## Growing as a Learning Community

As you learn together from the Bible, discuss what you're learning about God, yourself, and people. Every participant should be encouraged to consider how they can apply what they're learning, and with whom they can share what they're learning. God's word is to be learned, obeyed, and shared.

Be sensitive to God's Spirit and to people's spiritual development (more about this in Session 6). The Spirit may lead participants to apply God's word in a variety of ways. Be open to this. We want to develop the ability to hear from God, and to respond to His leading.

As you're learning together, here are a few tips on how to handle possibly awkward situations:



Group Discussion Pro-Tips

## Growing as a Loving Community

Be creative in the ways you express genuine care for each person. Praying for one another can be an expression of godly love. Consider ways to celebrate and support one another. Explore fresh ways of showing God's love to one another.

## Growing as a Worshiping Community

Keep God at the center of your Small Group. Look for and name His activity within your group. Encourage a posture of gratitude and faith. Respond to God in prayer, song, praise, obedience, etc. (as the Spirit leads).

## Growing as a Witnessing Community

Ask God to show your group ways you can share His love, grace and truth to your corner of campus God is leading you to bless in word and deed. Lead with faith that encourages greater



intimacy with Christ and impact for Christ, just as the early church experienced. (See v. 47)

In 4 breakout rooms, labeled Learning, Loving, Worshiping and Witnessing, brainstorm additional ways to develop these components. Suggest that the person with their birthday closest to today record the group's ideas on this Google sheet. Request that the group choose who will read their ideas when back in the main group. (~10 mins.)

**Pause Recording**

...after about 7 minutes...

**Resume Recording**

When back together, ask one student from each group to read their responses.

We hope that as these missional Small Group components develop that more ideas will naturally come from participants as to how to grow these components even stronger with the group.

## MC: Announcements



- Coaching - Weekly 15 min. sessions to review content, bring clarity, and contextualize the training. If you have not yet

connected with your trainer please let us know.
- Discuss with your coach ways to practice preparing and leading an Inductive Bible Study.
- We'll stay around here for a bit if you have anything to discuss with us or questions to ask.

## MC: Pray

Now either stick around if you have questions, or Go &

Do! **Stop Recording**

# Start Recording

## MC: Welcome Back to Week 3 of Go & Do!

### Introduction

- Welcome students by name
- Reintroduce yourself
- What have we covered so far?
  - Week 1 - What is a Missional Small Group & Casting Vision for a Missional Small Group
  - Week 2 - What is an Inductive Bible Study & Missional Small Group Dynamics

### Pop Quiz

- Ask for one student to give the definition of a missional Small Group in their own words.
- Ask for one student to name three types of Inductive Bible study questions.
- Ask for one student to give the four components of a missional Small Group (Hint: from Acts 2:42-47)

### Show video

### Pray

# MC:Go & Do - Week 3: Session 5

## Mission Strategies for the Mission Field

## Introduce Teacher 1

### SESSION GOALS:

- Consider Blessing a Corner of Campus.
- Learn Gathering and Scattering Ideas

### Corners of Campus

Each Small Group should think and pray about how to bless a corner of campus (ie. a specific community) with the good news of Christ. Examples of corners include residence halls/floors, clubs, sports teams, friend groups, majors, artists, international students, commuters, etc.

Ideally all small group members will be on board with building relationships that point to Jesus with people living, working and/or playing in these corners. The missional small group leader encourages the group to be a witness for Christ, in word and deed, to this community.

The hope is that as many people as possible within this corner will have the opportunity to hear and respond to the good news of Jesus Christ.

### Come & Go

Jesus would sometimes gather people to hear him preach and teach (ie. "Come and See"). Sometimes he would send people out to preach to others (ie. "Go and Tell"). This "gather" and "scatter" rhythm is an effective way to reach a corner of campus for Christ.

Think of these as the natural breathing cycle of the missional Small Group: Breathing in = Gathering; Breathing out = Scattering.

## Gathering Ideas

(5 min.) In breakout rooms, brainstorm gathering ("Come and See") ideas. Allow each student to choose which corner of campus to focus on. List the categories - freshmen, Greeks, international students, musicians, athletes and gamers. Invite the student whose first name begins with the letter closest to A in the alphabet to record the group's responses in this Google sheet.

Request that the group choose who will read their ideas when back in the main group.

**Pause Recording**

...after 5 minutes...

**Start Recording**

When back together, ask one student from each group to read their responses.

