# Exhibit 5:

## Sonner Declaration and Exhibits

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

INTERVARSITY CHRISTIAN FELLOWSHIP/USA et al.,

*Plaintiffs*,

v.

SUNY BROOME COMMUNITY COLLEGE et al.,

*Defendants*.

Case No. 3:26-cv-01623-MAD-MJK

**DECLARATION OF JACOB SONNER**

I, Jacob Sonner, pursuant to 28 U.S.C. § 1746, state and declare:

1. I am over eighteen years of age and fully competent to make this declaration.

2. I am a current student at SUNY Broome Community College (SUNY Broome). Since December 2025, I have served as President for the InterVarsity Christian Fellowship of SUNY Broome ("InterVarsity Broome").

3. InterVarsity Broome is a Christian organization. It is affiliated with the national InterVarsity Christian Fellowship/USA organization ("InterVarsity").

4. InterVarsity Broome's mission "is to establish and advance at colleges and universities witnessing communities of students and faculty who follow Jesus as Savior and Lord." *About Us: Our Purpose*, InterVarsity (2026), https://perma.cc/KUW3-LTRX.

5. As InterVarsity Broome's proposed constitution puts it, InterVarsity Broome exists at SUNY Broome "to display a love from out of this world to every single student on campus, regardless of age, race, cultural upbringing, or gender. We recognize that students long for purpose and community, and strive to close the gap of emptiness and loneliness on campus. We will be a place of unity and belonging, spreading true love through the good news of Jesus Christ." A true and accurate copy of InterVarsity Broome's proposed constitution is attached as **Exhibit A**.

6. To do this, InterVarsity Broome meets regularly at or near SUNY Broome to practice and express our faith together, including by sharing the love of Jesus with others. All students and faculty are welcome to be part of our gatherings and to join our religious discussions, activities, prayer times, and Bible studies.

7. While anyone is welcome to participate in InterVarsity Broome, students who want to serve as an InterVarsity Broome student leader need to affirm our religious beliefs. That includes such core religious beliefs as Trinitarian theology and belief in the authority of Scripture; that all humans have inherent dignity and value because they are created in God's image; that Jesus Christ was divine and sinless; that he died a substitutionary death followed by a bodily resurrection; that people can be saved from their sin and reunited with God by God's grace and through faith in Christ's sacrifice; that God lives in believers in the form of the Holy Spirit; and that all believers are called to unity and to worship together in Christian communities. InterVarsity Broome's statement of beliefs can be found on InterVarsity's website. *See About Us: What We Believe*, InterVarsity (2026), https://perma.cc/5M6K-E7UB.

8. InterVarsity Broome's religious leadership requirement is crucial because our student leaders are the primary embodiment of our faith and Christian message at SUNY Broome. While we receive training and support from InterVarsity staff, it is the student leaders who are doing things like leading our Bible studies and prayers, doing one-on-one ministry to our peers, texting and emailing our fellow students to remind them about upcoming meetings, and offering prayer and spiritual encouragement to our fellow students.

9. I work with my fellow student leaders to decide how our chapter is going to express Christ's love. For example, I help spearhead the groups' religious meetings and Bible studies; assist with leading and participating in prayer, worship, evangelism, and religious teaching;

personally minister to my peers individually; help decide the religious content of our meetings; and communicate InterVarsity Broome's message when interacting with administrators, staff, faculty, and students at SUNY Broome.

10. While being denied recognition by SUNY Broome has burned up hours of my time as a leader for InterVarsity Broome, I've still spent most of my time as president working on the spiritual aspects of leading our campus ministry. My co-leaders have been able to devote an even higher percentage of their time to those aspects. And if it hadn't been for the recognition denial, we'd all be spending over 90% of our time focused on Bible studies, prayer, student ministry, and the like.

11. Because student leaders are so important to InterVarsity's and InterVarsity chapters' ministries, InterVarsity informs us ahead of time about the significant spiritual role leaders are entering; prays with us to discern whether we should seek and accept leadership roles; supports us as leaders; gives us access to tons of great InterVarsity courses and other resources on how to be faithful and effective leaders; and helps us develop our leadership skills in training sessions, retreats, and conferences, including personal mentorship by InterVarsity staff. Our training carries on throughout the year, as InterVarsity staff teaches us how to lead by sharing our faith with others, praying with others, leading folks in worship, and holding solid Bible studies.

12. Before taking this leadership position, InterVarsity made sure that I understood the significant spiritual commitment that I was taking on. InterVarsity explained that student leaders must exemplify Christ-like character, conduct and leadership, and that I would be expected to do this if I accepted the position. They also confirmed that I am a Christian and that I regularly attend a local Christian church. And they understood from respected members of my church who they knew and trusted that I have a sincere and healthy Christian faith, have been taught on how to

interpret and apply Scripture and how to provide leadership in a ministry setting, and thus am a good candidate for leadership.

13. In December 2025, I was selected to serve as InterVarsity Broome's President. Before stepping into this role, I was mentored by Sophie Chan, an InterVarsity campus ministry staff member, and Joshua Goodwin, who was a student leader at Binghamton University who helped launch the SUNY Broome chapter. They provided me with training materials, constructive feedback, methodological approaches to leading Bible studies and post-Bible study debriefs, and ministry insights. InterVarsity also offered me the opportunity to attend training retreats and conferences. I haven't been able to attend them yet because of my work ministering to younger students as a counselor at a Christian summer camp, but I know my fellow InterVarsity Broome officers have, and I've seen them using the skills they developed there to help with leading our prayer, Bible study, and other ministry activities.

14. Since becoming an InterVarsity Broome leader, I've also attended weekly meetings with InterVarsity staff and other volunteer leaders, which InterVarsity uses to equip and encourage us to lead on campus, and help us brainstorm ministry outreach ideas and plan for upcoming events.

15. InterVarsity Broome has been a big part of my experience as a student at SUNY Broome. It helped me to build relationships and connections with other students, which can be difficult at a school where most students are commuters, spend little time on campus, and only attend for about two years. It's taught me to grow as a leader, to be confident and bold in modeling and expressing my faith, and to talk about difficult spiritual questions from a Christian perspective.

16. In January 2026, I applied for InterVarsity Broome to get officially recognized status as a student club. Our goal was to obtain access to the benefits of club recognition, which are laid out

in the 2025-26 SUNY Broome Club Handbook. A true and accurate copy of this handbook is attached as **Exhibit B**.

17. That's important for us because official recognition would help us reach and minister to our fellow students, and the many benefits that come with official recognition would substantially help that effort. While we'd been able to get off the ground without recognition, it took a ton of work that we knew our club couldn't sustain over the long haul. And we knew that not having recognition was really holding us back.

18. Being able to reserve and use rooms on campus is especially important for InterVarsity Broome given the transitory nature of SUNY Broome students at a commuter school. SUNY Broome students come to campus less often, stay for shorter periods of time, and graduate faster. So, we need to be able to reserve space at a central campus location and at regular, reliable times that are convenient for commuting students if we're going to survive as a club. Without reliable access to space, it is difficult for even the most interested students to join us.

19. It's also important for InterVarsity Broome that we can recruit members on campus like other recognized groups can, such as by "tabling" at the Student Activities and Services Fairs and other times on campus. ("Tabling" means setting up tables on campus that have give-away items, info about a club, and other things students would want to learn about us; club leaders and members stand at the tables too so they can answer questions.) It also includes being added to the student club webpage (where students go to find clubs), being able to use that webpage for advertising our events, posting flyers on campus bulletin boards, and hosting recruitment events. Again, with how fast students graduate at SUNY Broome, we really need to be able to quickly recruit new members and find the next generation of leaders.

20. On January 11, 2026, I went through the club recognition application process on The Swarm, SUNY Broome's student organization website. Part of that application process included submitting InterVarsity Broome's constitution. The constitution included our requirement that student leaders agree with our faith, specifically the InterVarsity statement of beliefs referenced in paragraph 7.

21. After I finished SUNY Broome's online submission, I received a message that my submission had been received. A true and correct copy of the confirmation email I received after submitting the application on The Swarm is attached as **Exhibit C**.

22. A couple of weeks after I submitted the application, on January 27, I received messages via The Swarm from Dr. Nick Kocieniewski, the Director of Student Activities at SUNY Broome. He put some edits and comments in our submitted constitution. One of his comments said that InterVarsity Broome's religious leadership requirement "cannot be included." A true and correct copy of Dr. Kocieniewski's revisions to the proposed constitution are attached as **Exhibit D**.

23. Initially, I sent him back a revised constitution that just adopted all his edits. But after some reflection, I realized that didn't seem right. So on February 19, I emailed him and let him know that InterVarsity Broome had talked it over and now intended to proceed with the original constitution, including particularly the religious leadership requirement. We hoped to have the Student Assembly review and approve this constitution with our application. A true and correct copy of this email is attached as **Exhibit E**.

24. But the next day, February 20, and just a few hours before the Student Assembly was set to meet, Dr. Kocieniewski responded to me in an email telling me that since InterVarsity Broome was proceeding with the original constitution, the vote for recognition of InterVarsity Broome would be delayed. A true and correct copy of this email is attached as **Exhibit F**.

25. I immediately responded to explain that InterVarsity Broome could not remove the religious leadership requirement. I also copied Sophia Chan, the local InterVarsity campus minister, so that she could try and help with Dr. Kocieniewski's concerns. A true and correct copy of this email is attached as **Exhibit G**.

26. That same day, Sophia also contacted Dr. Kocieniewski and asked if he could clarify why he'd told us that InterVarsity Broome could not include the religious leadership requirement in our constitution. She told him that our religious practice of requiring student leaders to affirm InterVarsity's religious beliefs was protected by federal law. She offered to speak with him if he had any questions, hoping the vote on InterVarsity Broome's status could happen at the General Assembly's next meeting a couple of weeks later.

