# Exhibit 7:

Second Jao Declaration and Exhibits

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERVARSITY CHRISTIAN FELLOWSHIP/USA, et al.,<br>*Plaintiffs*,<br>v.<br>SUNY BROOME COMMUNITY COLLEGE, et al.,<br>*Defendants*. | Case No. 3:26-cv-01623-MAD-MJK<br><br>**SECOND DECLARATION OF GREGORY L. JAO** |

I, Gregory L. Jao, pursuant to 28 U.S.C. § 1746, state and declare:

1. I am over eighteen years of age and fully competent to make this declaration.

2. I have reviewed Defendants' memorandum of law in opposition to Plaintiffs' motion for a preliminary injunction.

3. SUNY Broome's ban on religious leadership requirements for recognized student groups prevents InterVarsity from ever being able to affiliate with a recognized student group at SUNY Broome. Any student group that wants to affiliate with InterVarsity must comply with InterVarsity's requirements for affiliation, including the requirement that the group's student leaders sincerely agree with InterVarsity's religious beliefs.

4. Once a student group has affiliated with InterVarsity, it must confirm its agreement with InterVarsity's affiliation requirements annually before the start of each academic year. As part of this process, an InterVarsity chapter's student leaders must confirm that they agree with InterVarsity's religious beliefs.

5. Through both this annual process and InterVarsity's general engagement with its affiliated chapters, I sometimes become aware that a particular chapter has inadvertently failed to include InterVarsity's leadership requirement in its constitution. When I become aware of these instances, I work to correct it promptly so that the chapter's paperwork matches our shared religious

practices. But here, no correction is possible because SUNY Broome bars InterVarsity from having a recognized student group that requires its leaders to affirm our faith.

6. InterVarsity cannot merely "hide" this leadership requirement and hope student members impose it through their voting choices for candidates. That's true for a number of reasons.

7. For instance, as a ministry, it's important for us to be up front with the religious requirements and expectations of a leadership role. Incoming candidates generally go through a process of discipleship and religious discernment with existing leaders and InterVarsity staff to ensure that they have the spiritual maturity and bandwidth to take on an important ministry position. It is important that candidates know well before their selection that they need to sincerely agree with our beliefs, since they can't effectively do the job otherwise.

8. Also, rolling the dice on how a vote might turn out isn't fair to student candidates or members, and it's dangerous for us. Having Christian leadership is a matter of basic integrity, and getting it wrong can end up creating divisions among a chapter's members, hurt feelings, and distraction from our mission of sharing the Gospel. It also signals to members that we think we need to engage in subterfuge about our religious identity, and want our members to do so too, which discourages our chapter from either unifying around our faith or being bold in sharing our faith with others.

9. I also know from experience that it can create disciplinary risks for students with their schools if they are perceived to be intentionally acting in a way to undermine campus policy, including in their voting choices. *See, e.g.*, *InterVarsity Christian Fellowship/USA v. Wayne State Univ.*, 534 F. Supp. 3d 785, 812-13 (E.D. Mich. 2021). A true and correct copy of the SUNY Broome Student Code of Conduct is attached as **Exhibit A** and can be found here: https://perma.cc/J6NG-EALQ.

10. Further, we have to ensure our leaders remain faithful even *after* they're elected. There have been several instances where InterVarsity chapters have had to remove individual leaders after election because the leader strayed from the faith. That's true for any faith group, and in some ways it's even more true during the college years, when students' beliefs can face a lot of pressure. But under SUNY Broome's rules, upholding faithfulness isn't allowed.

11. I'm also aware of situations where, because of InterVarsity's policies opening chapter membership to all students, there have been efforts to vote in leadership who don't hold our beliefs. Sometimes those efforts have been successful. For instance, I am aware of an InterVarsity chapter that recently had to be disaffiliated because its elected leadership took theological positions at odds with InterVarsity's statement of faith. It's also my understanding that other religious student groups have faced takeover attempts when they haven't been able to keep their religious leadership standards.

12. Ultimately, SUNY Broome's actions have put InterVarsity to an impossible choice. Our chapter cannot receive the benefits of official recognition that are critical to its long-term success—and thus risks its continued existence—unless it abandons our religious leadership requirements. But abandoning those requirements would mean disaffiliating from InterVarsity and undermining its identity as a Christian ministry, which would defeat the entire point of the chapter's existence. We shouldn't be forced to make such a choice.

