# Exhibit 8:

Second Sonner Declaration

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERVARSITY CHRISTIAN FELLOWSHIP/USA et al.,<br>*Plaintiffs*,<br>v.<br>SUNY BROOME COMMUNITY COLLEGE et al.,<br>*Defendants*. | Case No. 3:26-cv-01623-MAD-MJK<br><br>**SECOND DECLARATION OF JACOB SONNER** |

I, Jacob Sonner, pursuant to 28 U.S.C. § 1746, state and declare:

1. I am over eighteen years of age and fully competent to make this declaration.

2. I am a current student at SUNY Broome Community College (SUNY Broome). Since December 2025, I have served as President for the InterVarsity Christian Fellowship of SUNY Broome (InterVarsity Broome).

3. I have reviewed Defendants' memorandum of law in opposition to Plaintiffs' motion for a preliminary injunction.

4. Being denied official recognition makes it very hard for our InterVarsity chapter to recruit new students and leaders. We need healthy recruitment if we're going to do a good job sharing our faith and if we're going to continue to exist as a chapter.

5. Getting our recognition denied also makes us look bad on campus, like there's something wrong with us. It tells other students that we're not a legitimate or welcome member of the SUNY Broome community. And that's a pretty logical conclusion when our own school is accusing us of "discrimination" and saying it needs to "combat" us. That blow to our reputation is doubly bad for our outreach to new students at SUNY Broome, who don't know much about the college or InterVarsity yet.

6. And new-student outreach is a huge part of our ministry. The start of each semester, especially at the beginning of the school year, is when other students—both Christians and non-Christians—are searching for community and the most open to saying yes to Jesus. InterVarsity gives us lots of training materials and courses that teach us how to best minister to new students at our school.

7. New-student outreach is especially important at a community college like SUNY Broome. Unlike student groups at four-year universities, we can't rely on reaching students in their second or third years. Most students attend a community college for only two years, which means that our InterVarsity chapter must be able to recruit first-year students in order for our chapter to survive. If we can't reach first-year students, then there won't be student leaders to pass the torch to next year.

8. All in all, our InterVarsity chapter has had to work extra hard to remain afloat while we're unfairly being denied official recognition. And if this derecognition is permanent, like the school says it is, I don't think we can stay afloat.

9. Plus, even if we *were* willing to give up our connection with InterVarsity and being true to who we are as a Christian club just to have a shot at being viable club on campus (and we're not willing to do that), it would still hurt our club. We'll grow more *and* stay stronger in our faith if we can be like the InterVarsity clubs on other SUNY campuses that aren't forced to give up their InterVarsity affiliation or their Christian leadership standards.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 7, 2026.

/s/
Jacob Sonner