Regardless of which corner of campus is chosen, intentional effort must be made to make personal contact and build relationships with people in that corner. This can be done through:

- an outreach activity
- when doing personal follow-up
- utilizing Relational Webs ("Who do we know?") - More about this in the next section.

On an individual level this can be done by:

- Inviting them to join you - to grab coffee, eat a meal together, hang out, study together, play video games, etc.
- Asking if you can join them - to learn a new activity, to a party, to hang out with their friends, etc.

Don't forget to talk about the missional Small Group in ways that would be attractive to folks and arouse curiosity.

- Talk about aspects of the community that you enjoy
- Talk about what you and others are learning

When invite people to the missional Small Group,

- Using a compelling vision (see Session 2), invite people into the community, fun, learning, etc. of the group (not just to a meeting!)
- Let them know that the group is a safe, "judgment free" place where they can explore God, ask questions, invest in their spiritual life, etc.
- Encourage them to at least check it out once, with no pressure to continue coming.
- Don't take the first "no" as the final answer. Explore why they may not be interested now, and if it might be okay to invite them again next week.

## Scattering Ideas

(5 min.) In the same breakout rooms, brainstorm scattering ("Go and Tell") ideas. Invite the student whose first name begins with the letter closest to Z in the alphabet to record the group's responses in the same Google sheet. Request that the group choose who will read their ideas when back in the main group.

**Pause Recording**

…after 5 minutes…

# Start Recording

When back together, ask one student from each group to read their responses.

Additional scattering ideas can include:

- Missional Prayer Walking

  Prayer walks help you explore, learn, and interact with people within the corner of campus you're seeking to bless.

The link above is to a pdf. with lots more info. about prayer walking.

- 2+ Prayer Cards

  Using 2+ Prayer Cards involves choosing two (or more) people who you commit to 1) pray for regularly, 2) seek to build a strong relationship with, and 3) look for opportunities to share Jesus with through word and action.

The link above is to a pdf. with lots more info. about 2+ Prayer Cards.

- Groups Investigating God, or GIGs

  A GIG is a Bible study led by a Christian that's designed to help one or more non-Christian gain clarity about God's love for them through Christ. This may be helpful for those not ready to participate in a missional Small Group yet.

The link above is to a pdf. with lots more info. about GIGs.

## Time of Reflection

Take a few minutes now to consider communities on campus that your missional Small Group can bless in Jesus' name.

Make note of which "gathering" and "scattering" ideas might work best in your context.

After 2-3 minutes, let them know that they will have more time to work on this with their coach.

# MC: Go & Do - Week 3: Session 6

## Leading Others Across the Five Thresholds

## Introduce Teacher 2

## SESSION GOALS

- Learn the Five Thresholds
- Learn How to Help Others Follow Christ

### Introduction to The Five Thresholds

Show us a smile emoji if you woke up one morning only to discover that overnight you had somehow become a Christian?

For most of us, becoming a follower of Jesus was a process involving, in most cases, several steps. Sometimes, as in the case of the Apostle Paul - God will simply reach down and turn on the light switch for someone. Theirs is a conversion that defies the typical process. God is God - He gets to do what He wants; but frequently a person who comes to faith has a handful of pivotal moments leading up to the final decision to follow Jesus. In InterVarsity, we've named the stages "Thresholds" - and we've identified 5 of them, each with their own unique questions and struggles.

5 Thresholds - Overview Video - (3:26 mins)

In the 5 Thresholds we have a way of thinking about the journey a person takes as they come to follow Jesus. These 5 stages, or thresholds, mark the different points along the journey, and the different needs a person has in each threshold.

A person in Threshold 1, who doesn't trust Christians, probably won't be ready to receive an invitation to faith. However an invitation to the latest blockbuster movie may be exactly the sort of experience they need to see that Christians can be decent human beings who also know how to have fun.

Demonstrating care for someone in Threshold 1 looks different than someone in Threshold 5. As we gather and scatter as a missional Small Group, we want to grow in our love and respect for each person we connect with by giving basic Threshold training to our missional Small Group participants. This will help each participant identify more easily where people are in their faith journey and how to help them move toward the next threshold.

Understanding the 5 Thresholds can help us calibrate our efforts to the actual spiritual needs of those we're connecting with.

## Threshold 1: Trust

People today often start in a place of skepticism or distrust toward Christians. In Threshold 1, they move into a relationship of trust with a Christian friend. Trust is the seed that catalyzes the journey of faith.

What are ways we can build relationships and establish trust with people who currently keep an arm's length away from Christians?