27. But three days later, on February 23, Dr. Kocieniewski sent me an email saying that InterVarsity Broome's constitution wouldn't go to the General Assembly at all. He said it was because, "after careful consideration with SUNY Broome's Vice President of Student Development and Chief Diversity Officer, Dr. Carol Ross-Scott, [SUNY Broome] cannot permit [InterVarsity Broome] to restrict eligibility for leadership based on religious beliefs." He said that our religious leadership requirement violated "Section 2.2 of the Club Handbook" and "the SUNY Broome Non-Discrimination Statement." Dr. Kocieniewski explained that "[t]hese policies have been reviewed by SUNY Broome's Legal Council [sic] and continue to apply in this case." A true and correct copy of this email is attached as **Exhibit H**.

28. On February 24, Dr. Kocieniewski posted a denial of our club's application on The Swarm, stating that our constitution was "in violation of the Club Handbook Open Access policy (Section 2.2 of the Club Handbook) and the SUNY Broome Non-Discrimination Statement (Policy No.: GA2001)." A true and correct copy of this denial is attached as **Exhibit I**.

29. I've never heard of any student complaints against InterVarsity Broome based upon our leadership policies, then or now. So I was stunned when SUNY Broome denied us recognition. And I was really disappointed to hear that SUNY Broome said no even after InterVarsity's president went to bat for us. Being denied official recognition has made it incredibly hard to have a healthy club and required a lot more work just to stay afloat. In addition to being denied all the benefits of recognition, SUNY Broome's decision basically segregates us from the other student groups on campus and sends a message that InterVarsity Broome is an outsider and not a full member of the campus community. That stigma makes our already-tough outreach and membership recruitment efforts even more challenging. It's also going to make it a ton harder for our current leadership to find students to replace us when we leave. So if we're not able to get recognition, I fear the club won't be able to last very long. It certainly isn't going to be able to be strong like other clubs at SUNY Broome, or like InterVarsity clubs on other campuses.

30. Our club at SUNY Broome wants official recognition, but we can't give up our religious leadership standards. Because SUNY Broome has repeatedly made it clear that InterVarsity Broome's religious leadership requirement isn't allowed and that our club can't even be considered for recognition before removing our requirement, there's no point in us trying to re-submit our application for official recognition right now. But as soon as SUNY Broome's rule against our religious leadership requirements is fixed, I and the rest of InterVarsity Broome's leadership are ready, able, and fully intend to promptly submit an application for recognition that complies with all of SUNY Broome's other recognition requirements. We want to get our club recognized, just like other clubs.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 27th day of August, 2026.

/s/ [signature]
Jacob Sonner

# Sonner Exhibit A:

## Proposed InterVarsity Broome Constitution

# SUNY Broome Community College

# INTERVARSITY CHRISTIAN FELLOWSHIP CONSTITUTION

Article 1 – Name and Purpose

The name of this organization shall be Intervarsity Christian Fellowship

*Abbreviations: IVCF*

The organization's purpose is to:

*The unique purpose of this club at Broome Community college is to display a love from out of this world to every single student on campus, regardless of age, race, cultural upbringing, or gender. We recognize that students long for purpose and community, and strive to close the gap of emptiness and loneliness on campus. We will be a place of unity and belonging, spreading true love through the good news of Jesus Christ.*

Article 2 – Membership

Section 1 – Members

What does it mean to be a Member of IVCF?

*Being a member of IVCF not only means someone is a part of our mission for this campus, but they are also a part of a much broader mission for all schools nationwide. As a nationally recognized organization, students who join this club will be part of a nationwide effort as well as on campus to spread the love of Jesus we have all grown to know. Being a Member will also allow you to find community and loving friendships during a time when it may be difficult to find your people, not just here at Broome but also through our pipeline at Binghamton University. Choosing to be a Member will end up being one of the best decisions someone could make. No faith background is needed, and we accept anyone and everyone to know the plan Jesus has for them.*

How does one remain an active Member?

- By attending meetings regularly as well as special events when you can
- Being part of the Broome IVCF GroupMe
- Being yourself
  *In order to vote for club government positions, one must have attended at least 60% of Broome IVCF meetings*

The Club shall be comprised of the Executive Board, Committee Members, and Advisor(s). The Executive Board shall consist, in order of succession, of the President,

Vice President, Multi-Campus Coordinator, and Treasurer. The advisor(s) will be decided by the members of IVCF.

Section 2 – Membership Responsibilities

In order to support the purpose of this organization, IVCF members must adhere to the following standards:

a. All members must be good standing with SUNY Broome

b. All members shall be responsible for comprehending and abiding by the constitution, by-laws, and all other foundational documents of IVCF

c. All members shall maintain professionalism and strive to represent IVCF in the most positive manner possible.

d. All executive members must maintain at least a GPA of 2.50.

Article 3 – Officers and their Duties

Section 1 – Officers

The organization's Executive Board shall consist of a President, a Vice President, Secretary, Treasurer, Multi-Campus Coordinator, a Student Senate Representative and an optional Community Service Coordinator. All officers must maintain satisfactory academic standing (minimum 2.50 accumulative average).

Section 2 – Duties of Officers

For IVCF run events, at least one officer is to sign up to work and coordinate the volunteer's efforts.

The President shall preside at all meetings of the organization as well as planning and coordinating special events throughout the semester. They will also be responsible for coordinating with BU IVCF.

The Vice President shall serve in the temporary absence of the President. The Vice President shall also aid in membership retention, relations, and constitution review, as well as assist the President in their duties when needed and maintain a connection with BU IVCF.

The Treasurer shall oversee the budget for the club including the Activity Fee and Earned Income Account. The Treasurer shall also submit and approve all purchases, and follow all Suny Broome policies regarding funds.

The Multi-Campus Coordinator shall be in direct contact and shall communicate with the heads of BU IVCF, as well as be the spokesperson for Broome IVCF at BU IVCF when needed. Any event or relations that involve both BU and Broome IVCF this position will take a leading role.

Article 4 – Election of Officers

Section 1 – Election

All officers shall be elected by a majority vote of the IVCF membership at the second to last meeting of the semester, at the beginning of each academic year. Candidates for the officer positions for the following semester will be nominated at the third to last meeting of the current semester, and voting will take place at the following meeting. Nominations must be made by IVCF members in person, or in writing to the IVCF Advisor(s). Self-nominations are allowed. A nomination must be accepted by the nominee prior to the second to last meeting of the current semester, in order for the candidate to be considered in the election. *In order to be able to be elected, you must also first agree with the Intervarsity statement of faith*

Section 2 – Resigned or Vacant Officers

In the event that the Presidency is vacated, the Vice President will move in line of succession to the Presidency, and a new Vice President will be elected by the organization's membership. The Vice President may choose to remain as the Vice President. In the event the Vice President declines, a general election will be held following a one-week waiting period for the purpose of qualification and/or campaign.

Section 3 – Removal of Officer(s)

All officers are considered student leaders and therefore must behave in a manner that complies to their officer responsibility description and Student Code of Conduct. Due to the nature of this club and the high involvement and need for effective student leaders, executive board officers who are not fulfilling their description can be removed from office by a two-thirds vote of all active members, or by direct decision of the Director of Student Activities on extenuating circumstances.

**Ex.5.013**

Section 4- Resignation

Officers wishing to resign should do so by email to the advisor(s). An officer is considered inactive after failing to respond to emails, failure to attend meetings, and failing to communicate over a prolonged and extended period of time.

Article 6 – Finances

The organization's yearly stipend will be spent according to all SUNY Broome policies.

Article 8 – Constitutional Review

Section 1 – Frequency of Review

The organization's constitution shall be reviewed by the membership each academic year, and when necessary upon request of the Student Senate.

Section 2 – Constitutional Amendments

When a proposed amendment to the constitution is presented to the organization, at least one week must elapse before the proposal can come to vote.

Constitutional amendment requires a two – thirds (2/3) majority vote to the organization's membership.

**Ex.5.014**

# Sonner Exhibit B:

## 2025-26 SUNY Broome Club Handbook

# SUNY Broome
# Club Handbook 2025-2026

The Student Clubs Handbook is a resource of policies and procedures for Club Officers, Members, and Advisors. The Office of Student Activities believes in the open sharing of information about policies and procedures. While it is impossible to cover all circumstances in one document, this serves as a guideline so that clubs are well informed of expectations as an officially recognized group and what they can expect in terms of support from SUNY Broome.

# Table of Contents

**1. Office of Student Activities** .......... **1**

*1.1About* .......... *1*

*1.2 Student Activities Office Directory* .......... *1*

**2. Clubs** .......... **2**

*2.1 Purpose* .......... *2*

*2.2 Open Access* .......... *2*

*2.3 Club Member Conduct* .......... *3*

*2.4 Club Leadership* .......... *3*

*2.5 Establishing a Student Club* .......... *4*

*2.6 Re-Registering a Student Club* .......... *4*

*2.7 Meeting Regulations* .......... *4*

*2.8 Responsibilities of a Club* .......... *5*

**3. Budget** .......... **5**

*3.1 Activity Fees* .......... *6*

*3.2 Activity Fee Allocation Requirements* .......... *7*

*3.3 Earned Income and Making Deposits* .......... *7*

*3.4 Purchase Requests* .......... *8*

*3.5 Funding Requests* .......... *8*

*3.6 Student Assembly Activities Council* .......... *9*

**4. Spending Regulations** .......... **9**

*4.1 Club Funding Cap* .......... *9*

*4.2 Approval* .......... *10*

*4.3 Cash Advances* .......... *10*

*4.4 Contracts* .......... *10*

*4.5 Donations* .......... *10*

*4.6 Gambling* .......... *11*

*4.7 Gift Cards* .......... *11*

*4.8 Food* .......... *11*

*4.9 Fundraising* .......... *12*

*4.10 Reimbursements* .......... *12*

*4.11 Shipping Costs* .......... *12*

*4.12 Travel* .......... *12*

*4.13 Tips and Gratuity* .......... *12*

*4.14 Restricted Items* .......... *12*

**5. Event Regulations** ..... **13**

*5.1 Routine Meetings* ..... *13*

*5.2 Small Club Event* ..... *13*

*5.3 Medium Club Events* ..... *13*

*5.4 Large Club Events* ..... *13*

*5.5 Off Campus Club Events* ..... *14*

*5.6 Club Travel* ..... *14*

*5.7 Fundraising Events* ..... *14*

*5.8 Campus Break* ..... *14*

*5.9 Class Cancellation Policy* ..... *14*

*5.10 Event Starting and Ending Times* ..... *15*

*5.11 Other Event Policies* ..... *15*

*5.12 Holding Events* ..... *15*

*5.13 Safety* ..... *15*

*5.14 Alcohol* ..... *16*

*5.15 Audio/Visual Equipment* ..... *16*

*5.16 Bake/Merchandise Sales* ..... *16*

*5.17 Food at Events* ..... *16*

**6. Publications** ..... **16**

*6.1 Postings/Flyers* ..... *16*

*6.2 Printing* ..... *17*

**7. Club Travel/Trips** ..... **17**

*7.1 Travel Chaperones* ..... *17*

*7.2 Attendee Requirements* ..... *18*

*7.2 Travel RSVP Requirement* ..... *18*

*7.3 Transportation* ..... *18*
7.3.1 College Rented Vehicle ..... 18
7.3.2 Chartered Transportation ..... 19
7.3.3 Student Transpiration ..... 19