13. Official school recognition is vital for an InterVarsity chapter's long-term sustainability and viability. In my experience through 40 years of ministry with InterVarsity, and as I explained in Paragraph 35 of my first declaration, InterVarsity chapters and other religious student groups that lack official recognition always struggle in important ways that recognized chapters and groups do not. For example, when the University of Iowa derecognized an InterVarsity chapter

that was well-respected and had been on campus for over 25 years, that chapter lost many of its members and struggled to recruit new members or leaders, which in turn made it much harder for the chapter to conduct its normal ministry activities. After that InterVarsity chapter regained its status as a recognized student group, it once again resumed thriving. And denying recognition would be much worse here at SUNY Broome, where the InterVarsity chapter is just getting off the ground and is operating at a two-year community college instead of a four-year university.

14. Official recognition is also critical for new-student outreach, which is a major part of InterVarsity's ministry. The beginning of a school year or semester has the most potential impact for life-changing outreach. For that reason, InterVarsity devotes significant resources to providing chapters with training courses and materials on how to best reach new students. A true and correct copy of an excerpt from InterVarsity's website, which describes our views on the importance of new-student outreach, is attached as **Exhibit B** and can be found here: *New Student Outreach, What is New Student Outreach?*, InterVarsity (2026), https://perma.cc/V9JR-J5S7. A true and correct copy of an excerpt from InterVarsity's website, which provides an accurate overview of InterVarsity's new-student outreach course, is attached as **Exhibit C** and can be found here: *New Student Outreach, The Ministry Playbook*, InterVarsity (2026), https://perma.cc/V4ES-DHX8. A true and correct copy of InterVarsity's Prayer Guide for new-student outreach is attached as **Exhibit D** and can be found here: *Prayer Guide for New Student Outreach*, InterVarsity (2026), https://perma.cc/87AW-LFGE.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 7, 2026.

Greg Jao

# Exhibit A:

## SUNY Broome Student Code of Conduct

# STUDENT CODE OF CONDUCT

Students are expected to conduct themselves in a manner that supports and respects the rights of others. Accordingly, the following behaviors are prohibited, and students engaging, attempting to engage or assisting in the following behaviors are subject to disciplinary sanctions.

## The Student Code of Conduct

### A. Community Standards

#### 1. Keys +

## Contact Information

Office of Student Rights and Responsibilities
Location: The Commons, 104
Phone: 607-778-5681
Email: OSRR@sunybroome.edu

Office of Student Rights & Responsibilities

ASK US A QUESTION

Student Code of Conduct



Ex.7.007

### 2. Entry and Use of Facilities +

### 3. Disorderly Conduct +

### 4. Dangerous Materials +

### 5. Safety Regulations +

### 6. Arson +

### 7. Disruption +

### 8. Failure to Abide By Federal, State and/or Local Laws +

### 9. Other College Policies +

### 10. Soliciting and Posting +

### 11. Campus Guest Policy +

### 12. Electronic Transportation Devices +

## B. Personal Responsibility and Integrity

### 1. Acts Of Dishonesty +

### 2. Identification +

### 3. Failure To Comply +

Student Conduct Process
Sanctioning
Interim Actions
Good Samaritan Policy
Transcript Notations
Classroom Conduct
Hazing Policy and Reporting
Get Involved

### 4. Damage To Property +

### 5. Theft +

### 6. Alcohol Policy +

### 7. Alcohol Paraphernalia +

### 8. Drug Policy +

### 9. Drug Paraphernalia +

### 10. Smoking Policy +

### 11. Abuse Of The Conduct System +

### 12. Electronic Use Policy +

### 13. Surreptitious Electronic Use +

## C. Violations of Health and/or Safety of an Individual

### 1. Harassment +

### 2. Hazing +

### 3. Physical Assault +

### 4. Reckless Endangerment +

### 5. Bias Related Incidents –

Includes such acts believed to be motivated by a consideration (real or perceived) based on race, color, age, religion, national origin, disability, sexual orientation, gender identity or other protected characteristics is oral, written, graphic or physical conduct relating to an individual's race, color, gender identity, national origin (including an individual's ancestry, country of origin, or country of origin of the student's parents, family members, or ancestors) or other protected characteristics that is sufficiently severe, pervasive, or persistent so as to interfere with or limit the ability of an individual to participate in or benefit from the educational institution's programs or activities. This includes but is not limited to:

1. Bias-related harassment or discrimination
2. Threatening, intimidating or fear provoking behavior

## D. Sexual and Interpersonal Misconduct

### 1. Sexual Assault +

### 2. Sexual Harassment +

### 3. Stalking +

### 4. Dating Violence +

### 5. Domestic Violence +

## E. Student Village Regulations

### 1. Noise Policy +

### 2. Appliances and Cooking +

### 3. Guest Policy +

### 4. Pets +

### 5. Furniture +

### 6. Windows +

### 7. Fire Safety +

### 8. Recycling +

### 9. Gambling +

### 10. Sports Activities or Rough Housing +

### 11. Other Policies +

## F. Retaliation

### 1. Retaliation +

**Please note:** These general standards and expectations do not limit or restrict specific department, program, or course guidelines or expectations. It is the expectation that every student abide by all SUNY Broome policies, including but not limited to behavioral expectations stated in individual course syllabi.