(1 min.) Invite students to give their answers in the chat. Have one of the trainers read their responses. If helpful, read the suggested questions in the sidebar.

## Threshold 2: Toward Curiosity

It's possible to have a trust relationship with somebody for years without them having any interest in our faith. Threshold 2 is where they become curious. What questions do you think people in this threshold are asking?



(1 min.) Invite students to give their answers in the chat. Have one of

the trainers read their responses. If helpful, read the suggested question in the sidebar.

## Threshold 3: Open To Change

Once someone becomes curious about faith, they still have to own it as something that connects to them. In Threshold 3, their questions move from the intellectual realm to the personal realm, and they start to examine their life. Our friends will often need someone to challenge them, in love, that perhaps they need to be open to change. How might you be able to help a person become more comfortable with changing their opinion about God?

(1 min.) Invite students to give their answers in the chat. Have one of the trainers read their responses. If helpful, read the suggested questions in the sidebar.

## THRESHOLD 4: Searching

Threshold 4 is where someone moves from simply being open to change to actually seeking after Jesus. People often begin by looking everywhere and investigating everything; Jesus may be one of many options they're exploring. We have the joy of focusing them on Jesus and helping them ask him the questions they need answered in order to trust him. In what ways could we help in this process?



(1 min.) Invite students to give their answers in the chat. Have

one of the trainers read their responses. If helpful, read the suggested questions in the sidebar.

## THRESHOLD 5: Follower

This is the wonderful moment when someone puts their trust in Jesus for the first time. This is a time to celebrate and continue to support them in their new journey of faith. As someone they trust we can help this person see how good Jesus and His family, the Church, are. We can also help them to grow in their obedience to Jesus as a Christ follower.

This video (4:15 mins.) will explain how we can help our friends become followers of Jesus.

Consider ending this session with a personal story about your journey (or a student's journey) through the 5 thresholds of faith.

## MC: Announcements

- Coaching - When you meet with your Go & Do Coach this week, in addition to reviewing content, bringing clarity, and contextualizing the training, they will want to know how likely it is you'll be launching a missional Small Group within the next 4-6 weeks.



- Using the 5 Thresholds training you just received, invite friends of your who don't seem to be following Jesus to take this Faith

Journey Quiz.

- As usual, we'll stick around here for a bit if you have any questions or things you'd like to discuss.

## MC: Pray

Stay if you'd like, or Go & Do!

# Stop Recording



# Start Recording

# MC: Welcome back to the last week of Go & Do!

## Introduction

- Welcome students by name
- Reintroduce yourself
- What have we covered so far?
  - Week 1 - What is a Missional Small Group & Casting Vision for a Missional Small Group
  - Week 2 - What is an Inductive Bible Study & Missional Small Group Dynamics
  - Week 3 - Mission Strategies for the Mission Field & Leading Others To Faith Across the Five Thresholds
- This week our training includes learning to make Invitations to Faith in Small Groups & Multiplication Through Discipleship ● As we learned from last week, there are ways to lead a great Small Group Bible study. There are also ways to NOT lead a great Bible study. Here's a video that highlights a few ways we are NOT encouraging you to lead!

https://howto.bible/content/resources-growing-leader

## Pray

# Invitations to Faith in Missional Small Groups
# Introduce Teacher 1

## SESSION GOALS

- Learn How to Use a Relational Web
- Learn How to Make Invitations to Faith

## Inviting Non-Christians to a Missional Small Group

(3:04 min. video) An's Story

(2 mins.) Invite students to put into the chat anything from this video that stands out to them.

Missional Small Groups are a place where everyone is welcomed and included, Christians and non-Christians. The Bible study is where we let God's word do His work of increasing the faith of believers, and helping non-believers come to faith as the Spirit works in their lives.

No matter where someone is on their faith journey they should always be given the opportunity, and challenge, to respond to God's word.

## The 5 Thresholds Relational Web

The people in your "relational web" are the people you're currently connected with, or would like to be connected with some day soon. This may include classmates, dormmates, teammates, people you commute with, etc. For the purpose of this Go & Do training, include in your relational web only those you're connected with on your campus.

We'll be sharing a Google slide with you for creating your relational web. When we do, be sure to make a copy before creating your web. We'll quickly give an overview of this slide and how to make a copy.



Show this slide - Relational Web Master Copy - by having one of the trainers share their screen. Walk them through the

process of creating their web. It is STRONGLY recommended that one of the trainers demonstrate how to make a copy of this slide BEFORE sharing the link to the Master Copy. Once this is done, the link can be shared in the comments section.