*7.4 Travel/Trip Purchasing* ..... *19*

*7.5 Travel/Trip Approval Process* ..... *19*

**8. Club Officers** ..... **19**

*8.1 Required Officer Position* ..... *20*
8.1.1 President ..... 20
8.1.2 Treasurer ..... 20
8.2 Leadership Limits ..... 20
8.3 Academic Concerns ..... 20

**9. Advisors** .......... **20**

*9.1 Responsibilities of the Advisors* .......... *21*

*9.2 Advisor Stipend* .......... *22*

*9.3 Advisor Appointment* .......... *22*

*9.4 Advisor Qualifications* .......... *22*

*9.5 Co-Advisor* .......... *22*

**10. Club Guests** .......... **23**

**11. Club Status** .......... **23**

*11.1 Active* .......... *23*

*11.2 Frozen* .......... *24*

*11.3 Inactive* .......... *24*

*11.4 Archived* .......... *24*

*11.5 Temporarily Suspended* .......... *24*

**12. Club Sponsorship** .......... **24**

*12.1 Sponsored Clubs* .......... *25*

*12.2 Unsponsored Club* .......... *25*

**13. Anti-Hazing Clause** .......... **25**

*13.1 Definition* .......... *26*

*13.2 Reporting Hazing* .......... *26*

*13.3 Amnesty Related to Hazing Reports* .......... *27*

*13.4 Investigation Process* .......... *27*

# 1. Office of Student Activities

## 1.1About

The Office of Student Activities is responsible for the oversight and support of all clubs and campus recognized organizations. The Office of Student Activities strives to support student clubs in all ways. The Office of Student Activities will:

- Ensure clubs and organizations are operating within the fiscal and conduct policies and procedures of the Student Activities Program.
- Assist clubs in becoming and maintaining institutional recognition, as well as assist with planning events, elections, or club activities.
- Reserve spaces for all club events and meetings entered into The Swarm.
- Help administer all payments to and from the Faculty Student Association (FSA).
- Support club officers, members, and advisors as needed.

During the academic year, the office is open from 8:30am to 4:30pm, Monday through Friday. Summer hours are from 8:00am to 4:00pm Monday through Friday. Making an appointment is highly recommended although walk-ins are welcome when scheduling allows.

The Office of Student Activities is located in The Commons, Room 108.

The staff in the Office of Student Activities are here to help students achieve success. Please contact us if you need any assistance!

## 1.2 Student Activities Office Directory

Director:
Nick Kocieniewski, PhD
he/him/his
Phone Number: 607-778-5380
Office Location: The Commons 108B
kocieniewskinm@sunybroome.edu

Coordinator:
Rae Palmer, MA
she/her/hers
Phone Number: 607-778-5540
Office Location: The Commons 108A
palmerrl@sunybroome.edu

*All sections of this handbook are subject to change by the Dean of Students or designee.

# 2. Clubs

## 2.1 Purpose

The purpose of a club is to offer students the opportunity for leadership and personal exploration outside of the classroom. These experiences often lead to students discovering new passions or gaining skills that they may use to transfer to other institutions and job applications. In addition, clubs often help students feel at home in an environment that may otherwise feel foreign or intimidating.

## 2.2 Open Access

While some clubs may have an academic focus, they serve as a venue for students to experiment with personal interests. Clubs, even those that are closely related to academic programs at SUNY Broome, should never be tied to, influenced by, or have impact on academic work in any way.

Officers and Advisor(s) are elected and removed by a vote of the members of that club. Meetings, events, and activities are discussed, agreed upon, and executed by the student officers and members. Advisors/co-advisors are not able to vote or nominate students for leadership positions.

All clubs must be voluntary affiliations. The decision of whether or not to hold membership is at the discretion of the student. There shall be no negative impact on the student, academically or within SUNY Broome in any other manner, if one chooses not to be a part of the group.

No club may charge dues and/or require a membership in any professional association requiring dues. Club membership and participation in any club function must be free to any student paying the Student Activities fee.

Advisors who have club members as students, athletes, or employees are encouraged to have this conversation explicitly with students, making it clear that they are welcome to leave the club as they choose, with no negative impact in the other areas of contact that the Advisor has with them. If there are concerns about reprisal of this kind, please report this to the Office of Student Activities immediately.

Clubs may not discriminate against any student for membership or executive board positions in any way. This includes, but is not limited to, discrimination on the basis of race, color, ethnicity, religion, citizenship status, sex, gender, gender identity, gender expression, sexual orientation, veteran status, physical or mental disability or age. Any student that pays the Student Activity fee must be eligible for membership. Any student that pays the Student Activity Fee and has the minimum

GPA outlines in this handbook must be eligible for an executive board position.

## 2.3 Club Member Conduct

Students are expected to adhere to all regulations in the Student Code of Conduct. The Student Code of Conduct is applicable to on and off-campus activities. All members are expected to abide by the code of conduct and will be adjudicated per procedures, regardless of membership status. Clubs will be held responsible for the behavior of its members at the discretion of the Director of Student Activities and the Dean of Students.

Students found responsible for violations of the Student Code of Conduct may be restricted from joining or maintaining club memberships as part of the sanctions.

Students are to prioritize academics above club membership and leadership. It is not permitted to skip classes to attend club meetings, events, or functions. Students with concerning Academic Alerts in Civitas may be temporarily restricted from club activity until the concerns are resolved.

## 2.4 Club Leadership

Students serving in any executive role are considered part of the club leadership. This includes, but is not limited to, presidents, treasurers, and any positions beyond member as defined by the club's constitution.

Student Activities only requires a president and a treasurer. One student may not serve as both president and treasurer for the same club. Co-presidents and/or co-treasurers are permitted.

Club leaders must have a minimum 2.00 cumulative GPA in order to serve. First semester students are permitted to serve but must earn a minimum of 2.00 GPA at the end of their first semester.

Club leaders must also meet the Successful Accumulation of Credits as outlined in the SUNY Broome Standards for Academic Progress policy (policy no. AA4007.)

Club leaders are expected to prioritize academics over club functions. Club leaders that show academic concerns may be removed from leadership positions as a result. Academic concerns include the following:

- Mid-term GPA below the requirement.
- Academic Alerts raised in Civitas that are not resolved in a timely manner.
- Class attendance concerns that show a prioritization of club functions over academics.

## 2.5 Establishing a Student Club

In order to start a club, follow the steps below:

1. Gather at least 5 total students to be members (yourself and 4 other people). Be sure you have their SUNY Broome email address! Talk with the faculty and staff of SUNY Broome for an advisor.
2. Write a club constitution, indicating the unique purpose of the club. A template can be found here.
3. Submit a registration through The Swarm. When submitting, you'll be asked to invite the interested members and to write the About section of your page.
4. Attend a Student Assembly General Meeting and propose to the Student Assembly. The Student Assembly will vote on the recognition of your club.
5. The Director of Student Activities and Student Assembly must approve the group, and may deny establishment or categorization because:
    a. Similar groups already exist on campus.
    b. Inappropriate focus of the group.
    c. Existence of the group unduly burdening/marginalizing other SUNY Broome students.

It is understood that the interest of students changes with the enrollment of new students. Clubs will never be given priority due to any seniority, longevity, or membership. New clubs will be respected and treated as any other.

Clubs must be started and led by students of SUNY Broome. Advisors serve only in a guiding role and should not be a main driving force for any club or organization. Should concerns arise, students should speak with the Director of Student Activities.

## 2.6 Re-Registering a Student Club

Each year, during the first three weeks of the fall semester, all clubs must reregister to keep the club in "Active" status (status explained in more detail later on in the document). To facilitate this process, the Office of Student Activities will send registration forms via email to all Officers and Advisors. Forms will also be posted on the main page of The Swarm for open access. Annual registration is to ensure that club/org information is up to date, as well as ensuring that any changes to policies or procedures with the program have been shared with the group. Club re-registration should be completed by a student.

## 2.7 Meeting Regulations

Club meetings must be submitted through The Swarm as an event. When submitting the event, the visibility may not be set to "Invited Users Only." It is recommended to post to "Students and Staff at The Swarm" when using virtual meeting spaces to avoid unwanted attendees from joining.

When submitting meetings, all meeting dates for the semester must be submitted using the "Add Additional Dates" feature on the Event Submission. Meetings are a time for members and officers to make plans, voice opinions, and carry forth the business of the organization.

Clubs must meet on campus a minimum of three times a semester to remain active. Meetings cannot overlap class or any academic function.

## 2.8 Responsibilities of a Club

- Adhere to all local, state, and federal laws and regulations, and the Campus Code of Conduct.
- Manage college resources wisely, ethically, and according to college and department guidelines.
- Operate in a manner consistent with the goals and standards of the college.
- Remain in good standing (active) with SUNY Broome.
- Adhere to Non-Discrimination policy outlined in club registration, as well as student code of conduct.