907 Front St.
Binghamton, New
York 13905

Parking & Campus Map

607-778-5000

Contact Us

## APPLY AND REGISTER

- Academic Calendar
- Apply to SUNY Broome
- Our Programs
- Course Options
- Student Financial Services

## QUICK LINKS

- Diversity & Inclusion
- Employment
- Ice Center
- Library

## HEALTH & SAFETY

- Health Services
- Public Safety
- Title IX

© 2024 - 2026 SUNY Broome Community College. All Rights Reserved.
Accessibility | Terms & Usage | Privacy Policy

# Exhibit B:

## New Student Outreach: What is Student Outreach?

InterVarsity

DONATE

HOME ABOUT US OUR MINISTRY GET INVOLVED BLOG STORE LIBRARY Log in

Home

Add your search terms here... Search

# New Student Outreach

## What is New Student Outreach?

New Student Outreach (NSO) is InterVarsity's effort to reach and warmly welcome freshmen and other new students on campus at the start of the school year. It's a key season of ministry to kick off the year with intention and hospitality.

"I'm really nervous about making friends in college. Most of my friends I've known since elementary school, but in college, I won't know anyone. I want to make friends and feel at home."

Incoming Freshman in Wisconsin

The beginning of the school year has arguably the **most potential for life-changing ministry.** It's when non-Christian students are the most open to saying yes to Jesus. Plan your NSO with the steps below.




## Plan Your NSO

# 1. Plan

## Plan

Use the NSO Scorecard and NSO Calibrator together, to prepare wisely for this important season of outreach.

The Calibrator will help you develop a tailored plan based on the size of your chapter and goals for growth this year. The Scorecard will help you assess your previous NSO efforts and help you find one key area of improvement for the fall.

NSO Calibrator NSO Scorecard

## Pray

More than a winning strategy, more than having the most fun and engaging events on campus, prayer is the foundation of a successful NSO! Pray for your NSO by walking through this guide (can be adapted to be done by yourself or with others).

Prayer Meeting Guide

## Retreat

Gather your leadership team before the school year gets underway to cast vision and intercede for NSO. Use this template as a loose schedule you can customize.

Retreat Template

## 2. Meet New People

### Invite

Start by learning how to invite well — to an outreach event, Bible study, or to follow Jesus — whatever you want to focus your NSO around. Take our Ministry Playbook course on Inviting Well!

Inviting Well Playbook Course

### Host

Tabling during your school's organization fair or in a space you can reserve on campus is a great way to meet students. As they approach your table, you'll get to know them and invite them to explore Jesus with you.

Hosting an Interest Table Guide

### Proxe

You might opt for using an artistic display to start spiritual conversations and share the gospel with new students. We call these Proxes. Consider using our newest Proxe with a video and Bible study resources: Questions.

Questions Proxe and Resources

# 3. Follow Up

## Deepen Relationships

Follow-up is essential for sustaining and growing relationships while giving others invitations to take next steps in faith. Take our Ministry Playbook Course to learn the best ways to follow up with students!

Following Up Playbook Course

# 4. Debrief

## Reflect

Debriefing NSO will help you celebrate the ways God has been faithful and help you more effectively serve the campus in the future. Check out this guide to learn how to lead life-changing debriefs!

Life-Changing Debrief Guide




LIBRARY

InterVarsity

**Resources**

All Resources

All Collections

NSO Overview

Bible Study

Small Groups

**Communities**

Arts Ministry

Black Campus Ministries

Graduate & Professional Students

International Student Ministry

Masters of Business Administration Ministry

Women Scholars and Professionals

Asian American Ministries

Black Scholars and Professionals

Graduate Healthcare Ministries

LaFe (Latino Fellowship)

Native InterVarsity

Athletes InterVarsity

Faculty Ministry

Greek InterVarsity

Law School Ministry

Nurses Christian Fellowship

## The latest ministry resources delivered to your inbox.

Subscribing to this newsletter indicates your consent to our Terms of Use and Privacy Policy. You may unsubscribe from the newsletter at any time.