Imagine you are going to launch a missional Small Group in 3-4 weeks. For now, rename Community #1 with the corner of campus this missional Small Group is most likely to focus on blessing, in word and deed, in Jesus' name.

List as many people you know within that community. Continue to follow the instructions on the left of the slide. Remember to work only on the one corner of campus for now.

You have 5 minutes on your own to work on this.

**Pause Recording**

(5 mins.) Playing instrumental music during this time is recommended. When it's been 5 minutes, continue.

Take another 2 minutes to consider how you will invite each person to the missional Small Group. (Remember Session 2 on Casting Vision - lead with the why, not the what!) Consider what you can be doing between now and when you make your invitation to prepare them for it.



It may be helpful for them to think about this advance work like preparing for a job interview or engagement proposal.

(5 mins.) In groups of 2-3 a breakout room, share how you plan to invite one person from the community you've identified, and what you will do between now and then to prepare.

## Start Recording

Your coach will be eager to review your relational web with you and discuss any next steps.

### Calls to Faith in a Missional Small Groups

As we observed last week, most of us gave our lives to Christ because someone took the time to listen to our questions, patiently guided us through the various thresholds, and then invited (or even challenged) us to fully surrender our lives to Christ.

We know that inviting people to come to new life in Jesus doesn't always result in them saying yes. But we wonder if more people would say yes to Jesus if more Christians invited them? Isn't it worth it to trust that He can work through our invitations of faith to make His name known on our campuses? And not simply that He can, but that His desire is for this!

Regularly inviting participants of a missional Small Group to come to faith might be one of the scariest and riskiest steps of obedience we can take right now, but it's one that's worth it. Jesus never tires of seeing new life spring up in a community and He will work through you as you develop this skill of inviting people to follow Him.



We're going to watch a brief video about an InterVarsity community that used this model of making regular calls to faith in their missional

Small Groups. We hope this inspires you.

(4:07 mins) Small Group Calls To Faith Video

(5 mins.) In the small breakout groups as you were in early, discuss the following questions:

1. What surprised you in the video? What scared you? 2. Could you relate to any of the people in the video? How? 3. What hope do these stories offer you for your own small group? 4. If you have time, pray for at least one person in your relational web is not yet following Christ.

**Pause Recording**

…after 5 minutes…

**Start Recording**

# Leading Along the Developmental Pathway
# Introduce Teacher 2

SESSION GOALS

- Understand the Developmental Pathway
- Learn how to Develop People

## Developmental Pathway Overview

Along with our mission of seeing lives transformed by Jesus in our small groups we want to develop those endowed with leadership gifts/skills so that they too might have the opportunity to lead a missional Small Group. It's especially the role of the missional Small Group leader to identify and develop prospective leaders among the missional Small Group participants.

## The Developmental Pathway



We are going to use the developmental pathway to learn how

missional Small Group leaders can help develop people, including helping to develop additional missional Small Group leaders, thus multiplying their impact.

## Crowd

The crowd includes everyone within the corner of campus that a missional Small Group is called to bless in Jesus' name.

## Visitor

Visitors are those within the crowd with whom a missional Small Group has some connection and who have shown in some way an interest in being involved in a missional Small Group. Though they may have attended at least one missional Small Group gathering, they probably would not consider themselves a member of this group, or feel deeply connected to it.

## Member

Members are the students who regularly attend the missional Small Group gatherings. They attend at least half the time and they would consider themselves a member of this group.

## Server

Servers are members who would most likely be willing to help out if asked. They look for ways to participate constructively, but sometimes need the encouragement and/or permission of the leader to actually serve. (Shameless plug: Servers should be invited to the next round of the Go & Do training!)

## Leader

Leaders have the heart of a server, except they may not need the encouragement or permission from the group's leader to take initiative. If they see a need they instinctively meet it. These



individuals lead not because they have a leadership title, but because

this gift has been developed within them and they care deeply for people and the mission of the missional Small Group.

We hope these individuals will receive the Go & Do Training, if they haven't already and will be encouraged to either co-lead with an existing missional Small Group leader, or launch another missional Small Group with the help of their Go & Do coach and current missional Small Group leader.

## Multiplier

Without Multipliers the impact of a group or ministry on campus can remain steady. With Multipliers the impact can increase…dramatically. Multipliers are leaders who intentionally develop others, especially current Servers, to lead.