# 3. Budget

Club budgets are funded by the Student Activity Fee. SUNY Broome strives to follow state and federal guidelines on the use and distribution of these funds. All clubs have two budgets: Activity Fee and Earned Income. This is considered the total Operating Budget. The two budgets have slightly different regulations dictating how the funds can be used. Student organizations are stewards for all students who have paid a Student Activities Fee. Funds distributed are not personal or departmental funds. All organizations, its members, and advisors are expected to abide by the policies and guidelines outlined to ensure the safety, integrity, security, and use of funds. Failure to follow the policies and guidelines outlined in the handbook will result in Student Activities not being able to fund or reimburse purchases.

1. In order to spend from either of these budgets, the club must have current Bylaws.
2. Bylaws must be entered during the first 3 weeks of the fall semester when the club registers on The Swarm.
3. New clubs must create bylaws before being recognized as a club.
4. Funds cannot be used for "Personal Gain", although they can be used for "Personal Development".
    a. An example would be that a group could decide to travel to a professional conference in order to expose members to helpful lectures and sessions that deal with the club's interest. Funds cannot

be used, however, for an exam like the GRE's, Health Science Exams, or LSATS. Funds also cannot be used for certifications, certification exams, or preparation courses.

b. Any non-perishable items purchased such as books, movies, and equipment belong to the club. Such items should be inventoried, enabling them to be used for club interests in future years. Questions regarding this policy should be directed to the Director of Student Activities.

c. Gifts for members (such as clothing or stationary materials) can be purchased if branded and used for marketing purposes. Clubs may not use more than 30% of their Activity Fee on gifts for members without prior approval by the Director of Student Activities. Any gifts purchased must be given to all active members equally that meet the membership criteria in the club bylaws/constitution.

d. Food for regular club meetings is permitted following all food policies outlined in this policy manual.

## 3.1 Activity Fees

1. Activity Fees for clubs and organizations come from the Student Activity fee that is charged to students.
2. The money collected for clubs from this fee must be spent in the same academic year.
    a. Since no fee is collected during the summer terms, the money is only available from the first week of classes in the Fall semester to the last day of classes in the Spring semester. Any expenditures outside of this range must be pre-approved by the Director of Student Activities.
3. Any unspent money from the Activity Fee is transferred back to the general Student Activities fund.
4. <u>Any money expended from the Activity Fee for fundraising purposes must be reimbursed to the Activity Fee before money is deposited into its Earned Income account.</u>
    a. (e.g. If $100 is expended to purchase candy bars for a candy bar sale/fundraiser for the club, and the club then earns $300 from the sale, the original $100 must go back into the Activity Fee, and the remaining $200 goes into the Earned Income account.)
5. Club Funding Cap - In an effort to ensure equity and inclusion, thus engaging more students in extra- and co-curricular activities, clubs will be funded with more parity in the future, rather than having wide gaps in the amounts they are given in an Activity Fee allocation. **Clubs split by graduation year will divide this sum accordingly.** Clubs have the opportunity to fundraise in an effort to increase funding for programming and other organization activities.

## 3.2 Activity Fee Allocation Requirements

Sponsored clubs must meet the following requirement to qualify to receive an allocation from the Activities Fee:

- The club must be reregistered on The Swarm within the advertised window at the beginning of the academic year. Re-registrations can only be submitted by students.
- The President, Treasurer, and Advisor have read, reviewed, and accepted the Terms and Conditions.
- All club leaders have completed the Title VI training on Brightspace.
- A treasurer has attended a Treasurer Training

Sponsored Clubs will earn an allocation of up to $500 per academic year. Clubs that are registered after the advertised window at the start of the fall semester may receive a reduced allocation.
Newly recognized clubs will receive a stipend based on the following schedule of when recognized:

| **Fall Semester** | **Allocation** |
|---|---|
| Before Mid-Semester Break | $500 |
| After Mid Semester Break/Before Thanksgiving Break | $400 |
| After Thanksgiving Break/Before End of Semester | $300 |
| **Spring Semester** | |
| Before Mid Semester Break | $250 |
| After Mid Semester Break/Before Spring Break | $200 |
| After Spring Break/Before May 1st | $100 |
| On or After May 1st | $0 |

## 3.3 Earned Income and Making Deposits

1. The major difference between Activity Fees and Earned Income money is that Earned Income money stays in the club account from year to year for use by future club leaders and members.
2. All earned income is to be deposited in a club's earned income account, which is held with the FSA. No separate off-campus financial accounts will be allowed for any group that receives Student Activities Fees money.
3. All collected monies must be deposited through the FSA within 1 business day of transaction. Clubs are expected to track and record deposits and turn that in to the Student Activities Office.
4. Cash from fundraisers cannot be held longer than the duration of the fundraiser and must be deposited with FSA.
5. If it is determined that a club or organization has an off-campus account, the organization runs the risk of being deactivated and losing its funding.

## 3.4 Purchase Requests

a) **No purchases will be reimbursed without prior approval of a Purchase Request in The Swarm. This includes both the club's Activity Fee Account and Earned Income Account.**
b) Purchases must support the mission and objective of the organization.
c) After the request is entered, if there are any reasons for concern, Student Activities will reach out to the Advisor to ensure they are aware and approve of the request
    a. **Advisors must approve the purchase request before the purchase request can be processed further.**
    b. New for Spring of 2024: A Student Treasurer, who has been trained on proper purchasing policies and procedures will have to review and approve of all purchases made with club funds. This includes Earned Income and Activity Fee accounts.
d) The request will then be reviewed by the Director of Student Activities for final approval and payment.
e) Student Activities has a Wegman's Business Account and a Sam's Club Membership for club usage.
f) Checks are processed by the FSA. When cut, the checks will be mailed out or held at FSA for pickup, based on the requester preference as noted in the purchase.
g) Purchases are audited to ensure that funds go to support the members of the organization. In some instances, before processing, more information will be required for ultimate approval. The FSA and the Director of Student Activities.
h) All purchases must be New York State Tax Exempt. If a receipt is submitted for reimbursement, any tax charged will not be reimbursed.

Once a Purchase Request has been approved, arrangements should be made to meet with Student Activities to complete the purchase. Club members are not permitted to make purchases on their own unless given clear permission from the Director of Student Activities and noted on the Purchase Request. Any receipts submitted without approval will not be reimbursed.

## 3.5 Funding Requests

All student clubs that meet the eligibility requirement during the academic year are given a standard allocation of up to $500 from the Student Activities Fee. For expenses beyond the $500, clubs may request additional funds by submitting a Funding Request.

Funding Requests can be accessed via the Finance Module on The Swarm. Those with Full Finance Access on the roster have the ability to access and submit Funding

Requests.

Once a Funding Request is received, it is sent to the Student Assembly Vice President of Student Affairs for initial review amongst the Student Assembly Finance Committee. The committee meeting is not open to the public. The Vice President of Student Affairs may ask the submitter questions and may request to meet to review the request.

The Funding Request is then presented to the full Student Assembly during a General Assembly meeting for review. The Student Assembly will review, and recommend actions.

Funding requests may be funded in full, in part, denied, or approved with contingencies.

Any money granted by a Funding Request will be transferred to the club's Activity Fee Account and requires a Purchase Request to be spent. All purchasing policies apply for money granted via a Funding Request.

Surplus money from a Funding Request will be reclaimed by the Finance Committee after the conclusion of expenses. Example, a request was granted for $1,000 for catering at an event, but all purchases totaled only $800, the remaining $200 will be reclaimed by Student Assembly.

Please note, it may take up to three weeks for review of the Funding Request. Review will **not** be expedited for any reason.

## 3.6 Student Assembly Activities Council

Clubs are encouraged to collaborate with Student Assembly and the Activities Council for events that may require a larger budget. The Student Assembly and Activities Council are responsible for the approval of any additional funding requests that are submitted.

# 4. Spending Regulations

## 4.1 Club Funding Cap

Beginning in the 2019-20 semester, Activity Fees will be changing, in order to create equity between clubs and foster greater inclusion of all interests. Clubs split by graduation year will divide this sum accordingly and will not be considered as two separate clubs. In order to receive the Activity Fee, clubs must re-register on The Swarm on or before the third Friday of the semester. Late re-registrations will be reviewed by Student Assembly. Activity Fees may be rescinded if a club becomes Inactive during a semester. One full semester of inactivity (no regularly scheduled meetings, events, or usage of any funds) may result in a stipend being rescinded.

Club advisor(s) and/or the Primary Contact will be notified prior to any funding changes.

## 4.2 Approval

Prior approval through a Purchase Request is required from the Director of Student Activities for any money spent, including both the club's Activity Fee and Earned Income account.

***Reimbursements will not be granted without prior permission.***

## 4.3 Cash Advances

Cash advances are available only to club advisors. Any excess funds must be returned to Student Activities within three (3) business days of the purchase along with the receipt. If receipts are not returned, the club may be frozen and lose purchasing permissions. Cash advances cannot exceed $150 at a time.

## 4.4 Contracts

All contracts pertaining to the engagement of services (e.g. catering, buses, venue rental, etc.) or entertainment (e.g. bands, hypnotists, personalities, etc.) must be given to the Director of Student Activities for signature. Please note that contracts often take a long time to be processed and negotiated. No payment for services will be processed if the contract has not been signed.

Club members and advisors are not permitted to make any agreement on behalf of the club, Student Activities, or SUNY Broome and may not sign any contracts.
If a contract is signed by a club member or advisor, the person that signed may be fully financially responsible for all costs and clauses of the contract.

## 4.5 Donations

Activity Fee funds may not be used for donations or community benefits. This includes directly giving money to any external organization as a donation or purchasing items that are intended to be given to an external organization as a donation.

Clubs are permitted to accept donations. All donations will be deposited into the club's Earned Income Account.

Donations are accepted in cash and/or check. Checks should be written payable to "Faculty-Student Association of Broome Community College" with the club's name in the memo.

Cash must be taken directly to Student Activities or the F-SA.