* indicates required

Email Address *

Subscribe

© 2026 InterVarsity Christian Fellowship/USA®. All rights reserved.
InterVarsity, InterVarsity Christian Fellowship/USA, and the InterVarsity logo are trademarks of InterVarsity Christian Fellowship/USA and its affiliated companies.

Member of the International Fellowship of Evangelical Students

Privacy Policy | Terms of Use | Contact Us

# Exhibit C:

## New Student Outreach: The Ministry Playbook

THE MINISTRY PLAYBOOK

# New Student Outreach (NSO)

New Student Outreach (NSO) is InterVarsity's effort to reach and warmly welcome freshmen and other new students on campus at the start of the school year. It's a key season of ministry to kick off the year with intention and hospitality.

Enroll for Free

# What is New Student Outreach?

The beginning of the school year has arguably the most potential for life-changing ministry. It's when non-Christian students are the most open to saying yes to Jesus. Use these courses to guide you through planning and meeting new people on campus.

- **Reaching Out to New Students** – Transform your campus and change lives through New Student Outreach.
- **Praying For My Campus** – Cover your local campus in prayer and invite the Lord to go ahead of you, preparing the way for a catalytic season of ministry!
- **Inviting Well** – Connect with even more students and faculty as you make compelling, welcoming invitations!
- **Running a Proxe Station** – A Proxe Station is a simple, engaging evangelism tool that you can use on campus to spark conversations about Jesus.
- **Following Up** – Good follow up can turn a 'moment' into a 'movement of God' in someone's life.
- **Sharing the Gospel** – Learn The Big Story, a simple way to explain the gospel to students, faculty, friends, family, and anyone else in your life who you're praying to encounter Jesus.

# Start Here

Begin with this introduction to New Student Outreach (NSO). Transform your campus and change lives through New Student Outreach: learn how to effectively prepare, connect, follow up, and debrief to make the most out of this pivotal ministry season!

**All Courses, Evangelism**

Reaching Out to New Students



# New Student Outreach Activities

These courses dive deeper into New Student Outreach Activities. Take these next, once you've made a personal development game plan.

**All Courses, Prayer**

Praying For My Campus

Ex.7.022



All Courses, Community

## Inviting Well



All Courses, Evangelism

## Running a Proxe Station




Ex.7.023

All Courses, Community

## Following Up




All Courses, Evangelism

## Sharing the Gospel



# Other Bundles

Check out these other bundles to get you on track.

Ex.7.024

Bundles

## Leading Life-Changing Small Groups

Free




Bundles

## Fundamentals of Campus Ministry

Free




Bundles

## Orientation

Ex.7.025

**Free**




# New Student Outreach (NSO)

New Student Outreach (NSO) is InterVarsity's effort to reach and warmly welcome freshmen and other new students on campus at the start of the school year. It's a key season of ministry to kick off the year with intention and hospitality.

Enroll for Free

Ex.7.026

# Exhibit D:

## Prayer Guide for New Student Outreach

InterVarsity

# Prayer Guide for New Student Outreach

When Nehemiah (a leader for God's people in the Old Testament) heard of the decline of the people of Israel – their community and their structures - his heart was broken: I sat down and wept. For some days I mourned and fasted and prayed before the God of heaven (Neh. 1:4). Nehemiah waited upon God in prayer for four months before springing into action. More than likely, he gathered a community to call out to God with him. And he went on to take bold steps of faith that led to the flourishing of God's people.

Our lives are full of trauma from the pandemic, a racial reckoning, and many challenges in our families and those we love. Like Nehemiah, we need to bring our pain to the Lord and seek him for clarity and direction. Without a season of rest and prayer, we run the real danger of thinking we control ministry, which leads to burn out. Or, we slip into a kind of numbness where critical moments pass us by and we're not tuned into what God's doing. We need to be reminded that this is his work and his ministry--he wants to do the heavy lifting and invites us into how he is advancing his kingdom on campus. May God fill us with the same courage and faith as Nehemiah to take bold steps of faith.

Nehemiah and his community did four things:

1. **MUSICAL WORSHIP AND PRAYER.** Musical worship connects us to God's goodness and character. Worship connects us to the truth and exposes lies we might be tempted to believe.