We hope every missional Small Group leader will grow in their ability to develop others so that members become servers, servers become leaders, and more leaders become multipliers.

One way Multipliers intentionally develop others is by using the "Five Steps of Development."

## Five Steps Of Development

A Multiplier will help identify a growth opportunity for a Member, Server or Leader (ie. learning a new skill, taking a new step of obedience, developing a new discipline, etc.) and intentionally walk them through the following five steps.

1. I do, you watch, we talk

   Here the Multiplier is inviting the person they are developing to observe what they do and how they do it. Feedback is invited.

   If the Multiplier is wanting to help a Server develop Bible study leading skills, the Multiplier may invite the Server to pay critical



attention to the questions asked, the quality of discussion, and

the point of application. The Multiplier will ask this one for feedback, looking for what went well and what, in their opinion, could have gone better.

2. I do, you help, we talk

At this step the Multiplier is asking for the input and assistance from the one they are developing.

Using the example from above, here the Multiplier will ask the Server to meet with them as the Bible study is being prepared. During the preparation the Multiplier will guide them through the process and invite their ideas along the way. As in the first step, these two will discuss how the study went afterwards. This will be a learning process for both individuals.

3. You do, I help, we talk

Now the one being developed is invited by the Multiplier to take the lead in a specific developmental area.

Continuing with the example we've been using, the Server and Multiplier will again work together on preparing a Bible study. However this time it will be the Server leading the process and inviting the Multiplier's input. Once again, these two will afterwards discuss how the study went.

4. You do, I watch, we talk

At this stage, the person being developed is almost ready to lead on their own. And they will, but still with the feedback of the Multiplier.

Sticking with our example, the Server will now prepare a Bible study on their own. The Multiplier and Serve will meet again to debrief the experience and determine next steps. We hope this



Server is now ready to serve as a Leader of a new missional Small

Group!

5. You do, someone else watches, you talk
   This is the moment a Leader begins to serve as a Multiplier. It's the process outlined above, but now with a new Multiplier and a new Server.

There is no doubt that the Apostle Paul was a Multiplier. One of the young men he developed was Timothy. Here's how Paul summed up the 5 Steps of Development when writing to Timothy, "And the things you have heard me say in the presence of many witnesses entrust to reliable people who will also be qualified to teach others." (2 Tim. 2:2)

As we wrap up the Go & Do Training we hope it has encouraged and equipped you to prayerfully consider leading a missional Small Group. We hope this group grows in spiritual intimacy with Christ and impact for Christ as together you serve and bless the corner of campus God is leading you to in Jesus' name.

## Reflection and Invitation

Before we conclude with the final session, take the next 5 minutes to reflect on these 3 questions.

- How have the "Paul's" in your life shaped you, your faith, and your leadership skills?
- Who are the "reliable people" you can help develop to lead a missional Small Group?
- Who can you recommend we invite to the next round of Go & Do?

(3 mins.) Playing instrumental music during this time is recommended.

# Stop Recording

…after 5 minutes…

# Start Recording

## MC: Go & Do - Week 4: Session 9

## Moving Forward...Call to Commitment

**MC: Call To Commitment: Counting The Cost** We have covered a lot of material during this GO & Do Missional Small Group Leaders Training, including casting vision, leading others in studying scripture, being invited into Christ's mission and transformation, identifying where we want to see disciples made on our campus, and so much more.

Leading is a commitment. In our context it is first a commitment to the One calling you to lead, namely the Lord Jesus Christ. It's a commitment to yourself that you will teach with integrity, practicing the very things yourself that you are asking others to practice. And it's a commitment to others to love, serve, and lead them well.

By agreeing to lead a missional Small Group you are agreeing to:

- Continue to follow Jesus, and invite others to do the same.
- Grow your knowledge of, and obedience to, Scripture and help others to do the same.
- Lead a missional Small Group committed to reaching a corner of campus for Christ.
- Multiplying the impact of the missional Small Group you launch by identifying and developing others who could lead another missional Small Group.

Furthermore, if you lead a missional Small Group as part of an InterVarsity ministry on campus it is a requirement that you be in full support of InterVarsity's Purpose and Doctrinal Basis of Faith.