## 4.6 Gambling

New York State requires a permit for gambling activities. Since raffles and other games of chance are considered a form of gambling, clubs must contact the Office of Student Activities if attempting to hold a game of chance.

## 4.7 Gift Cards

Prior approval for purchases of gift cards must be obtained by the Director of Student Activities. When submitting paperwork to The Swarm, it must include the names of the individuals receiving these Gift Cards.
Gift Cards may not:

- be utilized as a stipend or gift for Officers, Members, or Advisors.
- be a reusable or "reloading" Gift Card.
- be purchased for any store or venue that sells alcohol, tobacco, and/or marijuana.
- be given to anyone that is not an active SUNY Broome Student with a B#.
- be purchased with a value above $50

If available, digital gift cards sent via email are required instead of physical gift cards. Gift cards can only be sent to a student's SUNY Broome email address.

If a physical gift card is the only option, a gift card claim form must be signed by the recipient. Physical gift cards will be held by Student Activities until the claim form is signed.

## 4.8 Food

Ordering through the Student Activities Office can be done using Campus Dining Services. Any food order must be associated to an approved event in The Swarm.

All prepared foods being served on campus must be purchased through American Dining Creations unless permission is granted by the management of SUNY Broome's Dining Facilities.

In an effort to ensure club funds are not solely used to feed a few select members, as well as offer an equitable opportunity for many members to engage, maximum expenditures limits for meal per diem for trips or events are in place. Student Activities will follow the United States Per Diem Rates for traveling. Rates can be found here.

Any event/meeting with a catering order above $75 must track attendance in The Swarm.

## 4.9 Fundraising
Any Activity Fee funds that are used to execute fundraising activities must be reimbursed to the Activity Fee account. After reimbursement, any profits from the activity must be placed in the club's Earned Income account through FSA within 24 hours of collection, unless the event was a weekend/holiday event. In such case, the deposit must be made at the next business day. Failure to deposit funds may result in the deactivation of the club/organization.

## 4.10 Reimbursements
In order to be reimbursed, a Purchase Request must be approved <u>before</u> the purchase is made. Reimbursements requested without prior approval will be denied. Whenever possible, purchases should be arranged through a check, credit card purchase, or a purchase order. Checks for reimbursement will not be cut until receipts have been submitted to FSA or the Director of Student Activities.

If receipts are not turned in within 5 business days of the purchase date, the reimbursement may be denied.

## 4.11 Shipping Costs
Student Activities will only pay the cheapest reasonable shipping rate for any club purchases using the club's Activity Fee.

Express shipping costs may be paid out of a club's earned income if needed.

## 4.12 Travel
Off campus travel costs incurred by clubs and organizations must budget at least 80% of all travel expenses from Earned Income and at most 20% out of the Activities Fee Account.

The Student Activity Fee may not be used for selective travel. The travel event must be advertised to the entire campus with all seats available at the time RSVPs open. Trips/travel with pre-selected attendees cannot be funded by a club's activity budget.

## 4.13 Tips and Gratuity
Tips and gratuity expenditures are limited to a maximum of 22% of the bill for hospitality, and 5% or up to a maximum of $40 for others (bus drivers, etc.).

## 4.14 Restricted Items
Student Activities funds (both Activity Fee and earned income) cannot be used for the purchase of alcohol, tobacco, and/or marijuana or any purchase that may be used to purchase restricted items (e.g. a Visa gift card.)

# 5. Event Regulations

All events must be submitted through The Swarm following the guidelines below depending what category of event the club wishes to plan. For the purposes of this policy, an event includes any formal gathering of club members.

## 5.1 Routine Meetings

For any routine club member meeting, an event submission must be completed through The Swarm at least one week prior to the first meeting. The submission should include every meeting in one submission, using the "Add Additional Dates" feature.

Meetings may not be submitted visible to "Invited Users Only." Meetings with virtual meeting locations (e.g. Zoom or Google Meets,) may not be posted visible to "Public," and instead must be submitted as "Students and Staff at The Swarm" or "Organization Members Only." This is to avoid unwanted individuals from obtaining meeting links and joining.

Executive board meetings may be submitted with the visibility set to "Invited Users Only."

Please notify Student Activities if canceling a meeting.

Meetings can be submitted for an entire academic year beginning the start of the spring semester.

## 5.2 Small Club Event

A club sponsored event that is expected to have 30 or fewer attendees is considered a small club event. Small Club Events should be submitted through The Swarm at least 1 week in advance. Small Club Events do not require a staff member to be present.

## 5.3 Medium Club Events

A club sponsored event that is expected to have 31-150 attendees or more is considered a large club event. Medium Club Events should be submitted no later than 2 weeks before the proposed event. Medium Club Events may require a staff member to be present for the entirety of the event, including setup and take down at the discretion of The Director of Student Activities.

## 5.4 Large Club Events

A club sponsored event that is expected to have over 150 attendees and/or has a budget over $1,500 is considered a Large Club Event. A Large Club Event must have a staff member in attendance for the full duration of the event including setup and tear down. A Large Club Event must be submitted through The Swarm no less than 1

full month prior to the proposed event. Public Safety may be required to be present at the event. Any costs incurred by Public Safety can be paid out of the club's Activity Fee. Large Club Events will require a pre-event meeting with the Director of Student Activities.

## 5.5 Off Campus Club Events

For safety and security reasons, club functions or events are not permitted at private residences. Off Campus Club Events, regardless of anticipated attendance, should be submitted through The Swarm at least 1 month prior to the proposed event. An employee of SUNY Broome must be in attendance of the event, unless exempted by The Director of Student Activities. This includes any event that starts and ends off campus and does not include any college coordinated transportation. Off campus club events must be advertised and available for all SUNY Broome students to attend if any funding from the Activities Fee is being utilized.

## 5.6 Club Travel

Any travel off campus as a club must be requested at least 1 full month in advance. This includes any trip with overnight accommodations, college provided/arranged transportation, and/or a predetermined list of attendees.

*Further information on Club Travel is covered further in Section 7 of this Handbook.*

## 5.7 Fundraising Events

Any club wishing to host a fundraising event, whether the money collected is intended to be deposited into the club's Earned Income Account or to be donated to a non-profit, should submit the event through The Swarm no later than 2 full weeks prior to the proposed event. A cash box and petty cash can be signed out through Student Activities. Fundraising events held off campus are held subject to the Off-Campus Club Events policy.

## 5.8 Campus Break

Weekly meetings, rehearsals, practices, or on campus events are not to take place during campus breaks. Off campus trips or conference attendance may occur during campus breaks with at least thirty (30) days advance request through The Swarm.

## 5.9 Class Cancellation Policy

In the event of inclement weather, The College may decide to cancel classes. It is recommended that all clubs either cancel, reschedule, or switch to virtual meetings. Campus buildings may be closed if classes are canceled. Club events may be permitted to continue with approval from the Director of Student Activities on days when classes are canceled.

## 5.10 Event Starting and Ending Times

Club events must start as close to the advertised starting time as possible. Events will be canceled by default if the event does not start within twenty (20) minutes of the advertised starting time unless the reason for the delay is not the fault of the sponsoring club(s.) Events should end no later than the time specified on the original request.

## 5.11 Other Event Policies

For all events, student groups must abide by the following policies:

- No full-face masks are permitted at any time on campus.
- For events with a check-in, all staff students working the event must abide by the same check in policies as the guests (including metal detecting when applicable.)
- Copyright laws must be followed at all times. (Movies shown in public venues require proper licensing.)
- Attendance tracking via The Swarm card scanning is recommended for all non-meeting events.

At all times during an event, Student Activities staff and club advisor(s) reserves the right to refuse entry to students on extenuating circumstances. Student Activities staff and club advisor(s) staff reserve the right to end events early due to violations of any of these written policies or due to an incident. The decision of the Student Activities staff and club advisor(s) is final.

## 5.12 Holding Events

Clubs are not allowed to hold events that are open to the general public by themselves. On some rare occasions, a club may partner with the Office of Student Activities to hold events that are open to the public, but this must be discussed well in advance with the Office of Student Activities.

- At least one advisor must be present at club events, on or off campus. Failure to have an Advisor at a club sponsored event may result in the event being canceled.
- All room reservations for activities and events must be made by utilizing the Event section of The Swarm.
- All events must be open to the entire SUNY Broome student body, be advertised in advance on The Swarm, and provide priority admission to SUNY Broome students.

## 5.13 Safety

If an event is open to members of the community and non-students, security may be required. Security services costs are borne by the sponsoring organization. It is at the discretion of the Director of Student Activities in consultation with Campus Safety to determine if extra security, beyond campus peace officers, will be required.



Ex.5.034

## 5.14 Alcohol

The consumption of alcoholic beverages at club events is prohibited, unless an Advisor discusses the reasoning with and receives approval at least 1 month in advance from the Director of Student Activities. (Must be within SUNY Broome policy guidelines.) Club budgets cannot be used to purchase any alcohol.

## 5.15 Audio/Visual Equipment

Some equipment is available upon request and will be checked out to the club as needed. The club is responsible for all damage to equipment while it is checked out, and is subject to charge in order to repair or replace when necessary. Clubs must contact the Office of Student Activities to checkout equipment.

## 5.16 Bake/Merchandise Sales

All sales are entered into The Swarm similar to any other event. A cash box can be made available through the Office of Student Activities if requested at least 24 hours in advance. The cashbox will not have any money inside of it prior to being loaned out. Bake sales are for baked or packaged goods only. Recognized organizations are permitted to reserve space and offer sales that adhere to Broome County Food Safety standards found at www.gobroomecounty.com/eh/food. The deposit from the proceeds of the sale must be made within one business day of the sale. The deposit should be made directly with FSA. Funds used from the Activity Fee to purchase goods for sale must be reimbursed to the Activity Fee account before profits will be deposited into the Earned Income Account.

## 5.17 Food at Events

American Dining Creations is the first point of contact for all prepared food being served on campus. If the club or organization’s needs cannot be met by American Dining Creations, in consultation with the Director of Student Activities, the group may seek off-campus catering options.