   *"Lord, the God of heaven, the great and awesome God, who keeps his covenant of love with those who love him and keep his commandments..." - Nehemiah 1:5*

   **Examples of ways to create spaces of musical worship and prayer on campus:**

   1. Worship Playlist. Spend significant time in your prayer meetings worshipping God. Play worship music and sit silently together under its effect. Simply worshipping God is a form of prayer in itself.
      i. Use the InterVarsity Live worship playlist
      ii. Urbana Worship album (on Spotify here)

   2. Prayer Prompts
      i. Pray through Scriptures about God's character
      ii. Pray for God to arrange for you to meet the right people on campus ("divine appointments")
      iii. Pray for dorms, communities, and departments you want to reach
      iv. Pray for students to be open and ready

   3. While worshiping God with music, take a campus map and lay a hand on each academic building, housing, social space, sports facility etc. Ask that God would be lifted up in those spaces.

   4. Adapt these resources or add some of your own to make this work for your community.



Ex.7.028

InterVarsity

2. **CONFESSION AND REPENTANCE.** These are two concepts from the bible for naming sin and turning away from it. As we practice acts of confession and repentance, we can free the Holy Spirit's presence to overflow. We often think of confession and repentance as an individual process, yet in scripture, God often deals with us collectively, as people groups and nations. We are asking for revival on this campus. What sins, historical and contemporary, are blocking this campus community from receiving God's favor in greater measure?

*"I confess the sins we Israelites, including myself and my father's family, have committed against you." - Nehemiah 1:6b*

**A suggested process for corporate confession and repentance on campus:**

1. Look at the following list, which of these are true of your campus?
   - i. Pride
   - ii. Racism
   - iii. Selfishness
   - iv. Materialism
   - v. Violence
   - vi. Others to list

   With your community, confess to God the sin of your campus community. Repent humbly of what God revealed to you. Stay away from judgements by recognizing your own participation in lies and repenting personally first.

2. Read the history of your campus. Check the website or other reference material. Identify and make note of what you have researched and what you see. Specifically, where do you see lies of the enemy, or strongholds at work? A stronghold, according to 2 Corinthians 10:3-4, is simply a collective mindset that is opposed to the gospel.

3. **FASTING.** Fasting is the emptying of ourselves for the filling of God. As we fast, we can dedicate hunger or emptiness to the desire for God to fill that space.

*"When I heard these things, I sat down and wept. For some days I mourned and fasted and prayed before the God of heaven."*
*- Nehemiah 1:4*

**Examples of ways to bring fasting to campus:**

1. Fast as you are able. Fast from technology, media, distractions, unhealthy living patterns or other things. Fast from food. Ask God to guide your fast and tell you how to proceed.

2. Organize friends to fast for the campus in prayer over a designated time. Each person can take a day of the week to fast for campus.

3. Invite others who care about the campus to fast with you on a designated day. End the fast with a communal prayer meeting for the campus virtually or in person as appropriate.

4. Use fasting as a community discernment practice. As you fast together, invite God to speak. What is God revealing to your community?

InterVarsity

4. **INTERCESSORY PRAYER.** An intercessor, like a mediator, stands "in the gap" between heaven and earth, praying until "it is on earth as it is in heaven" - Matthew 6:10. Nehemiah stands in the gap between God's will for the people of Israel and their reality of earth.

Gather people to pray consistently for this campus, once a month or every other week. Run a prayer meeting physically or virtually. Be creative.

*"Lord, let your ear be attentive to the prayer of this your servant and to the prayer of your servants who delight in revering your name." - Nehemiah 1:11a*

**Examples of ways to practice intercessory prayer:**

1. Prayer Walk. Print out a map of campus, place it on the ground and walk around the map, asking God to surround this campus with His presence! Pray and intercede for everything you see: buildings, locations, people. Look for signs of the Kingdom: a motto that shares fidelity to truth, a kind gesture from one person to another, a significant amount of energy given over to the development of students. Thank God for all the signs of His presence – explicit and implicit! Praise Him that he is already there; before you ever begin ministering.

2. Practice listening prayer, asking Jesus for his intentions for this campus. Ask God to give you a scriptural promise of what God intends to do. Pray with faith into that scripture and ask for faith if you do not have it.

3. Gather your community. Together imagine and write out what it will be like for the students and faculty if the Kingdom of God came to campus. How would people treat each other? What would the values of campus be? Pray and ask God to bring it about.

4. Gather your community and draw a network map. Pray blessings of God's presence on these individuals. Call to God to come be present with them, increasing their faith, their joy, their vision of the gospel on campus. Ask God what new networks or campuses he's calling you to. Ask him to open the doors to these networks and your existing ones through persons of peace--highly networked people who God uses to open networks (like Lydia in Acts 16). Keep track of what God says in this time.

More than just a prayer meeting, Nehemiah led a prayer effort. Months of focusing just on God and praying led to movements of God that eventually changed reality for the Israelites. May it be so for us and our campuses!



**Ex.7.030**