InterVarsity's Purpose Statement & Doctrinal Basis Of Faith

## MC: Final Announcements

- Please complete now the Next Steps form - 26 mins.
- Christmas/Easter GIG/Basileia
- Your guide is willing to meet with you until you successfully launch a missional Small Group.
- Follow-up training available

## Scripture & Prayer

"Therefore go and make disciples of all nations, baptizing them in the name of the Father and of the Son and of the Holy Spirit, and teaching them to obey everything I have commanded you. And surely I am with you always, to the very end of the age." (Matt. 28:19, 20)



Have one or both trainers offer a closing prayer.
We will stay here if you have any questions or comments. Otherwise, for the last time, Go & Do!

**Stop Recording**

44

# Chan Exhibit C:

## Photograph of Broome
## Bible Study


COLORADO

# Chan Exhibit D:

## February 20, 2026 Email from Sophia Chan to Dr. Kocieniewski

SUNY BROOME

Sonner, Jacob <sonnerREDACTED

## IVCF Constitution

**Sophia Chan** <sophiaREDACTED> Fri, Feb 20, 2026 at 3:10 PM
To: Nick Kocieniewski <kocieniewskinm@sunybroome.edu>
Cc: "Sonner, Jacob" <sonnerREDACTED

Good afternoon!

My name is Sophia Chan, the full time InterVarsity Campus Staff at Binghamton University. I'm excited that students at Broome want to form a chapter, and think it's an incredible way to support religious life on campus.

I was informed that a clause stating that **"In order to be elected, you must first agree with InterVarsity's statement of faith"** in Article 4.1 was advised to be not included in the constitution. Could you share more about this? Understanding this would help us move forward well and help the General Assembly review it. If it helps, InterVarsity is protected under Federal Regulation 34 CFR 75.000(d) and 76.500(d) to be able to include this in our chapter constitutions nationally. If there are any concerns, I'd be happy to connect or answer any additional questions.

Online, I see that the next general assembly meeting is March 6th. Please let me know what we can do to help clarify anything so the vote can proceed - thank you!

Sincerely,

**Sophia Chan**
InterVarsity Campus Minister
SUNY Binghamton

Image

To support the ministry at SUNY Binghamton today, click here.

Ex.4.091

# Chan Exhibit E:

Photograph of Flower
Arranging Event



Ex.4.093

# Chan Exhibit F:

## Photograph of Pumpkin Decorating Event


InterVarsity
CHRISTIAN FELLOWSHIP/USA

# Chan Exhibit G:

## InterVarsity Binghamton Events Flyer

# InterVarsity
SUNY BINGHAMTON

@BingIVCF
ivcf@binghamtonsa.org

Binghamton InterVarsity Christian Fellowship is an inclusive community on campus for students to gather, grow together, ask questions, and discover faith in community. We hope to see you at some of our upcoming events!



**SLIME MAKING 8/20**

Make your own slime from scratch!
6:30 - 9 PM at UU103



**BRACELETS & BOUQUETS 8/26**

Make your own bracelets and arrange a bouquet!
6 - 9 PM at UU103



**ICE CREAM PARTY 8/21**

Build a yummy sundae and meet new people!
6 - 8 PM at UU102



**CRAFTS & GAMES 8/29**

Paint a canvas and play fun card games!
6 - 8 PM at Union Undergrounds



**S'MORES NIGHT 8/22**

Roast marshmallows and chat around the fire!
Location TBD



**WELCOME BRUNCH 8/31**

Join us for some yummy pancakes!
10 AM at UU120



**ENCOUNTER 8/23**

Come attend our general interest meeting!
7:15 PM at Lecture Hall 14



**CHAPTER RETREAT 9/6-7**

Join us for a time of worship, friendship, and food, all FREE
Register at QR code below!



## CHURCH TOURS

Visit some amazing local churches with us over the next few weeks. Scan the QR code to sign up for transportation!

## CONNECT

Our campsite has our calendar of events, upcoming activities, and how to get plugged in. Hope to see you around!

# Chan Exhibit H:

## Photograph of Tabling Event


ASK us QUESTIONS
Do MIRACLES happen?
Do all RELIGIONS point to the same God?
Why is there SUFFERING in the world?
Does GOD CARE about me?
InterVarsity
PRAYER BOX
InterVarsity
FREE PRAYERS + SQUISHIES
InterVarsity

Ex.4.099

# Chan Exhibit I:

## Photograph of Tabling Event


InterVarsity
InterVarsity
ENCOUNTER
BIBLE STUDY
PRAYER
CONNECT WITH US

Ex.4.101

# Chan Exhibit J:

## Binghamton Student Activities Fair


InterVarsity
CHRISTIAN FELLOWSHIP/USA
BINGHAMTON UNIVERSITY

Ex.4.103