# 6. Publications

## 6.1 Postings/Flyers

- Before posting, club flyers, public handouts, and brochures must be approved by the Advisor and the Office of Student Activities. Flyers must be stamped before being posted on any campus bulletin board.
- Clubs may submit flyers through the form on The Swarm. (Go to
- Paper flyers can be brought to Student Activities for copying.
- Flyers for club advertisement are permitted to be displayed for up to one semester at a time. All meetings must be submitted and approved via The Swarm if noted on flyers.

## 6.2 Printing

- Sponsored clubs can submit flyers or other materials to be printed by Student Activities for no cost by utilizing the Student Activities Club Print Request form on The Swarm.
- Flyers may also be submitted through the Event Form as part of the request process.
- Please allow at least 5 class days for printings.
- Color printing is permitted for club flyers and small print requests. Grayscale printing may be the only option available for larger requests.
- Printing other than flyers will be made available for pickup at Student Activities. Flyers will be posted by Student Activities.

# 7. Club Travel/Trips

Any event that takes place off-campus that includes overnight accommodations, college provided/arranged transportation, and/or a predetermined list of attendees.

## 7.1 Travel Chaperones

- All club travel must include a chaperone.
    a. While often the chaperone is the club advisor, it is not a requirement. However, the club advisor must approve of the organization's travel plans.
    b. The Chaperone must be an employee of SUNY Broome and/or affiliated company (i.e. F-SA) and not be under disciplinary investigation of any kind, etc.
    c. The number of chaperones required for travel is shown in the table below:

| Number of Students | Minimum Chaperones | Maximum Chaperones** |
|---|---|---|
| 1-24 | 1 | 3 |
| 25-49 | 2 | 4 |
| 50-74 | 3 | 5 |
| 75-100* | 4 | 6 |

    *Trips with more than 100 students must consult with the Director of Student Activities for the minimum required chaperones. Chaperone requirements may be altered at the discretion of the Director of Student Activities.

    **Maximum chaperones apply when Activity Fees are being utilized. Clubs may elect to sponsor additional chaperones when utilizing Earned Income.
- Club members must adhere to the tenets of the SUNY Broome Student Code of Conduct. Violations of the Code of Conduct will be enforced in the same manner as if violations happened on campus. Even in another state or

country, a club member is expected to adhere to New York and United States Law.

## 7.2 Attendee Requirements

- All attendees on travel must be currently enrolled students of SUNY Broome. Guests or alumni are not permitted to travel on any club trip. All attendees must be in good academic and disciplinary standing.
- Trips/travel may take place in between semesters. All attendees on trips between semesters must be enrolled in a future semester in order to attend.
- Trips with limited seats available must fairly offer seats to club members.
- Some trips may have a minimum age requirement due to the intended location of travel and/or liability purposes. In these cases, the Director of Student Activities will inform the advisor(s) and members during the planning process.

## 7.2 Travel RSVP Requirement

For all travel events, students must RSVP and include all required information via The Swarm.

Student Activities will edit the event submission to include the following required information:

- Travel Agreement/Release
- Attendee's cell phone number
- Attendee's emergency contact name and phone number
    - Emergency contact information may not be another attendee on the same trip.
- Agreement for conduct record release.

The RSVP must be completed at least one full business day prior to the travel departure for a student to be able to attend or at the otherwise designated deadline.

## 7.3 Transportation

Transportation for any club function must be through one of the following methods:

### 7.3.1 College Rented Vehicle

Club advisors/trip chaperones may request a rental through SUNY Broome's Purchasing Department by submitting a F-SA Vehicle Request form to the Director of Student Activities for signature and approval.

Only approved advisors or trip chaperones are permitted to drive rented vehicles. Drivers must submit a valid driver's license along with the rental form unless a non-expired driver's license is already on file.

Driving records may be reviewed at any time and driver approval may be withdrawn for any concerns of safety.

#### 7.3.2 Chartered Transportation

Any chartered transportation must be arranged and approved through Student Activities. Charters must be licensed and insured. All contracts for chartered transportation must be reviewed and approved by the Director of Student Activities. Travel itineraries must be adhered to with no additional stops added unless safety issues occur.

#### 7.3.3 Student Transpiration

Students may elect to transport themselves to off campus club trips. Those choosing to must have full insurance any will be required to provide proof if requested. A waiver will be required indicating compliance with insurance requirements and that the provided insurance will be used for the travel purposes. Mileage reimbursement may be available at the approval of the club advisor(s) and Director of Student Activities. Mileage reimbursement will be at the IRS established rate.

## 7.4 Travel/Trip Purchasing

A. Travel arrangements must be made one month in advance of the departure date. This is done so through an Event Submission via The Swarm.
B. The Office of Student Activities may pay in advance, using club funds, any hotel, bus, event tickets, or other travel arrangements. This is the preferred method of payment in order to minimize reimbursement requests.
C. Payments made in advance must be arranged through Student Activities and cannot be arranged for reimbursement. This includes, but is not limited to, hotel stays and advance ticket purchases.
D. Reimbursements will be made for meal purchases.
E. The Director of Student Activities reserves the right to reject any travel requests. Rejections may be due to dangerous conditions, insufficient planning, serving a disproportionately low number of club members at too high a cost, lack of funds, a trend of only a select few club members benefitting from travel opportunities, or other reasons deemed appropriate.

## 7.5 Travel/Trip Approval Process

For club travel to be reviewed it must be submitted via The Swarm as an event at least one month prior to the requested departure date.

Requests will be reviewed by the Director of Student Activities and may require additional review before approval.

# 8. Club Officers

Club elections may be held using The Swarm or another method selected in consultation with the Director of Student Activities. Elections must be anonymous. Advisors must corroborate and verify results but cannot vote.

Members running for officer positions must have at least a 2.25 GPA. While in office, going below a 2.25 GPA will result in the officer being immediately removed from their position, and a new election to replace them must be held. New students without a GPA may run and serve in an officer position. Once a GPA is established for this individual, it must be and maintain to be over a 2.25 GPA.

## 8.1 Required Officer Position

Clubs must have a President and Treasurer to remain active and sponsored.

### 8.1.1 President

Each student club should elect a president. The club president is responsible for organizing the club meetings, ensuring the club adherence to the club's constitution, and presiding over club meetings.

### 8.1.2 Treasurer

A club treasurer is required beginning the fall of 2023. The club treasurer must be trained before being appointed the position on the club roster. The treasurer is responsible for approving purchase requests, coordinating with Student Activities for club purchases, and keeping track of the club budget.

### 8.2 Leadership Limits

- One student may only serve as president and/or treasurer for a maximum of two clubs at one time.
- Clubs may choose to have co-presidents or co-treasurers.
- One student may not hold both president and treasurer status for the same club.

### 8.3 Academic Concerns

Students serving as Club Officers are expected to maintain satisfactory academic performance. Students may be temporarily removed from leadership positions if extreme academic concerns are reported. Reports through Civitas Inspire will be reviewed by the Director of Student Activities in consultation with the Dean of Students.

# 9. Advisors

Advisors to clubs and organizations are individuals who, out of interest and dedication, give their time and talents to out-of-class programming. Advisors are there to help guide students to prudent decision making, and ensure they are abiding by the Bylaws of the organization and policies and procedures of SUNY Broome. Advisors are also expected to engage in club activities. Efforts should be made to arrange meetings and events so that advisors can attend without undue hardship. Much of the success enjoyed by the club program at SUNY Broome is directly related to the interest and efforts of advisors. Advisors provide knowledge, guidance, and direction.

- All advisors must have the approval of the Director of Student Activities. Students will elect an advisor as a group and make their recommendation.
- Any club without an Advisor is considered inactive. The Director of Student Activities can substitute as an Interim Advisor on a case-by-case basis.
- Club advisors are considered to be Campus Security Authorities (CSA) and must complete the annual training provided online an in-person.
- Advisors that are under Title IX or other investigation and/or disciplinary action by SUNY Broome will be temporarily removed from their position, pending the completion of the investigation. After resolution of the investigation and/or action, the Director of Student Activities, in consultation with the Dean of Students, will determine if it is appropriate to reinstate the advisor.

## 9.1 Responsibilities of the Advisors

- Join the roster and be added as an Advisor through The Swarm (only the Student Activities Office can assign the role of "Advisor" to someone on The Swarm roster. Please contact Student Activities for assistance.)
- Provide guidance and supervision without infringing on students' rights and responsibilities. Ensure that the group is adhering to SUNY Broome policies, group policies, as well as conducting themselves with civility as role models of the college.
- Encourage the development of initiative, responsibility, and leadership in the student members.
- Track and approve of all financial transactions of the club. Expenditures of the club should be monitored on The Swarm regularly.
- Discuss club concerns with the Director of Student Activities.
- Oversee elections of new officers.
- Ensure that all SUNY Broome policies and procedures are followed, including, but not limited to, the Non-Discrimination and Hazing policies.
- Events:
    - Advisors should be aware of any meeting and/or activity staged by the group with which they are advising, and be present at all appropriate activities.
    - Advisors are not required to be at all meetings, however the advisor should have knowledge of the subjects discussed, plans made, and group dynamics that might be of importance.
    - Advisors are encouraged and may be required to attend club events. Requirement of attendance is based on anticipated attendance and scale of the event.
    - Advisors play an active role in helping the students set up all events that are consistent with the club's purposes, and with the aims and objectives of the college. During all club events and meetings, students must adhere to the student code of conduct.

## 9.2 Advisor Stipend

Advisors and co-advisors for active and sponsored clubs receive $100 per semester. If there is more than one advisor for a club, the stipend is split between all advisors at the discretion of the advisors. Clubs must show activity throughout the academic year for an advisor to receive a stipend. Advisor stipends must be claimed via the digital Advisor Stipend Claim form. Advisors must submit a current and completed W-9 upon appointment and if requested by the F-SA.

## 9.3 Advisor Appointment

Sponsored club advisors and co-advisors are selected by the club members and must be approved by the Director of Student Activities. Club members may email the Director of Student Activities (kocieniewskinm@sunybroome.edu) should they choose to select a new advisor. Advisors of clubs must be current full-time employees of SUNY Broome, and/or have an @sunybroome.edu email address (such as employees of housing or F-SA.)
Advisor approval is at the discretion of the Director of Student Activities with the consultation of the Associate Vice President of Student Development and Dean of Students, or the Vice President of Student Development. An advisor may be denied under reasons such as failure to fulfil responsibilities describe in this handbook, potential conflict of interest with other roles on campus, or disapproval from previous club members.

## 9.4 Advisor Qualifications

Club advisors must be full-time employees of SUNY Broome Community College and/or an affiliated company (e.g. Faculty-Student Association, SUNY Broome Housing Corporation.)

Non-SUNY Broome Community members are not permitted to affiliate with student organizations as members or advisors.

Advisors must complete the Campus Safety Authority, Title IX, and Sexual Harassment trainings by the given deadline to remain advisors.

## 9.5 Co-Advisor

Part-time employees of SUNY Broome Community College and/or an affiliated company may serve as co-advisors for sponsored clubs provided a full-time employee is also listed on the roster.
Co-advisors can serve as advisors in all capacities except for finances. A full-time advisor must still approve purchase requests.

# 10. Club Guests

A club guest is defined as a person who works with the members and advisor(s) of a recognized SUNY Broome club/organization but is not a currently enrolled SUNY Broome student, currently employed SUNY Broome faculty/staff member, or currently employed member of a SUNY Broome auxiliary service, such as the Student Village. Non-SUNY Broome community members are not permitted to serve as advisors or be considered members of any clubs or organizations on campus.

Club guests may not:

- Use the title of advisor.
- Benefit from the Student Activity Fee.
- Serve as recruiters for clubs.
- Serve as chaperones for events or trips.
- Perform club functions in the absence of club members.
- Vote on any club matter or election.

Student Activities can assist with obtaining parking permits for Club Guests.

Students and club advisor(s) are not permitted to make any agreement with outside organizations and therefore cannot agree to any partnerships with club guests or affiliated agencies. Students and/or advisors should contact Student Activities for any formal arrangements that may need to be made with Club Guests.

This policy applies for any club guest, regardless of the intended length of time the guest may be on campus.

# 11. Club Status

## 11.1 Active

In this stage, a club can hold meetings and events, use/raise money, recruit new members, reserve space, and publish materials. The club will be listed on The Swarm and the SUNY Broome website. To remain Active, a club must show activity regularly throughout the semester, such as meetings or events on campus.

To be considered as Active a club must host at least three on campus meetings or events open to the campus community a semester. All meetings and events must be submitted through The Swarm and advertised at least one full week in advance to qualify.

## 11.2 Frozen

In this status, clubs are temporarily frozen from submitting event and purchase requests. This is done when a club is not in compliance with one or more requirement. When a club is Frozen, an email will be sent to the advisor(s) and student executive board indicating the change is status, the reason, and the action(s) required to return to Active status.

## 11.3 Inactive

If a club does not show activity throughout a semester, the club may be classified as Inactive. When inactive, club Activity Fee money will be rescinded. Earned income will be retained for three years until the club is archived.

Students wishing to join an inactive club can request status change to Active from the Student Assembly by emailing StudentActivities@sunybroome.edu.

## 11.4 Archived

Clubs that have been inactive for three consecutive years will be archived. Once a club has been archived, students wishing to join the club will need to go through the New Club Recognition Process.

Earned Income associated to clubs that have been archived will be transferred to the Student Activities Student Union Project Account.

## 11.5 Temporarily Suspended

On rare occasions, a club may be placed on Temporary Suspension if:

- A club has violated SUNY Broome policy and the Director of Student Activities, in consultation with the Dean of Students, decides that the group cannot be considered active for a period of time.
    - This is a fixed period of time that the club must stay in the Inactive status, and, once that time has elapsed, the Director of Student Activities, along with the Dean of Students, will meet with club officers, members, and advisors to decide if an action plan can and/or should be put into place to return the group to the Active category.
    - A club's active status will be reinstated by the Director of Student Activities after meeting with club officers and resolving deficiencies. While in suspension, the club may not spend funds or hold events of any kind. Any meetings will be with the Director of Student Activities and will pertain to the club status.

# 12. Club Sponsorship

Clubs being sponsored by the Student Activities Fee must comply with all parts of this manual to continue receiving sponsorship.

## 12.1 Sponsored Clubs

A club that remains active will keep sponsorship unless voluntarily given up or after a period of inactivity as outlined in Section 11. Sponsored Clubs are able to request additional funding, collaborate with the Broome Activities Council, and utilize activities funds as seed money for fundraisers.

Sponsored clubs will receive an allocation of up to $500 each academic year upon completion of the following requirements:

- Club has re-registered during the registration window at the beginning of the fall semester as marketed.
- The president, treasurer, and advisor have all accepted the Terms and Conditions.

## 12.2 Unsponsored Club

A club that is not sponsored may restrict membership by one or more of the following categories:

- Academic major
- GPA
- Affiliation with outside organization

Unsponsored clubs may not restrict membership due any discriminatory reason including, but not limited to, race, religious beliefs, gender, gender expression, gender identity, sexual orientation, or ethnic background.

Unsponsored clubs are still able to meet, hold events on campus, fundraise, and utilize The Swarm. Unsponsored clubs will be able to utilize an Earned Income Account, but will not have access to an Activities Fee account. Unsponsored clubs may not request additional funds but may collaborate with the Broome Activities Council on events.

Clubs that are recognized after spring break will not receive any activity fee money during the academic year of recognition but is eligible to receive sponsorship for any following academic year.

# 13. Anti-Hazing Clause

Hazing is any activity that humiliates, degrades, abuses or which endangers the mental, emotional, or physical health or safety of a student, or which destroys or removes public or private property, for the purpose of initiation, admission into, affiliation with, or as a condition for continued membership in an organization or team whose members are or include students at SUNY Broome. Hazing can occur regardless of the person's willingness to participate.

Hazing is a serious violation of college policy and New York State law. Hazing is strictly prohibited for all SUNY Broome clubs and organizations.

## 13.1 Definition

The term "hazing" means any intentional, knowing, or reckless act committed by a person (whether individually or in concert with other persons) against another person or persons regardless of the willingness of such other person or persons to participate, that —

a. is committed in the course of an initiation into, an affiliation with or the maintenance of membership in, a group (fraternity, sorority, team, club or another association or organization); and
b. causes or creates a risk, above the reasonable risk encountered in the course of participation in the institution of higher education or the group (such as the physical preparation necessary for participation in an athletic team), of physical or psychological injury including —

    - whipping, beating, striking, electronic shocking, placing of a harmful substance in or on someone's body, or similar activity;
    - causing, coercing or otherwise inducing sleep deprivation, exposure to the elements, confinement in a small space, extreme calisthenics, activities that would unreasonably interfere with a student's other activities or obligations, or other similar activity;
    - causing, coercing or otherwise inducing another person to consume food, liquid, alcohol, drugs or other substances;
    - causing, coercing or otherwise inducing another person to perform sexual acts;
    - causing, coercing or otherwise inducing another person to engage in public stunts, degrading or humiliating games or activities, wearing of apparel or items likely to subject the wearer to embarrassment or ridicule, or similar activity;
    - any activity that places another person in reasonable fear of bodily harm through the use of threatening words or conduct
    - any activity against another person that includes a criminal violation of local, State, Tribal or Federal law; and
    - any activity that induces, causes or requires another person to perform a duty or task that involves a criminal violation of local, State, Tribal or Federal law.

## 13.2 Reporting Hazing

Reports of hazing are taken seriously by SUNY Broome and will be investigated through the Office of Student Rights and Responsibilities. Reports may be anonymous; however, anonymity may limit the extent to which the College can address the report. Any information shared is confidential.

Reporting can be filed several different ways

- By completing the Hazing Report Form linked here
- Calling the Hazing Hotline: 607-778-5388
- Email the Hazing Hotline: HazingHotline@sunybroome.edu

## 13.3 Amnesty Related to Hazing Reports

Students who submit a hazing complaint in good faith, or victims of hazing who participate in an investigation, will be provided amnesty from any disciplinary action stemming from policy violations that were committed as part of a hazing activity. Students who retaliate or take adverse action towards any person who has reported allegations of hazing, or has cooperated with a College investigation, will be subject to disciplinary action in accordance with the Student Code of Conduct.

## 13.4 Investigation Process

After a report is received, SUNY Broome will quickly review the submission and determine the next appropriate actions. SUNY Broome will conduct an investigation into the alleged hazing to determine if there are potential violations of the Student Code of Conduct.

# Sonner Exhibit C:

## January 11, 2026 Automated Email Confirming Request to Register Club

SUNY BROOME

**Sonner, Jacob <sonner**REDACTED

## Registration Confirmation: Intervarsity Christian Fellowship

**The Swarm** <noreply@engage.mail.campuslabs.com> Sun, Jan 11, 2026 at 7:42 PM
To: sonnerREDACTED

**This message confirms that you submitted a registration application for Intervarsity Christian Fellowship on 1/11/2026 at 7:42 PM.**

Your submission will be reviewed and you will receive a message once it has been processed.

You are receiving this email because you are a member of The Swarm.

Manage your email preferences.

Ex.5.048

# Sonner Exhibit D:

## Dr. Kocieniewski's January 27, 2026 Revisions to InterVarsity Broome's Constitution

**SUNY Broome Community College**

**INTERVARSITY CHRISTIAN FELLOWSHIP CONSTITUTION**

Article 1 – Name and Purpose

The name of this organization shall be Intervarsity Christian Fellowship
*Abbreviations: IVCF*

The organization's purpose is to:
*The unique purpose of this club at Broome Community college is to display a love from out of this world to every single student on campus, regardless of age, race, cultural upbringing, or gender. We recognize that students long for purpose and community, and strive to close the gap of emptiness and loneliness on campus. We will be a place of unity and belonging, spreading true love through the good news of Jesus Christ.*

Article 2 – Membership

Section 1 – Members

What does it mean to be a Member of IVCF?

*Being a member of IVCF not only means someone is a part of our mission for this campus, but they are also a part of a much broader mission for all schools nationwide. As a nationally recognized organization, students who join this club will be part of a nationwide effort as well as on campus to spread the love of Jesus we have all grown to know. Being a Member will also allow you to find community and loving friendships during a time when it may be difficult to find your people, not just here at Broome but also through our pipeline at Binghamton University. Choosing to be a Member will end up being one of the best decisions someone could make. No faith background is needed, and we accept anyone and everyone to know the plan Jesus has for them.*

How does one remain an active Member?

- By attending meetings regularly as well as special events when you can
- Being part of the Broome IVCF GroupMe
- Being yourself
  *In order to vote for club government positions, one must have attended at least 60% of Broome IVCF meetings*

**Commented [NK1]:** Define "Regularly"

**Commented [NK2]:** I would suggest defining a time period (60% of meetings per semester/academic year)

The Club shall be comprised of the Executive Board, Committee Members, and Advisor(s). The Executive Board shall consist, in order of succession, of the President,

Ex.5.050

Vice President, Multi-Campus Coordinator, and Treasurer. The advisor(s) will be decided by the members of IVCF.

Section 2 – Membership Responsibilities

In order to support the purpose of this organization, IVCF members must adhere to the following standards:

a. All members must be good standing with SUNY Broome

b. All members shall be responsible for comprehending and abiding by the constitution, by-laws, and all other foundational documents of IVCF

**Commented [NK3]:** This will need to be included for review.

c. All members shall maintain professionalism and strive to represent IVCF in the most positive manner possible.

d. All executive members must maintain at least a GPA of 2.50.

Article 3 – Officers and their Duties

Section 1 – Officers

The organization's Executive Board shall consist of a President, a Vice President, Secretary, Treasurer, Multi-Campus Coordinator, a Student Senate Representative and an optional Community Service Coordinator. All officers must maintain satisfactory academic standing (minimum 2.50 accumulative average).

Section 2 – Duties of Officers

For IVCF run events, at least one officer is to sign up to work and coordinate the volunteer's efforts.

The President shall preside at all meetings of the organization as well as planning and coordinating special events throughout the semester. They will also be responsible for coordinating with BU IVCF.

The Vice President shall serve in the temporary absence of the President. The Vice President shall also aid in membership retention, relations, and constitution review, as well as assist the President in their duties when needed and maintain a connection with BU IVCF.

Ex.5.051

The Treasurer shall oversee the budget for the club including the Activity Fee and Earned Income Account. The Treasurer shall also submit and approve all purchases, and follow all SUNY Broome policies regarding funds.

Deleted: Suny

The Multi-Campus Coordinator shall be in direct contact and shall communicate with the heads of BU IVCF, as well as be the spokesperson for Broome IVCF at BU IVCF when needed. Any event or relations that involve both BU and Broome IVCF this position will take a leading role.

Article 4 – Election of Officers

Section 1 – Election

All officers shall be elected by a majority vote of the IVCF membership at the second to last meeting of the semester, at the beginning of each academic year. Candidates for the officer positions for the following semester will be nominated at the third to last meeting of the current semester, and voting will take place at the following meeting. Nominations must be made by IVCF members in person, or in writing to the IVCF Advisor(s). Self-nominations are allowed. A nomination must be accepted by the nominee prior to the second to last meeting of the current semester, in order for the candidate to be considered in the election. *In order to be able to be elected, you must also first agree with the Intervarsity statement of faith*

**Commented [NK5]:** This cannot be included.

Section 2 – Resigned or Vacant Officers

In the event that the Presidency is vacated, the Vice President will move in line of succession to the Presidency, and a new Vice President will be elected by the organization's membership. The Vice President may choose to remain as the Vice President. In the event the Vice President declines, a general election will be held following a one-week waiting period for the purpose of qualification and/or campaign.

Section 3 – Removal of Officer(s)

All officers are considered student leaders and therefore must behave in a manner that complies to their officer responsibility description and Student Code of Conduct. Due to the nature of this club and the high involvement and need for effective student leaders, executive board officers who are not fulfilling their description can be removed from office by a two-thirds vote of all active members, or by direct decision of the Director of Student Activities on extenuating circumstances.

Section 4- Resignation

Officers wishing to resign should do so by email to the advisor(s). An officer is considered inactive after failing to respond to emails, failure to attend meetings, and failing to communicate over a prolonged and extended period of time.

**Commented [NK6]:** I would suggest defining this period.

Article 6 – Finances

The organization's yearly stipend will be spent according to all SUNY Broome policies.

Article 8 – Constitutional Review

Section 1 – Frequency of Review

The organization's constitution shall be reviewed by the membership each academic year, and when necessary upon request of the Student Assembly.

**Deleted:** Senate.

Section 2 – Constitutional Amendments

When a proposed amendment to the constitution is presented to the organization, at least one week must elapse before the proposal can come to vote.

Constitutional amendment requires a two – thirds (2/3) majority vote to the organization's membership.

Ex.5.053

# Sonner Exhibit E:

## February 19, 2026 Email
## From Jacob Sonner to Dr. Kocieniewski
## Regarding InterVarsity Broome Constitution

SUNY BROOME

**Sonner, Jacob <sonner**REDACTED

## IVCF Constitution

**Sonner, Jacob** <sonne REDACTED Thu, Feb 19, 2026 at 3:41 PM
To: "Kocieniewski, Nick M" <kocieniewskinm@sunybroome.edu>

Hey, just wanted to reach out before the vote tomorrow at 3pm. I've spoken with my supervisors for Intervarsity and we've come to the decision to have the original submitted constitution(the one with the clause) to be voted on, not the new one(without the clause) I gave to you.

Thanks,
Jake Sonner

Ex.5.055

# Sonner Exhibit F:

## February 20, 2026 Email
## From Dr. Kocieniewski to Jacob Sonner
## Regarding Recognition

**Sonner, Jacob <sonner**REDACTED

## IVCF Constitution

**Nick Kocieniewski** <kocieniewskinm@sunybroome.edu> Fri, Feb 20, 2026 at 10:07 AM
To: "Sonner, Jacob" <sonnerREDACTED

Good morning, Jacob,

Thank you for reaching out regarding this matter. At this time, the constitution you referenced will need to be sent to the General Assembly for review before it can be placed on the agenda for a vote. This process requires additional time. As a result, the vote on recognition for the Intervarsity Christian Fellowship will need to be tabled and will not appear on today's meeting agenda.

Please let me know if you have any questions.

Best,
Dr. Nick Kocieniewski

On Thu, Feb 19, 2026 at 3:45 PM Sonner, Jacob <sonnerREDACTED> wrote:

> On Thu, Feb 19, 2026 at 3:41 PM Sonner, Jacob <sonnerREDACTED> wrote:
>
> > Hey, just wanted to reach out before the vote tomorrow at 3pm. I've spoken with my supervisors for Intervarsity and we've come to the decision to have the original submitted constitution(the one with the clause) to be voted on, not the new one(without the clause) I gave to you.
> >
> > Thanks,
> > Jake Sonner

Ex.5.057

# Sonner Exhibit G:

## February 20, 2026 Email
## From Jacob Sonner to Dr. Kocieniewski
## Regarding Recognition

SUNY BROOME

**Sonner, Jacob <sonner**REDACTED

## IVCF Constitution

**Sonner, Jacob** <sonner REDACTED Fri, Feb 20, 2026 at 12:26 PM
To: Nick Kocieniewski <kocieniewskinm@sunybroome.edu>
Cc: sophia REDACTED

Our Intervarsity representative shared that we cannot remove that theological statement clause for our leadership, as it is a federally protected right for religious groups to have a statement of belief. Removing it from the constitution would be a step back for advocating for religious life on campus. I've CCed my InterVarsity Staff Representative who will be following up within the week to see if we could come to an agreement.

Thanks,
Jacob Sonner
[Quoted text hidden]

Ex.5.059

# Sonner Exhibit H:

February 23, 2026 Email
From Dr. Kocieniewski to Jacob Sonner
Regarding Denial of Recognition

SUNY BROOME

**Sonner, Jacob <sonner REDACTED**

# IVCF Constitution

**Nick Kocieniewski** <kocieniewskinm@sunybroome.edu> Mon, Feb 23, 2026 at 1:09 PM
To: "Sonner, Jacob" <sonner REDACTED
Cc: sophia REDACTED

Hi Jacob,

Thank you for following up and for sharing that information. I appreciate you including your InterVarsity representative so we can have a thoughtful and informed conversation about this.

Please note that including the Statement of Faith in the constitution is not an issue. It certainly may be included as an appendix, supporting document, and/or referenced within the mission statement of the club.

However, after careful consideration with SUNY Broome's Vice President of Student Development and Chief Diversity Officer, Dr. Carol Ross-Scott, we cannot permit you to restrict eligibility for leadership based on religious beliefs. This is noted in Section 2.2 of the Club Handbook (attached again for your reference) and also is outlined in the SUNY Broome Non-Discrimination Statement (Policy No.: GA2001) attached.

These policies have been reviewed by SUNY Broome's Legal Council and continue to apply in this case.

I hope this helps.

Best,
Dr. Nick Kocieniewski

[Quoted text hidden]

**2 attachments**

**GA2001-Non-Discrimination-Statement.pdf**
122K

**2025-2026 Club Handbook.pdf**
460K

Ex.5.061

# Sonner Exhibit I:

## February 24, 2026 Denial of Recognition

Denied

**Date:** Tue, Feb 24, 2026 9:24 AM EST

**By:** Nick Kocieniewski

**Comment:** Jake Sonner has rescinded the edited constitution via email. The constitution originally submitted is in violation of the Club Handbook Open Access policy (Section 2.2 of the Club Handbook) and the SUNY Broome Non-Discrimination Statement (Policy No.: GA2001).